UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KAPLAN, et al.,

        Plaintiffs,

v.

HEZBOLLAH et al.,

        Defendants.

Civ. No. 09-646 (RWR)

## DECLARATION OF YORAM SCHWEITZER

I, Yoram Schweitzer, declare pursuant to 28 U.S.C. § 1746, as follows:

### A. Professional Background

1. I currently serve as the Director of the Terrorism and Low Intensity Warfare Project at Tel Aviv University's Institute for National Security Studies.

2. I also currently serve as a Senior Strategic Counterterrorism Consultant to NATO.

3. I previously served as the Chief of the foreign terrorism section of the Israel Defense Forces ("IDF") Military Intelligence Branch. In that capacity, I focused extensively on Hezbollah, with a particular eye towards the organization's international terrorism apparatus, its leadership, and the leadership's ties to state sponsors of terrorism such as Iran.

4. I remain a Lieutenant Colonel in the IDF reserves.

5. Since entering civilian life, I have been retained as a private counter-terrorism consultant by governmental agencies and private bodies around the world.

This includes serving as a senior consultant on foreign terrorism to the Israeli Prime Minister's Office and to the Israeli Ministry of Defense.

6. My current areas of study, research and publishing center on Hezbollah, the Palestinian terrorist organizations, as well as al Qaeda and the Global Jihad movement.

7. I hold an M.A. in Military and Diplomatic History from Tel Aviv University.

8. I have published numerous articles regarding Hezbollah.

9. My full curriculum vitae is attached hereto as Appendix 1.

B. Nature of This Declaration

10. The attorneys for the plaintiffs in the above-captioned action have requested that I (a) explain the position and role of Hezbollah leader Mohammed Fneish within Hezbollah's hierarchy and (b) provide my professional opinion as to whether Fneish would likely convey a court summons addressed to Hezbollah and a civil complaint against Hezbollah, which were served on Fneish, to the other members of the Hezbollah leadership.

C. Mohammed Fneish's Role Within Hezbollah

11. Muhammad Fneish was born in 1953, in Ma'arub, Tyre district, Lebanon.

12. Fneish is a university graduate, and majored in mathematics and political science. He is married and is a father of seven.

13. Fneish began his association with Lebanon's radical Shi'ite elements as a young man, joining the Shi'ite Islamic resistance committees early on. As a member of

the organization, he participated in the fighting against Israel during the IDF's siege of Beirut in 1982.

14. Fneish joined Hezbollah in the group's first days, starting off as the commander of Lebanon's southern districts during the Israeli incursion. Fneish was soon granted a seat on the *Shura* council, the supreme committee of the organization which ratifies the decisions of Hezbollah's Secretary-General. He was later appointed to the political committee of the organization. Pursuant to these postings, Fneish assumed charge of Hezbollah's foreign relations operations and chaired the organization's political council.

15. Fneish was nominated to Hezbollah's seat in the Lebanese parliament in 1992.

16. In the 1996 and 2000 parliaments, he chaired the Economics, Trade and Industry commission as Hezbollah's representative.

17. In July 2005, Lebanese Prime Minister Fouad Siniora granted Fneish a seat in his cabinet. During Siniora's first term, Fneish served as Minister of Labor, during the second, as Minister of Energy. Upon being elected Prime Minister in 2009, Saad Hariri also made Fneish a cabinet member. Fneish currently serves as the Minister of Administrative Reform. He also serves on the governmental Education Reform committee.

18. As a senior leader of Hezbollah, and as Hezbollah's representative in the Lebanese cabinet, Fneish has treated his governmental appointments as a vehicle for the advancement of Hezbollah's agenda. For instance, in his capacity as a member of the

governmental Education Reform committee, Fneish has been instrumental in scrubbing Lebanese primary education textbooks of material that does not segue with Hezbollah's ideology.

19. Parallel to his duties as Hezbollah's representative in the Lebanese cabinet, Fneish continues to play a central role both in Hezbollah's foreign relations and domestic organizational activities. For example, in 2006, as part of Hezbollah's drive to broaden its appeal, Fneish publicly invited members of ethnic groups which have traditionally opposed Hezbollah to join the organization's militant wing. Fneish has repeatedly represented the Hezbollah in meetings with senior UN staff, often communicating the organization's stance in discussions of Hezbollah's disarmament and of matters relating to Israel.

