```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                                    )
**CHAIM KAPLAN et al.**,            )
                                    )
       **Plaintiffs**,       )
                                    )
       v.                    )       Civil Action No. 09-646 (RWR)
                                    )
**HEZBOLLAH et al.**,               )
                                    )
       **Defendants**.       )
_____)

### ORDER TO SHOW CAUSE

On February 9, 2011, the Clerk entered default as to defendant Hezbollah. The plaintiffs have failed to move for default judgment. Accordingly, it is hereby

ORDERED that the plaintiffs show cause in writing by April 21, 2011 why this case should not be dismissed as to defendant Hezbollah for want of prosecution. If appropriate, plaintiffs may satisfy this order by filing and serving on defendant a motion for default judgment with a proposed final default judgment.

SIGNED this 11th day of April, 2011.

                                            _____/s/_____
                                            RICHARD W. ROBERTS
                                            United States District Judge