20. Fneish is currently a high-ranking member of the Hezbollah's political wing, and is directly subordinate and answerable to Hezbollah's Secretary-General, Hassan Nasrallah. Fneish serves as Hezbollah's representative in the Lebanese cabinet at Nasrallah's pleasure.

21. Hezbollah Secretary-General Hassan Nasrallah commands both the political and military branches of the organization.

### D. It Is Inconceivable That Fneish Would Not Convey Court Papers Addressed to Hezbollah to the Other Members of the Hezbollah Leadership

22. In my opinion, which is based upon Fneish's nearly three-decade leadership role in Hezbollah and my intimate familiarity with the workings of Hezbollah's leadership structure, it is simply inconceivable that Fneish would not

4

convey to the other leaders of Hezbollah an American court summons addressed to Hezbollah and a civil complaint against Hezbollah received by him. Indeed, it is very likely that Fneish would notify Hezbollah Secretary-General Hassan Nasrallah himself of the receipt of such documents.

23. In this regard, it should be recalled that Fneish is a devoted and loyal member of Hezbollah's leadership, and a highly educated and worldly person, and would certainly understand that legal documents addressed to Hezbollah from an American court cannot be safely ignored. It is likewise safe to assume that Fneish would also know that any failure on his part to alert the other members of the Hezbollah leadership to the existence of such documents would potentially expose him to sanctions from, and a loss of status within, the organization (though such a negative motivation is probably unnecessary for a person like Fneish, whose entire adult life has been dedicated to Hezbollah).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

May 16, 2010

Yoram Schweitzer

yorams@inss.org.il   ▪   +972-54-7277474



# Yoram Schweitzer

Yoram Schweitzer is the Director of the Terrorism and Low Intensity Warfare Project at Tel Aviv University's Institute for National Security Studies and a Senior Strategic Counterterrorism Consultant to NATO.

Mr. Schweitzer formerly served as Chief of the foreign terrorism section of the Israel Defense Forces ("IDF") Military Intelligence Branch. In this capacity, Mr. Schweitzer focused strongly on Hezbollah, with a particular eye towards the organization's international terrorism apparatus, their leadership, and the leadership's ties to such sponsor states as Iran. Pursuant to this posting, Mr. Schweitzer served as a senior consultant to the Israeli Prime Minister's Office and to the Israeli Ministry of Defense.

Since entering civilian life, Mr. Schweitzer has been retained as a private counter-terrorism consultant by government and private agencies around the world. Mr. Schweitzer's research centers on Hezbollah, the Palestinian terrorist organizations, and al Qaeda and the Global Jihad movement.

In his latest project, Mr. Schweitzer spent almost three years interviewing both male and female failed suicide bombers and dispatchers incarcerated in Israeli jails.

Mr. Schweitzer was awarded an MA in Military and Diplomatic History from Tel Aviv University in 1988. He is a Lieutenant Colonel in the IDF reserves.

## PUBLICATIONS:

*Books*
**The Globalization of Terror** - **The Challenge of Al - Qaida and the Response of the International Community** (co authored with Shaul Shay) Transaction Publishers, Rutgers University State, University of New Jersey, June 2003

*Chapters in Books*

- Palestinian Female Suicide Bombers: Virtuous Heroines or Damaged Goods? *Female Terrorism and Militancy: Agency, Utility, and Organization.* Ness, Cindy ed. Routledge, February 2008.
- "'The Divine Victory' & the Material Failures: Hezbollah in the Lebanon War – Intermediate Balance – is This Indeed a Victory?", *The Second Lebanon War – Lessons and Implications* (INSS), publication pending.
- "Al-Qaeda and the Global Epidemic of Suicide Attacks", *Root Causes of Suicide Terrorism: the Globalization of Martyrdom,* Editor – Ami Pedahtzur, Publisher – Routledge. 2006.
- "International Terror, with Iraq at its Hub", The Middle East Strategic Balance 2004-2005, November 2005

yorams@inss.org.il ▪ +972-54-7277474

- International Terrorism in the Shadow of the Iraq War", *The Middle East Strategic Balance 2003-2004, Sussex Academic Press*, October 2004
- The War in Iraq and International Terrorism," *The war in Iraq – Defining a New Strategic Balance,* Sussex Academic Press & JCSS, September, 2003.
- "Suicide terrorism – Development and Main Characteristics" I.C.T. Publication, April 2001
- "The Afghanistan Alumni, *"Military Balance in the Middle East*, Jaffe Center for Strategic Studies, Tel Aviv University, Nov. 1999
- "Terrorism – A weapon in the Shiite Arsenal," *Contemporary Trends in World Terrorism,* J.C.S.S book, Tel Aviv University, pp 66-74

### *INSS (Institute for National Security Studies*)

- Nuclear Terrorism: Threat to the Public or to Credibility? INSS Insight No. 178, April 28, 2010
  (coauthored with Jonathan Schachter and Yoel Guzansky).
- Obama's Afghanistan-Pakistan Policy: Challenges and Objectives, Strategic Assesment, Volume 12, No. 4, February 2010 (coauthored with Sean London).
- Is Terrorism Returning to the United States? *INSS Insight* No. 153, December 30, 2009.
- "Obama's Choice": The Afghan-Pakistan Dilemma *INSS Insight* No. 149, December 14, 2009
  (coauthored with Sean London).
- A New Wave of Terror in the Arabian Peninsula? *INSS Insight* No. 140, November 12, 2009
  (coauthored with Yoel Guzansky).
- The Battle at the Rafah Mosque: Power Struggles and Philosophical Clashes, *INSS Insight* No. 125, August 24, 2009.
- Current Trends in al-Qaeda and Global Jihad Activity, in: Brom, Shlomo and Kurz, Anat, (Editors), Strategic Survey for Israel 2009, Tel Aviv: Institute for National Security Studies, 2009.
- Ramifications of the Gaza Campaign for Local Terrorist Organizations. Strategic Assesment, Volume 11, No. 4, February 2009.
- Syria and the Global Jihad: A Dangerous Double Game. Strategic Assessment, Volume 11, No. 3, January 2009  (coauthored with Amir Kulick).
- Operation Cast Lead: Who Expects to Gain from the Fighting? *INSS Insight No.* 88, January 12, 2009.
- "Mumbai: Is This New Terror?", *INSS Insight* No. 83, December 10 2008.
- "Iraq: Just Another Milestone in the War against al-Qaeda", Strategic Assessment, November 2008, Vol. 11, No. 2. (coauthored with Gaia Sciaky).
- Operation Cast Lead: Who Expects to Gain from the Fighting?"The Prisoner Swap, Hizbollah's Report, and Ron Arad", *INSS website*, July 14, 2008.
- "The Prisoner Swap: Opposing Just Values" . *INSS Insight* No. 61, July 9, 2008.
- "Response or Restraint: Possible Israeli Responses to an Attack Avenging Mughniyeh's Assassination". Written with Amir Kulik. Published as on-site op-ed. 26 March 2008.
- "A Balance of Terror in the War on Terror", *INSS Insight*, No. 45, February 18, 2008.
- "The Assault of Suicide-Bombers in Pakistan and Afghanistan", *INSS Insight*, No. 41, December 31, 2007.
- "The Sub-Conventional Conflicts in Iraq and Afghanistan: A Challenge in Search of a Realistic Response*", Strategic Assessment*, December 2007, Vol. 10, No. 3.
- "At the End of the Day, Hamas Too", *Strategic Assessment*, August 2007, Vol. 10, No. 2 (coauthored with Amir Kulick).
-  "Is al-Qaeda Closing In?", *Strategic Assessment*, Vol. 10, No. 1, June 2007.
- "Al Qaeda on the Fences" (Hebrew), *Strategic Assessment*, May 2007.

yorams@inss.org.il   ▪   +972-54-7277474

- "Breaking the Link between Hezbollah and Hamas as an Israeli Target", TAU 180, August 2006.
- "Guerilla Warfare and Terrorism: Blurring the Definition of Victor", August 2006.
- "Hizbollah and the Morning After: Guerilla, Terror, and Psychological Warfare" Strategic Assessment, Vol. 9, No. 2, August 2006.
- Editor: "Female Suicide Bombers: Dying for Equality?", Memorandum No. 84, August 2006. (English)
- Palestinian Female Suicide Bombers: Reality vs. Myth, Memorandum No. 84, August 2006.
- "International Terror, with Iraq at its Hub" in: Zvi Shtauber and Yiftah S. Shapir, eds., The Middle East Strategic Balance 2004-2005, Sussex Academic Press (Brighton) and Jaffee Center for Strategic Studies, Tel Aviv University, (Tel Aviv), 2005.
- " Hamas at a Crossroads? ", Tel Aviv Notes No.154, December 11, 2005
- "Al-Qaeda and the Internationalization of Suicide Terrorism", Memorandum No. 78, November 2005 (English)
- "Al-Qaeda and the Internationalization of Suicide Terrorism", Memorandum No. 76, June 2005 (Hebrew)
- "The Globalization of Suicide Terrorism", Memorandum No. 76, June 2005 (Hebrew)
- "Is a Third Intifada Inevitable? ", *Tel Aviv Notes* No.139, July 11, 2005.
- "Dilemmas for Israel in the Release of Palestinian Prisoners", *Tel Aviv Notes* No.125, February 8, 2005
- "Global Jihad as Reaction to American Policy: A Dangerous Delusion", *Tel Aviv Notes* No.118, December 9, 2004
- "Lessons of Terrorism the Caucasus", *Tel Aviv Notes* No.111, September 9, 2004.
- "Neutralizing State Sponsored Terrorism- The Libyan Model," *Strategic Assessment* 7, No.1,  May 2004.
-  "Another Deadly Wakeup Call for Europe", *Tel Aviv Notes* No.101, March 15, 2004.
- "The Next Israel-Hizbullah Exchange: Theater of the Absurd", *Tel Aviv Notes* No.98, February 2, 2004.
- "International Terrorism in the Shadow of Iraq War" in: Shlomo Brom and Yiftah S. Shapir, eds., The Middle East Strategic Balance 2003-2004, Sussex Academic Press (Brighton) and Jaffee Center for Strategic Studies, Tel Aviv University, (Tel Aviv), 2004.
- "Terror in Turkey: Nothing New Under the Sun", *Tel Aviv Notes* No.91, November 25, 2003.
- "Female Suicide Bomber for God", *Tel Aviv Notes* No.88, October 9 2003.
- "September 11, Two Years Later," *Strategic Assessment* 6, No.2, September 2003.
- "The Capture of Hambali: Half Glass Empty – Half Glass Full," *Tel Aviv Notes* No.84 , August 17 2003
- "The Export and Import of Suicide Bombers," *Tel Aviv Notes* No.77, July 11 2003.
-  "The Age of Non-Conventional Terrorism," *Strategic Assessment* 6, No.1,May 2003.
-  "The Capture of Khaled Sheikh Mohammed," *Tel Aviv Notes* No.68, March 5 2003.


***ICT (International Policy Institute for Counter Terror Policy) Website (www.ict.org.il)***

**Suicide Terrorism and the September 11 Attacks**                                          20 Oct 2002

**Hizballah**
A Transnational Terrorist Organization                                                      01 Sep 2002
"Another Important Arrest of a Senior Al Qaeda member"                                      15 Sep 2002

**The Arrest of Abu Zubayda**                                                               09 Apr 2002
An important achievement with more to come

yorams@inss.org.il ▪ +972-54-7277474

| | |
|---|---|
| **Iran - Terror by Proxy** | 05 Jan 2002 |
| **The Case of the "Shoe Bomber"**<br>Lessons in counter-terrorism—this time at no cost | 04 Jan 2002 |
| **Osama and the Bomb**<br>A Grain of Truth? | 11 Nov 2001 |
| **The "Lockerbie Affair"**<br>Over but not done with | 27 Oct 2001 |
| **Terrorism and Propaganda** | 12 Oct 2001 |
| **Iran – an Undesirable Bedfellow** | 05 Oct 2001 |
| **Denying Responsibility and Liability** | 04 Oct 2001 |
| **Hot Blood and Cold Rationality** | 29 Sep 2001 |
| **Suicide Bombings**<br>The Ultimate Weapon? | 07 Aug 2001 |
| **The "Bin Laden Principle"** | 04 Aug 2001 |
| **The Search for Justice:**<br>The Lessons of AMIA | 17 Jul 2001 |
| **Bin Laden Productions, Ltd.** | 28 Jun 2001 |
| **Iranian Transnational terrorism** | 24 May 2001 |
| **Osama Bin Laden - Threat or Myth?** | 05 May 2001 |
| **A Necessary, if Unsavory, Policy** | 24 Apr 2001 |
| **The Matter of Osama bin Ladin**<br>Toward a Balanced Policy | 17 Apr 2001 |
| **Massive Response or Surgical Strike?** | 20 Feb 2001 |
| **The Immediate Lessons of the Lockerbie Verdict** | 31 Jan 2001 |
| **Does Bin Laden Pose a Threat to Israel?** | 22 Aug 2000 |
| **Suicide Terrorism: Development & Characteristics** | 21 Apr 2000 |
| **Osama bin Ladin and the Egyptian Terrorist Groups** | 25 Jun 1999 |
| **Patterns of Global Terrorism 1998 - What has Changed** | 10 May 1999 |
| **Bin Ladin vs. the West: Round Two** | 10 Jan 1999 |
| **The Lessons of Lockerbie** | 21 Dec 1998 |

yorams@inss.org.il ▪ +972-54-7277474

| | |
|---|---|
| **Responding to Terrorism--the American Dilemma** | 02 Sep 1998 |
| **Abu Nidal - The Sooner the Better** | 25 Aug 1998 |
| **Osama Bin Ladin: Wealth plus Extremism Equals Terrorism** | 27 Jul 1998 |
| **The Arrest of Mohammed Rashid - Another Point for the Americans** | 07 Jun 1998 |

*Newspaper Articles*

- "5 Years to the Attack on Park Hotel", Maariv (Musaf), April 2007
- "A Fundamental Change in Tactics", Washington Post , October 19, 2003,
- "State Sponsors of Terror Remain Key", Jerusalem Post, August 18, 2003
- "Transnational terrorism and Iran" Jerusalem Post, May 152001
- "The pros and cons of eliminating terrorists" (Interview) Jerusalem post, April 6 2001
- "The duty of self-defense", Haaretz, March 42001
- "Are the "liquidations" wrong?"(Liquidation policy), Yedioth Aharonot, March 4th 2001
- "To call the threat in its true name", Yedioth Ahronot, February 262001
- "Bin Laden now"(A threat to Israel as well) , Yedioth Aharonot, August 232000
- "The sea is not the same"(Hizballah's new situation after Israeli withdrawal from Lebanon), Yedioth Ahronot, February 15, 2000
- "Terrorism – an exercise in form over substance" Jerusalem Post, December 3 1999
- "Look who is against withdrawal" (of Israel from Lebanon), Yedioth Ahronot, November 16, 1999
- "The fear of the "contempt of the taboo" (Bin Laden's Non Conventional potential), Haaretz, January 181999
- "The man of the Year" (Ron Arad's 10[th] anniversary in captivity), Haaretz, October 15 1998
- "The limitations of threats", Haaretz, September 23 1998
- "A message of Superpower", Haaretz, August 31 1998

*Articles in Journals*

- "Istishad as an Ideological and Practical Tool in the Hands of Al Qaeda". Journal of National Defense Studies. Vol. 6, may 2008.
- "Le Hezbollah au lendemain de la Guerre", DSI: Defense & Securite Internationale, September 2006.
- "Blurring the Identity of the Victor in Guerilla Warfare", Homeland Security & Resilience Monitor, March 2007.

*News Websites*

- "We'll Meet Again in Paradise", Omedia, 24 April 2007, Link to the Article
- Hamas' Participation: Strategic or Tactical?, www.bitterlemons.org, 2 January 2006.
- "Talking with Hamas", Ynet , July 7 2005
- "Does Suicide Terrorism Present a Unique Threat to Freedom?", Wide Angel – www.pbs.org, 18 June 2004.

## **Lectures & International Conferences:**

- November 2007, Amman, Jordan. Regional Network of Strategic Studies Centers.

yorams@inss.org.il ▪ +972-54-7277474

- November 2007, Belgium. Conference held by NATO's Research and Technology Agency. "Psychosocial, Organizational and Cultural aspects of Terrorism". Lecture title: Subconventional warfare in Afghanistan and Iraq.
- April 2007, Israel. Conference held by: NATO ASI on The Social Stress of Immigrants/Members of Minority Groups, as a Factor in Terrorist Behavior, lecture title:"Immigrants and Islamic Minorities – a Cornerstone in Al Qaeda's Perception' and Practices".
- March 2007, Israel. Conference held by: S. Daniel Abraham Center for Strategic Discourse and Konrad-Adenauer-Stiftung on Jordan and Israel: Cooperation for Peace, lecture title: "Al Qaeda – Where to?"
- March 2007, London. Workshop at the IISS on Female Suicide Bombing and Europe, lecture title: "Female Suicide Bombers".
- November 2006, 3 lectures in London: Parliamentary Discussion on "The age of suicide terrorism and its impact on Britain and the world", The Henry Jackson Society- House of Commons, LSE "Talking with terrorists: interviews with failed suicide bombers and their senders", RUSI Conference on "Understanding Suicide Terrorism".
- November 2006, Zaragoza, Spain. International Conference on Causes and Consequences of Terrorism, lecture title:  "Blurring the Victor- the Israel-Hizbollah Conflict in Lebanon".
- September 2006, Washington D.C.  Lecture for the Turkish Police Academy, lecture topic: "Palestinian Suicide Terrorism-a Double Edge Sword".
- September 2006, Syracuse University, lecture topic: "Palestinian Istishhadia a Dynamic Tool".
- July 2006, Washington D.C. Lecture entitled "Palestinian Suicide Terrorism" for a Closed Governmental Forum.
- May 2006, The University of Texas at Austin, conference entitled "Suicide Terrorism in a Globalized World", lecture topic: "Societal Responses to Terrorism". Click here for Schedule
- November 2005, Seattle. Lecture for a security forum on suicide terrorism.
- November 2005, Seattle. Lecture for AIPAC on the Globalization of Terror.
- May 2005, Vienna, Presentation at an OSCE Seminar on suicide bombers.
- May 2005, San Francisco, Presentation for the SFPD on The Globalization of Terror.
- May 2005, Presentation for the Monterey Naval Academy on The Globalization of Terror.
- May 2005, Washington D.C., lecture entitled "The Phenomenon of Global Female Suicide Terrorism" for a Closed Governmental Forum.
- April 2004, China. Presentation for the Olympic Committee on Potential Terrorist Threats.
- April 2004, China. Presentation in Xinjiang on The Globalization of Terror.
- Olympic Games 2004—Lecture at a seminar in Athens Under the auspices of Olympic Games Intelligence and Security Committee, "The Terror Threats of the Olympic Games in Athens 2004"
- December 2003, A tour of lectures and seminars in the Philippines, Singapore and Thailand under the auspices of the Israeli Foreign Ministry.
- November  2003, Lecture on The Global Spread of Suicide Terrorism at a seminar in Athens for the Greek Olympic Committee
- December 2003 A tour of lectures for Health Preparedness forces and First Responders in Austin, College City (Texas), NYC (Columbia University)
- July  2003 A tour of lectures in Los Angles, San Francisco and San Diego,  under the auspices of AIPAC
- November 2002 , A tour of lectures to Cabinet members, Foreign minister and security personnel in Australia , under the auspices of AIJAC
- August 2002 Lecture at a seminar on Suicide Terrorism in Washington DC as a member of the Israeli National Security Council  delegation
- May 2002 , Tour of lectures for the ADL in the USA , San Diego, Santa Barbara, Orange County, Los Angles)

yorams@inss.org.il ▪ +972-54-7277474

- December 2001 Tour of lectures in the USA Under the auspices of the Israeli M.F.A. (Denver, San Diego, Miami, Atlanta, NYC)
- October 1999; Sydney, Australia, Under the auspices of the Australian Olympic Committee, "International terror threat to the Sydney Olympics"

Case 1:09-cv-00646-RCL   Document 16-1   Filed 05/17/10   Page 12 of 12