UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

——————————————————————
                                           )
KAPLAN, *et al.*,                          )
                                           )
          Plaintiffs,                      )          Civ. No. 09-646 (RWR)
                                           )
     v.                                    )
                                           )
HEZBOLLAH, *et al.*,                       )
                                           )
          Defendants.                      )
——————————————————————      )


**PROPOSED FINDINGS OF FACTS AND CONCLUSIONS OF LAW**

**Introduction**


     This is a civil action for damages pursuant to the Foreign Sovereign Immunities Act ("FSIA") 28 U.S.C. § 1602 *et seq.*, against the Democratic People's Republic of Korea ("North Korea"). Plaintiffs are American nationals who were victims of the Hezbollah[1] terrorist organization's rocket attacks in Israel that occurred during the period of July 12, 2006 through August 14, 2006.

     On April 8, 2009, Plaintiffs filed a Complaint against North Korea pursuant to the FSIA's terrorism exception, 28 U.S.C. § 1605A, and against Hezbollah pursuant to the Antiterrorism Act ("ATA"), 18 U.S.C. § 2333. (Dkt. # 1).

---

[1]     *See Estate of Heiser v. Islamic Republic of Iran*, 466 F. Supp. 2d 229, 248 n.1 (D.D.C. 2006) (citing Oxford English Dictionary and noting "the term 'Hezbollah' is synonymous with the terms 'Hizbollah' and 'Hizbullah,' all of which are English transliterations of the Arabic, term referring to the extremist Shiite Muslim group also known as the 'Party of God'").

On December 15, 2009, Plaintiffs filed an Amended Complaint against North Korea and Hezbollah that detailed how North Korea provided material support to Hezbollah and how this material support facilitated the terrorist rocket attacks that harmed the Plaintiffs. (Dkt. # 5).

On January 20, 2010, Plaintiffs provided the Clerk with copies and Korean translations of the summons, Amended Complaint, and notice of suit.[2]  Plaintiffs also included a copy of the FSIA. (Dkt. # 7).

On January 21, 2010, the Clerk mailed these documents to North Korea's head of the ministry of foreign affairs using a postal method that required a signed receipt. (Dkt. # 8).

North Korea was served on March 18, 2010, but it failed to appear or otherwise defend this action and its default was entered on May 21, 2010. (Dkt. # 18).

On February 9, 2011, the Court issued an order instructing the Plaintiffs to file their liability evidence with respect to North Korea, along with proposed findings of fact and conclusions of law.

Plaintiffs have moved for the entry of a default judgment against North Korea pursuant to the FSIA. Plaintiffs must establish their "right to relief by evidence satisfactory to the court." 28 U.S.C. §1608(e). This standard can be met without requiring an evidentiary hearing, and this Court can accept Plaintiffs' "'uncontroverted evidence as true and may rely on sworn affidavits.'" *Brewer v. Islamic Republic of Iran*, 664 F. Supp. 2d 43, 47 (D.D.C. 2009) (citations omitted).

For the reasons set forth below, and after reviewing Plaintiffs' Amended Complaint, documentary evidence, expert affidavits, and the entire record in this case, the Court finds that

---

[2]        *See* 22 C.F.R. § 93.2 (detailing notice of suit requirements).

Plaintiffs have clearly demonstrated both the Court's jurisdiction and the Defendant's liability for their injuries "by evidence that is satisfactory to the Court." § 1608(e).

## FINDINGS OF FACT

### A.     Relevant Background

Defendant North Korea is a one-party totalitarian state modeled as a Stalinist dictatorship. North Korea's supreme leader Kim Jong-il rules over his citizens with an iron fist, limits all political and economic freedoms, and tolerates no dissent. Every aspect of social, political, and economic life is tightly controlled by the state. Human rights organizations have identified North Korea as one of the most repressive regimes in the world, with a brutal record of human rights violations.

As a matter of policy, North Korea is hostile to the United States, and North Korea has attempted to undermine the political, economic, and strategic power and influence of the United States and its democratic allies. To accomplish this objective, North Korea has previously supported numerous Communist and other anti-Western terrorist organizations.  These terrorist organizations are not only opposed to the United States, they are also opposed to the State of Israel, which they view as allied with the United States.  Consequently, North Korea has directly supported terrorist organizations that have carried out attacks in Israel. *See Calderon-Cardona v. Democratic People's Republic of Korea*, 723 F. Supp. 2d 441 (D.P.R. 2010) (finding North Korea liable for murdering and injuring Americans in Israel because it supported anti-Israel terrorist organizations). Among the terrorist organizations that North Korea has supported is Hezbollah, which is opposed to the United States and Israel and which is a designated Foreign Terrorist Organization. *See* 62 Fed. Reg. 52650 (Oct. 8, 1997).

Prior to July 12, 2006, North Korea provided Hezbollah with a wide variety of material support and resources, within the meaning of 28 U.S.C. § 1605A. This material support included professional military and intelligence training and assistance in building a massive network of underground military installations, tunnels, bunkers, depots and storage facilities in southern Lebanon. Moreover, North Korea worked in concert with the Islamic Republic of Iran ("Iran") and the Syrian Arab Republic ("Syria") to provide rocket and missile components to Hezbollah. North Korea sent these rocket and missile components to Iran where they were assembled and shipped to Hezbollah in Lebanon via Syria. These rocket and missile components were intended by North Korea and Hezbollah to be used and were in fact used by Hezbollah to carry out rocket and missile attacks against Israeli civilian targets.  Between July 12, 2006 and August 14, 2006, Hezbollah fired thousands of rockets and missiles at civilians in northern Israel. As a result of North Korea's provision of material support and resources, Hezbollah was able to implement and further goals shared by Hezbollah and North Korea.

## II.   <u>FINDINGS OF FACT REGARDING LIABILITY</u>

The Court has determined North Korea's liability primarily through the affidavits of three expert witnesses: Professor Barry Rubin ("Rubin"), Professor Bruce Bechtol ("Bechtol") and Professor Guy Podoler ("Podoler"). Rubin, Bechtol and Podoler have also offered the Court various documentary evidence such as government reports, publications, and other information, concerning Defendant. Some of Plaintiffs' evidence is cumulative, but because of the level of detail and insight the witnesses provided regarding the support by Defendant of Hezbollah terrorism and its attacks against Israeli civilians during the war of 2006 specifically, the Court will quote at length from their expert testimony.

4

**C.**      **Testimony of Professor Barry Rubin**

Plaintiffs presented affidavit testimony of Rubin, the director and a member of the faculty of the Global Research in International Affairs Center (GLORIA) at the Interdisciplinary University (IDC), in Herzliya, Israel.  Rubin is also a senior fellow at the IDC's International Policy Institute for Counter-Terrorism. He holds a doctorate from Georgetown University, a master's degree from Rutgers University, and a bachelor's degree from Richmond College. (Declaration of Professor Barry Rubin ¶ 1).

Rubin currently serves as the editor and publisher of the *Middle East Review of International Affairs*. He is also a member of the editorial board of the *Middle East Quarterly*, and he edits the Palgrave Macmillan's *Middle East in Focus* series and the Taylor & Francis Middle East military/strategic series. He is also a syndicated Middle East columnist for the *Jerusalem Post*. (*Id.* at ¶ 6).

Rubin has held a number of professorships worldwide, including a position at the Hebrew University, Israel, 1994-1995; visiting professor, Middle East Technical University, Ankara, Turkey (Summer 1995); and professor of Political Science, Bar-Ilan University, Israel (1995-1996). From 1994-2002, he was Deputy Director of the Begin-Sadat Center for Strategic Studies, Bar-Ilan University. From 2005-2006, he served as the Seymour & Lillian Abensohn Visiting Professor in Israel Studies, The American University. (*Id.* at ¶ 2)

In addition to these positions, Rubin has served as a visiting fellow at several academic and policy institutes, including a National Defense Foreign Language Fellowship in Arabic (1977-78); a senior fellowship in Middle East Studies, Georgetown University Center for Strategic & International Studies (1978-1985); senior fellowship, Washington Institute for Near

East Policy (1988-1991); senior fellowship and professorship, Foreign Policy Institute, Johns Hopkins University SAIS, (1986-1993); and a Fulbright fellowship, Haifa and Tel Aviv Universities (1990-1991). (*Id*. at ¶ 3)

Rubin has been the recipient of numerous grants from a variety of institutions, including a grant from the U.S. Institute of Peace to study the Arab-Israeli peace process (1989-1991); a research grant from the Harry Guggenheim Foundation to study PLO policy and terrorism (1990); a grant from the Leonard Davis Center, Hebrew University for research on U.S. Middle East policy (1993-1994); a grant from the Begin-Sadat Center at Bar-Ilan University for research on Israel's Middle East policy (1994-95); and three grants from Bradley Foundation: for a study (1) of American allies (1998-1999), (2) on armed forces of the Middle East (2000-2001), and (3) on Anti-Americanism (2002-2003).  From 1985-1986, he served as the foreign policy adviser for United States Senator Gary Hart. (*Id*. at ¶ 4 and ¶ 5).

Throughout his academic career, Rubin has published hundreds of books, articles and monographs on international relations and terrorism. On the topic of North Korea and its connection to the Middle East specifically, he wrote *North Korea's Threat to the Middle East and the Middle East's Threat to Asia*, Begin-Sadat Center (1997). He has also written on US-North Korean relations in "Lessons from Iran" in Alexander T. J. Lennon and Camille Eiss, *Reshaping Rogue States: Preemption, Regime Change, and U.S. Policy toward Iran, Iraq, and North Korea*, MIT Press (2004).  (*Id*. at ¶ 7 and ¶ 8)

Rubin has served as an expert witness on contemporary Middle Eastern history in *Saperstein, et al v. Palestinian Authority, et al* (1:04-cv-20225-PAS), *Bigio et. al v. The Coca*

*Cola Company*, 97-cv-2858-BSJ and *Calderon v. Democratic People's Republic of Korea et. al*, (08- cv-1367-FAB). (*Id.* at ¶ 11).

Rubin, in his affidavit testimony, explained that on many occasions North Korea provided material aid and support, including training and weapons, to Hezbollah in the period prior to and during the Second Lebanon War of 2006.  He stated that while Hezbollah was aided by its main regional allies of Iran and Syria in amassing a large arsenal of long, medium and short range missiles, North Korea has also played a vital role in arming Hezbollah. (*Id.* ¶ 16). Rubin further explained that North Korea played a "central role" in constructing an extensive, fortified tunnel network for Hezbollah in South Lebanon close to the Israeli border, which Hezbollah used as a launching pad to fire missiles (many of which were also supplied by North Korea) at Israel's civilian population. (*Id.* at ¶ 19).

Several factors, explained Rubin, have historically motivated North Korea to pursue an extreme anti-Western stance and specifically to target Israel; namely (1) its ideology, based on communist loyalties, whereby the U.S. and its allies were to be discredited and opposed,[3] (2) the desire to be connected to high profile attacks internationally in order to spread its message of revolution and specifically to increase its popularity and attractiveness as an ally within the Arab world, and (3) increasingly, a desperate need for money, largely due to the isolation and economic difficulties it has suffered due to U.S. sanctions and its own financial mismanagement. (*Id.* at ¶ 21). To further these goals, North Korea began providing active support to terrorist groups fighting Israel in the 1970's, which included the development of an alliance with Iran during the Iran-Iraq War in the 1980s. (*Id.* at ¶ 20 and ¶22).  In recent years, North Korea has

---

[3]      Israel, as the closest U.S. ally in the Middle East, thus became an especially attractive North Korean target.

supported the anti-Western and anti-Israeli alliance in the Middle East - the bloc led by Iran and including Hezbollah and Syria - with technological and material support, in return for the hard cash it desperately needs. Hezbollah, as a client of Iran, has directly benefited greatly from this alliance, specifically from North Korean expertise in the provision of weapons, training, and tunnel construction.  (*Id.* at ¶ 21).

Rubin stated that in the past few years, a number of North Korean arms shipments to Iran have been intercepted by Western interests. In 2009 alone, three vessels were seized carrying what Israeli and Western intelligence officials believe to have been weapons bound for Hezbollah and Hamas, another designated terrorist organization. The largest of these shipments was apprehended on a ship that was searched in Dubai before being scheduled to leave for Iran in July, 2009.  (*Id.* at ¶ 39).  Rubin further stated that in December 2009, another shipment of 35 tons of North Korean weapons was apprehended on an Ilushin T76 transport aircraft which had flown from Pyongyang to Bangkok – where the weapons were seized.  He stated:

> The flight plan of the aircraft indicated that its final destination was Iran.  The weapons seized included two M-1958 multiple 240 mm rocket launchers, rocket launching tubes, 24 240 mm rockets, shoulder-launched missiles, and components of surface to air missiles.  Intelligence sources were quoted as saying that they considered these weapons to be bound for Hezbollah. Weapons experts noted that the type of rockets found in the shipments were of the type often used by Hezbollah against Israel.

*Id.* at ¶ 36.

All three of the seized shipments were found to contain North Korean components for 122mm Grad (Katyusha) rockets and rocket launchers.[4] (*Id.* at ¶ 35).

According to Rubin, the weapons intercepted on these occasions offered hard evidence to support what Western intelligence agencies have known for some time: that North Korea has been supplying Hezbollah with weaponry as part of Pyongyang's strategic relationship with Iran. Additional evidence indicates that direct North Korean military aid to Hezbollah is not limited to the lower caliber items in the movement's armory. A recent report noted that Iran and North Korea are together engaged in the production of the M-600 rockets that give Hezbollah the capability to strike at concentrated urban centers in central Israel. These weapons are considered to be among the most strategically important in Hezbollah's arsenal. (*Id.* at ¶ 37).

But Rubin stated that this relationship was not limited to recent years - North Korea was providing weaponry to Hezbollah prior to 2006, and it continues to do so today.[5] By 2006, Syria was receiving nearly a quarter of its military hardware from North Korea, and a portion of this equipment was transferred on to Hezbollah. Other weapons were transferred from North Korea

---

[4]    The shipment apprehended in Dubai included 2030 detonators for the rockets, and related electric circuits and solid fuel propellant. These rockets, as noted, were the main weapons used by Hezbollah in targeting the civilian population of northern Israel during the war of 2006.

[5]    Rubin stated that North Korea is a fully participating partner in the process whereby Iran seeks to evade sanctions and acquire arms for itself and its proxy organizations such as Hezbollah. The Iranian Revolutionary Guards use a variety of shell companies, multiple purchases and other means to bypass sanctions and to ensure that weaponry reaches its clients. Furthermore, Rubin stated that a North Korean defector described to a South Korean newspaper one of the mechanisms by which personnel from the Korean People's Army (the North Korean army) disguise arms shipments. According to the defector, containers are moved across the Yalu River from North Korea into China, and are only one-third to one-half full of weapons. The containers are then shipped to a third country where they are filled up with unrelated, innocuous freight. The containers are then mixed with additional innocuous freight in ports known to be lax in inspection for illegal arms interdiction. Only then does shipment to the Middle East occur.

to Hezbollah via Iran. Israeli intelligence reports confirm that "vital missile components" of missiles fired at Israel during the 2006 war originated in North Korea. (*Id.* at ¶ 34).

Rubin further stated that North Korea also has provided significant training to Hezbollah. Hezbollah members began travelling to North Korea for specialist instruction as early as the late 1980s. Hezbollah General-Secretary Hassan Nasrallah himself visited North Korea for training purposes during this time. Among other noted Hezbollah members who underwent training in North Korea was Mustafa Badreddine[6], who served as the movement's counter-espionage chief in the 2006 war. Ibrahim Akil, head of Hezbollah's security and intelligence service, has also received training in North Korea. (*Id.* at ¶ 41). North Korean involvement in the training of Hezbollah fighters has increased in the period following the 2006 war.  In 2007 Iran negotiated an agreement with Pyongyang for 100 Hezbollah field operatives to travel to North Korea to undergo training with the North Korean special forces, as well as counter espionage and intelligence training. This agreement was announced by Hezbollah leader Hassan Nasrallah during a trip to Iran that he made in April, 2007, accompanied by the Iranian ambassador to Syria Hasan Akhtari. (*Id.* at ¶ 42).

Regarding the issue of North Korean support for Hezbollah infrastructure construction, Rubin stated that North Korea has provided Hezbollah with critical assistance in building an extensive and sophisticated fortified tunnel network in the area south of the Litani River and bordering Israel.[7] (*Id.* at ¶ 44). This structure proved to be invaluable to Hezbollah in the course

---

[6]     Badreddine, the brother-in-law of Hezbollah's terrorist and paramilitary mastermind Imad Mughniyeh, is suspected in the murder of former Lebanese Prime Minister Rafiq al-Hariri in 2005, and a warrant for his arrest has been issued.

[7]     According to Rubin, Lenny Ben-David, a former Israeli diplomat, has stated that North Korean experts were brought into Lebanon by the Korea Mining Development Corporation.

of the 2006 war. The configuration and parameters of the tunnel system closely resemble the layout of similar systems in the demilitarized zone separating North and South Korea.

Rubin stated:

> The army of North Korea excels in the building of tunnels and underground bunker systems.  The army maintains a unit, called Unit 583, which answers to the chief of staff and whose task is to maintain and supervise the 20 infiltration tunnels situated along the border with South Korea. In addition, the North Korean Ministry for Public Security and the intelligence service maintain a Bureau of Engineers whose task is the construction of bunkers for the country's leaders and the building of underground infrastructure for the country's nuclear program.

*Id.* at ¶ 45.

Rubin further explained that the tunnel and bunker system built for Hezbollah by North Korea "enabled Hezbollah to locate many of its 1000-1500 rocket launchers underground when not in use, thus preventing Israeli aerial surveillance from locating them." These rocket launchers were used to fire on the civilian population of northern Israel.  (*Id.* at ¶ 47).

In his affidavit testimony, Rubin cited a report describing a North Korea-assisted facility in south Lebanon as consisting of a sophisticated, 25 kilometer underground tunnel including numerous assembly points which enabled Hezbollah to concentrate and move forces. (*Id.* at ¶ 48). When Israeli ground forces entered southern Lebanon, the tunnels enabled Hezbollah to move from location to location and attack the forces from the rear.[8]  (*Id.* at ¶ 50).  Upwards of

---

[8] A defector from the Iranian Revolutionary Guards, Ali Nurah Zada, described additional details of the tunnel network, noting that some of the border bunkers, particularly the command bunkers, were located 40 meters below the earth's surface.  Elements of the system were lined with painted steel plates and power cables.  Parts of the system had mobile floors, with each element having four

600 ammunition and weapons bunkers are believed to have been constructed south of the Litani

River.  The North Koreans were also assisted in their task by Iranian engineers. Rubin stated:

> Israel targeted Hezbollah's stockpiles of long and
> medium range missiles, destroying most of these in
> the first days of the war.  Hezbollah's short range
> missile capacity, however, was largely invulnerable
> to Israeli air attacks.  As a result, the organization
> kept up a steady stream of rocket attacks on Israel's
> northern communities throughout the war.
> Hezbollah fired between 3,970 and 4,228 rockets, at
> a rate of more than 100 per day.  The great majority
> of these rockets were of the 122 mm Katyusha type
> (around 95%), carrying warheads of up to 30kg and
> with a range of up to 30 km (19 miles.)  Around
> 23% of these hit cities and built up areas of northern
> Israel.  The remainder landed in open areas.  The
> attempts by the Israeli Air Force to strike at
> Hezbollah's short range rocket launchers were
> severely impeded by the North Korean built system
> of bunkers and tunnels used by Hezbollah in south
> Lebanon during the 2006 war.  The tunnel system
> enabled Hezbollah to fire and then swiftly conceal
> its rocket–launching equipment.

*Id.* at ¶ 29.

This network, apart from offering shelter and mobility to fighters seeking to engage with

Israeli forces, also made possible the concealment of rocket launchers and thus for attacks on

Israeli civilians to be prolonged.  And since the 2006 war, Hezbollah is believed to have

---

openings enabling the free movement of fighters. One such network covered roughly two square
kilometers.  Rocket firing positions were well concealed and protected.  One example showed a pair
of firing pits at a depth of roughly five meters, with thick concrete frames reinforced with blast walls
and covered with sandbags.  These pits would allow rockets to be fired with minimal heat signatures,
helping to prevent their detection by Israel. And these very rockets were used to target a civilian
population. Thus the expertise provided by North Korea in the area of tunnel and bunker construction
directly facilitated the process in which Hezbollah sought to terrorize the Israeli civilian population.

developed a more extensive tunnel and bunker system, expanding it into the northern Beka'a Valley. (*Id.* at ¶ 50).

Furthermore, North Korea has also become rather adept at reverse engineering foreign military hardware, another of its assets which have been utilized to aid Hezbollah. Rubin stated that North Korea's Mining Development Trading Corporation (KOMID) cooperated with Syria's Scientific Study Research Center to reverse engineer and then produce the Russian made Kornet anti-tank missiles, which were used effectively by Hezbollah against Israeli armor during the 2006 war.[9] (*Id.* at ¶ 38)

Rubin concluded his affidavit testimony by stating that North Korea provided significant assistance to Hezbollah prior to the Israel-Hezbollah war of 2006 and continues to do so today, mostly in the areas of supplying arms, training, and building specialized underground tunnels and bunker systems. This assistance directly enabled Hezbollah to attack Israeli civilians during the Israel-Hezbollah war of 2006 and will enable Hezbollah to again target Israeli civilians in a future confrontation. Rubin further stated that North Korea has positioned itself as a close and vital ally of Hezbollah, a designated terror organization engaged in attacks on civilians. North Korea's provision of material support and resources to Hezbollah has significantly increased Hezbollah's capabilities over the last two decades, and assisted the terrorist group to perpetuate the widespread destruction it inflicted upon Israel's civilian population during the Israel-Hezbollah war in 2006. (*Id.* at ¶ 54 and ¶ 55).

---

[9]    The main manufacturing facility for this practice is the Kangyye General Tractor Plant no. 26 in the Jagang province of North Korea.  KOMID was superseded in 2009 by Green Pine Associated as the main body engaged in the illegal arms trade on behalf of North Korea.

**D.      Testimony of Professor Bruce Bechtol**

Plaintiffs presented affidavit testimony of Bechtol, who was Professor of International Relations at the Marine Corps Command and Staff College from 2005-2010. Bechtol also has served as an Assistant Professor of National Security Studies at the Air Command and Staff College (from 2003-2005), an adjunct Visiting Professor at the Korea University Graduate School of International Studies (from 2006-2007) and an adjunct Professor of Diplomacy at Norwich University (from 2005-2009). Bechtol received a Ph.D. in National Security Studies from the Union Institute, a master's degree in international affairs from Catholic University and a bachelor's degree from Excelsior College. Since September 2010, Bechtol has served as an associate Professor of Political Science at Angelo State University (Declaration of Professor Bruce Bechtol at ¶ 1). He also currently serves on the Boards of Directors of both the International Council on Korean Studies (Vice President) and the Council on U.S.-Korean Security Studies.  (*Id.* at ¶ 6)

Bechtol has extensive experience in military affairs, having served on active duty for 20 years in the U.S. Marine Corps at various locations in the western Pacific and East Asia.  From 1997 until 2003, he was an Intelligence Officer at the Defense Intelligence Agency, and he also served as the Senior Analyst for Northeast Asia in the Intelligence Directorate (J2) on the Joint Staff in the Pentagon. (*Id.* at ¶ 2)

Bechtol has been published in 19 peer-reviewed journals and also has authored two books that were comprehensive studies of North Korea: *Defiant Failed State: The North Korean Threat to International Security* (Potomac Books, 2011) and *Red Rogue: The Persistent Challenge of North Korea*, (Potomac Books 2007). He has also edited or been a contributing editor to several

other books and journals on North Korean security issues, including *Comparative Strategy*, *The International Journal of Korean Studies*, *Pacific Focus*, *The Korea Observer*, *East Asian Review*, *The Air and Space Power Journal*, *The International Journal of Korean Unification Studies*, *Korean Quarterly*, and *Occasional Papers: The Journal of the Korea American Historical Society*.  (*Id.* at ¶ 3 and ¶ 4).  Bechtol has also served as an expert witness concerning North Korea's involvement in international terrorism in *Calderon v. Democratic People's Republic of North Korea et. al*,  (08- cv-1367-FAB) (*Id.* at ¶ 7).

Bechtol stated in his affidavit testimony that North Koran systematically provided material support to Hezbollah, including rockets and other weapons used by the terrorist organization against Israel's civilian population during the summer of 2006.  He also stated that Hezbollah utilized a system of "heavily fortified subterranean bunkers" built by North Korea during this period. (*Id.* at ¶ 9).

Bechtol explained that for the past three decades, the main motivation for North Korea to support terrorism has been less ideological (one of the main reasons it first began supporting terrorism in the Middle East) and more due to its dire financial situation. He said that North Korea "will sell anything to anyone who will buy it," and that for this reason the Pyongyang regime has provided training and weaponry to several terrorist groups in recent years. (*Id.* at ¶ 24).

Regarding North Korea's ties to Hezbollah specifically, Bechtol stated that this connection is closely tied to its relationship with another body identified by the U.S. State Department as an entity supporting terrorism - the Iranian Revolutionary Guard Corps (IRGC). According to a 2008 Congressional Research Report, the North Koreans collaborated with IRGC

operatives (including active duty military generals) on supporting Hezbollah operations ranging from the shipment of short-range missiles and artillery to the building of underground facilities. Thus, North Korea has bolstered its ties to both a key insurgent group that uses terrorism as a methodology and one of its government sponsors (i.e., Iran). (*Id.*).

Bechtol stated that there is strong evidence that North Korea supervised the building of all of Hezbollah's underground bunkers between 2003-2004. (*Id.* at ¶ 25). These facilities included dispensaries for its wounded, food stocks, and storage for various types of weapons, which could be used to launch extensive operations against Israel. Bechtol cited a former Israeli diplomat as articulating that "Hizbullah's military bases, armories, bunkers and communications networks were much more extensive than Israel's intelligence services estimated on the eve of the 2006 war." (*Id.*). Bechtol cited the same diplomat as asserting that the tunnel building operations were conducted under the guise of the Korea Mining Development Trading Corporation – a company whose activities had been considered to be for civilian use and were officially sanctioned by the United States. This entity has since been placed on the official list of North Korean companies sanctioned by the United States and "blacklisted" by other states. (*Id.*).

Bechtol further stated that Hezbollah reportedly received shipments of important arms used to inflict casualties on Israeli civilians and soldiers.  He quoted Israeli intelligence sources as stating that Hezbollah missiles had the capacity to hit the outskirts of Tel Aviv with short-range missiles containing components supplied by North Korea, which were provided directly to Iran. These missiles were then assembled (presumably by Iranians) and transported to Hezbollah via Syria.  He stated, "The connections that the North Koreans have with Hezbollah through both Iran and Syria are clear. This channel continues until today." (*Id.* at ¶ 26).

Bechtol quoted the Syrian opposition group "Reform Party in Syria" (RPS) as stating that Hezbollah acquired CW agents from North Korea during the summer of 2008. RPS (who he explained reportedly has ties to the Lebanese intelligence community) stated that Hezbollah also recently acquired mustard and nerve gas via Syria, which can be mounted on Hezbollah's short-range missiles that target Israel. Regarding this acquisition, Bechtol stated that "This would be a significant change in the threat to Israel's security." (*Id.*).

He further quoted "reliable sources" as stating that North Korea has also assisted Hezbollah by training many of its senior officials in Pyongyang, a program which began in the late 1980s. (*Id.* at ¶ 27). Some of the early participants included Hezbollah's current General-Secretary Hassan Nasrallah, Mustafa Badreddine (its former counter-espionage chief) and Ibrahim Akil, the head of Hezbollah's intelligence service. This training was conducted by the VIII Special Corps of the Korean Peoples' Army as well as the Reconnaissance Bureau operating under the General Staff and State Security Department Staff. Depending upon the seniority of the terrorist participants, the courses ran (and indeed continue to run) from three to twenty four months and include curriculums in guerilla techniques, command training and intelligence skills. For the duration of these training courses, Hezbollah members are segregated in the Chol Bongri district of Pyongyang. Bechtol concluded his testimony by stating that since the Israel-Hezbollah war of 2006, the number of Hezbollah trainees in North Korea has greatly increased. (*Id.*).

**E.      Testimony of Dr. Guy Podoler**

Plaintiffs also presented the affidavit testimony of Podoler. Podoler has been a Lecturer in the Department of Asian Studies at the University of Haifa in Israel since 2007. In 2005, he was a visiting scholar at the Centre for Korean Research at the University of British Columbia in

Canada. From 2006-2007, Podoler was a Golda Meir Postdoctoral Fellowship Recipient at the Hebrew University in Jerusalem, Israel. He also received a PhD in Asian Studies, a master's degree in East Asian Studies with a focus on Korea and a bachelor's degree in Japanese Studies from the Hebrew University. (Declaration of Dr. Guy Podoler ¶ 1).

Podoler has written widely on the topic of Korea. He authored the book *Monuments, Memory, and Identity: Constructing the Colonial Past in South Korea*. (Bern: Peter Lang, forthcoming 2011), and edited another book entitled *War and Militarism in Modern Japan: Issues of History and Identity* (Folkestone, Kent: Global Oriental, 2009). In addition, he has contributed articles to Asian-focused journals as *Acta Koreana, The Review of Korean Studies*, *Zmanim: A Historical Quarterly, Japan Focus* and *The International Journal of the History of Sport.* (*Id.* at ¶ 2).

Podoler has also published the following articles "Seoul: Aspects of Identity Construction through the Urban Landscape," in *Memory, Forgetfulness and Spatial Construction*, edited by Haim Yacobi and Tovi Fenster (Jerusalem: Hakibutz Hameuchad and Van Leer Institute) (forthcoming) (in Hebrew), "Seoul: City, Identity and the Construction of the Past," in *Remembering, Forgetting and City Builders*, edited by Tovi Fenster and Haim Yacobi, pp. 121-140, Aldershot: Ashgate, 2010, "Introduction," in *War and Militarism in Modern Japan: Issues of History and Identity*, edited by Guy Podoler, pp. 1-8, Folkestone, Kent: Global Oriental, 2009, "The Effect of Japanese Colonial Brutality on Shaping Korean Identity: An Analysis of a Prison Turned Memorial Site in Seoul," in *War and Militarism in Modern Japan: Issues of History and Identity*, edited by Guy Podoler, pp. 199-214, Folkestone, Kent: Global Oriental, 2009, "On the Confluence of History and Memory: The Significance of the War for Korea" (with

18

Michael Robinson), in *The Impact of the Russo-Japanese War*, edited by Rotem Kowner, pp. 183-198, London and New York: Routledge, 2007, "The Autocrat" [on Park Chung Hee], in *Men of the Global South: A Reader*, edited by Adam Jones, pp. 217-220. London and New York: Zed Books, 2006 and "Dark Dawn and Sparks of Nationalism: Korea and the Implications of the War," in *The Forgotten Campaign: The Russo-Japanese War and its Legacy*, edited by Rotem Kowner, pp. 343-361, Tel Aviv: Ma'arachot, 2005. His writing concerning Korea has been published in the *World Congress for Korean Politics and Society 2011* [Proceedings], University of Incheon, Korea, 2011, *Proceedings of the 6th International Conference of Design History and Design Studies*, Osaka University, 2008, *Korean-language version of "Japanese Colonialism, National Memory and Korean Football*," (February 14, 2006) and in the *Yedioth Aharonot* daily newspaper (September 20, 2005). (*Id.* at ¶ 3 and ¶ 4).

Podoler stated in his affidavit testimony that despite the significant geographic distance, North Korea has been deeply involved in the Middle East for decades, and the Israeli-Lebanese War of 2006, which Hezbollah initiated with a rocket attack into Israel combined with a ground infiltration of Israel's northern border, is a clear indication of the type and scale of such North Korean involvement. (*Id.* at ¶ 8).

Podoler stated that North Korea's active involvement in the Middle East began in the early 1970s. Prior to and during the Yom Kippur War in 1973, North Korea sent military aid to Egypt which included 20 fighter pilots, some of whom had direct encounters with Israeli jets. This gesture by the Pyongyang regime followed an earlier trip to North Korea by Egypt's Chief of Staff, Saad el-Shazly, to meet with its leader Kim Il-sung. (*Id.* at ¶ 11).

In the mid-1970s, North Korea wished to acquire Soviet-made FROG rockets, yet due to

tense relations with the former Soviet Union, it could not do so directly. Instead, it was Egypt that supplied North Korea with several dozen FROG rockets and transporter erector launchers. In the late 1970s, Egypt again was a source for an arms transfer, this time involving North Korea's first ballistic missiles – Soviet-made Scud-Bs. (*Id.* at ¶ 22).  Soon after the arrival of these missiles, North Korea began to reverse engineer them, a move that resulted in the production of the Hwasong-5 – North Korea's indigenous version of the Soviet missile. While cooperation between North Korea and Egypt continued in the field of missiles and missile technology, the Hwasong-5 emerged at the center of North Korea's first significant partnership with Iran in the area of weapons sales. (*Id.*).

During the Iran-Iraq War of 1980-1988, North Korea supplied the Islamic Republic of Iran (hereinafter "Iran") with naval mines and naval mines technology. This cooperation advanced to a new level after North Korea built the first prototypes of the Hwasong-5 and conducted several test flights. Then, North Korea reportedly signed an arms agreement with Iran under which the Iran provided financial assistance for the development and production of the Hwasong-5 in exchange for receiving the new technology and the option to purchase the missiles once completed. Podoler stated that it is widely believed that Iran indeed purchased 100 North Korean missiles in 1987 and launched dozens of them against Iraqi cities during the war.  (*Id.* at ¶ 23)

For the past several decades, Podoler explained that North Korea's involvement in the Middle East has been largely due to the following factors: (1) its clinging to outdated economic planning models; (2) the dissolution of the former Soviet Union and Moscow's termination of its barter trade with North Korea; (3) the termination by China of its favorable trade relations with

North Korea and the raising of its oil prices in the early 1990s; and (4) devastating natural disasters. Accordingly, making profits from arms sales to Middle Eastern states has been perceived as essential by North Korea to advance its military programs and ensure the regime's survival. (*Id.* at ¶ 16).

While the combination of economic profit, regime survival, and military deterrence – backed by a unique ideology[10] – had motivated North Korea to become involved in the Middle East, Podoler stated that the economic factor appears to be North Korea's main motive since the 1990s. (*Id.* at ¶19). Evidence of this surfaced when it was reported that Israeli officials had met with the North Koreans in 1992-1993, offering North Korea cash in return for the suspension of its missile exports to the Middle East. The deal was not finalized due to various reasons, yet the North Koreans seemed willing to discuss such an option, thus indicating that economic considerations trumped ideology. (*Id.* at ¶17).

Against the background of North Korea's worsening economic situation, its relationship with Iran expanded in the 1990s. The increased military cooperation between the countries manifested, for example, in North Korea's next generation of missiles including the Hwasong-6, Nodong-1, Taepodong-1, and Taepodong-2 missiles serving as the models for Iran's own Shahab series of missiles. In addition, after North Korea was compelled to agree to a missile test moratorium in September 1999 to avoid U.S. sanctions, it cooperated closely with Iran on proxy testing and data exchange. Mohammed Reza Heydari, Iran's former consul in Oslo who defected

---

[10]     Professor Podoler explained that the joint dogmatic North Korean ideologies of *juche*, or self-reliance, and *songun*, or military might, explain from an ideological perspective why the Pyongyang regime was interested in asserting itself in the Middle East. (*Id.* at ¶ 18).

in 2010, said that he had witnessed regular visits to Teheran by North Korean technicians between 2002 and 2007. When North Korea blatantly broke the moratorium through seven missile tests it conducted in July 2006, ten Iranian observers were reportedly present at the launch sites. (*Id.* at ¶ 24)

Regarding the North Korean nuclear program, numerous reports have surfaced since 1993 pointing to the collaboration with Iran in the development of nuclear capabilities. According to these sources, Iran helped finance North Korea's nuclear program in exchange for nuclear technology and equipment. (*Id.* at ¶ 25)

Finally, Hezbollah must be considered in order to grasp a fuller picture regarding the North Korean-Iranian military partnership. Since Hezbollah's founding, Iran has been its most stalwart ally, providing Hezbollah with political, economic, and military assistance. According to various sources that Podoler deems to be credible, North Korea has directly provided arms and training to Hezbollah since the late 1980s and 1990s. Three high-ranking Hezbollah officials reportedly received training in North Korea: Hassan Nasrallah, who later became Hezbollah leader; Ibrahim Akil, head of Hezbollah's security and intelligence service; and Mustapha Badreddine, chief of counter-espionage. In addition, several intercepted North Korean shipments bound for Iran in 2009 contained North Korean weapons. Reportedly, among them were components for Grad rockets and rocket launchers of the type that Iran is known to have supplied Hezbollah and Hamas, which launched them into Israel during the period prior to and during the Israeli-Lebanese war of 2006. (*Id.* at ¶ 29)

Another form of cooperation between North Korea and Hezbollah, with Iran's assistance, was the construction of sophisticated underground bunkers in southern Lebanon. North Korea's

experience in the area of subterranean bunker construction dates back to the Korean War of 1950-1953.[11] The state's tunneling technology was exposed in the 1970s with the discovery of several tunnels that were dug under the demilitarized zone (DMZ) between the two Koreas. These deep and wide tunnels were wired with electricity, and they contained railways and truck vehicles. Given their size, tens of thousands of heavily armed troops were able to pass through them each hour.

North Korea's assistance to Hezbollah in the area of bunker construction reportedly increased following Israel's withdrawal from Lebanon in 2000. North Korean instructors were introduced into southern Lebanon by Iranian diplomats, and reportedly cooperated with Iranian engineers to build a 25-km long underground tunnel to move Hezbollah fighters. The North Koreans also instructed Hezbollah in the development of underground military installations, tunnels, and bunkers. Indeed, the abandoned underground complexes of Hezbollah that the Israeli Defense Forces and the U.N. discovered after the 2006 war bore a striking resemblance to the ones exposed under the DMZ. (*Id.* at ¶ 31)

Podoler stated his belief that North Korea is quite simply a garrison state governed by a regime saturated with the cult personality of Kim Il-sung and his son, Kim Jong-il. North Korea is a world leader in the proliferation of ballistic missiles, with its missile programs serving to strengthen the regime's prestige domestically and internationally with the hope of resurrecting its depressed economy. It currently exports over 100 million USD annually in weapons and missiles

---

[11] As American aerial bombing had succeeded in accurately hitting every significant military target in North Korea by 1952, the state moved factories, airplane hangars, schools, hospitals, government offices, etc. underground. As a lesson from that war, for decades North Korea has invested heavily in building underground, and it has an estimated number of 15,000 underground security installations.

in violation of U.N. sanctions, and it is a major supplier of arms to the Middle East. (*Id.* at ¶ 36).

In summary, Podoler highlights two main motivations behind North Korea's provision of military assistance to Hezbollah prior and subsequent to the Israeli-Lebanese war of 2006: (1) North Korea has a close military partnership with both Iran and Syria, Hezbollah's two pillars of support, and by assisting Hezbollah, North Korea could further establish its position within, and show its commitment to, this alliance with the hopes of increased economic benefits in the future, and (2) by exporting advanced tunneling technology to Hezbollah, North Korea bolsters its prestige and invites other parties to place orders for North Korean arms and military technology. (*Id.* at ¶ 37).

## F.    Documentary Evidence

In addition to providing detailed and thorough expert testimony about the defendants and their provision of material support and resources to Hezbollah, the plaintiffs submitted additional documentary evidence to provide further background and context concerning North Korea, along with their Proposed Findings of Fact and Conclusions of Law:

1.    Federal Register/  Vol. 73, No. 127 / Tuesday, July 1, 2008 / Presidental Memorandum of June 26, 2008: *Certification of Rescission of North Korea's Designation as a State Sponsor of Terrorism*

2.    Federal Register / Vol. 73, No. 207 / Friday, October 24, 2008 / Notices (Public Notice 6415) *Rescission of Determination Regarding North Korea.*

3.    Friedman, Alan, "He Says 8,000 Missiles Were Sent: Peres Asserts Iran Armed Hezbollah," The New York Times (February 4, 2002).

4.    Niksch, Larry, *North Korea Terrorism List Removal?* Congressional Research Service (February 2, 2009).

5.    House of Representatives Bill 3650, *To provide for the continuation of restrictions against the Government of North Korea unless the President certifies to Congress that the Government of North Korea has met certain benchmarks,* 110th

Congress First Session (September 25, 2007).

## CONCLUSIONS OF LAW

This Court has subject-matter jurisdiction over this case pursuant to the FSIA, which is the sole basis for obtaining jurisdiction over a foreign state. *See Argentine Republic v. Amerada Hess Shipping Corp.*, 488 U.S. 428, 434 (1989).  Although a foreign state is generally immune from jurisdiction in U.S. courts, the FSIA establishes certain exceptions. *Brewer*, 664 F. Supp. 2d at 50. When the requirements of one of these exceptions are met and the foreign state is properly served, the FSIA provides both subject-matter jurisdiction over the action and personal jurisdiction over the foreign state. *Id.* Here, Plaintiffs' have satisfied the requirements of the FSIA's terrorism exception and have properly served North Korea.

### A.  Personal Jurisdiction

"A foreign state … must be served in accordance with 28 U.S.C. § 1608." Fed. R. Civ. P. 4(j)(1). Section 1608 provides several methods to serve a foreign state, but only § 1608(a)(3) is relevant because there is no "special arrangement for service" in this terrorism case nor is North Korea a party to "an applicable international convention on service of judicial documents." *See* § 1608(a); *see generally Brewer*, 664 F. Supp. 2d at 50-51 (discussing service of process under § 1608 in a terrorism case). As discussed above, Plaintiffs have complied with the requirements of § 1608(a)(3) because they sent North Korea a copy of the summons, complaint, and notice of suit, along with a Korean translation of each, and dispatched these documents by the clerk of the court to the head of North Korea's ministry of foreign affairs. Accordingly, this court has personal jurisdiction over North Korea if Plaintiffs are able to establish that North Korea is covered by an immunity exception within the FSIA. *See Brewer*, 664 F. Supp. 2d at 51.

B. **Subject-Matter Jurisdiction and Liability.**

In 2008 Congress enacted a comprehensive terrorism exception to the FSIA that was meant to waive sovereign immunity and provide terrorism victims with a cause of action in cases involving certain types of state sponsored terrorism. *See Brewer*, 664 F. Supp. 2d at 51. This terrorism exception is now codified as 28 U.S.C. § 1605A, and it has previously been applied to North Korea because it supported terrorist attacks against Israel that harmed American nationals. *See Calderon-Cardona v. Dem. People's Rep. of Korea*, 723 F. Supp. 2d 441, 457 (D.P.R. 2010).

Section 1605A provides, in relevant part, that a foreign state shall be liable for providing material support or resources to a terrorist attack that injures or kills an American national provided that money damages are sought and that (1) the foreign state "was designated as a state sponsor of terrorism at the time of the act," and (2) "either remains so designated when the claim is filed under this section or was so designated within the 6-month period before the claim is filed under this section." § 1605A(a)(2)(A)(I).

In this case, Plaintiffs' claims against North Korea meet these requirements for purposes of subject-matter jurisdiction and liability. *See Kilburn v. Islamic Republic of Iran*, 699 F. Supp. 2d 136, 155 (D.D.C. 2010) (noting "the elements of immunity and liability under § 1605A(c) are essentially the same in that § 1605A(a)(1) must be fulfilled to demonstrate that a plaintiff has a cause of action"). *See also Gates v. Syrian Arab Republic*, 580 F. Supp. 2d 53 (D.D.C. 2008) (same).[12]

---

[12]     The fact that liability arises once sponsorship of terrorist activities is demonstrated for jurisdictional purposes is unsurprising since "[s]ponsorship of terrorist activities inherently involves a conspiracy to commit terrorist attacks. As a co-conspirator, both with its own agents, officials and employees, and with others, such as the terrorist organization and the ultimate perpetrators, the foreign state is also a joint tortfeasor." *Flatow v. Islamic Republic of Iran*, 999 F.

First, North Korea "was designated as a state sponsor of terrorism at the time of the act" that caused Plaintiffs' harm.  Section 1605A(h)(6) defines a "state sponsor of terrorism" as "a country the government of which the Secretary of State has determined, for purposes of section 6(j) of the Export Administration Act of 1979 (50 App. U.S.C. 2405 (j)) … is a government that has repeatedly provided support for acts of international terrorism."  And North Korea was so designated in 1988. *See Notice, Determination Pursuant to Section 6(j) of the Export Administration Act of 1979; North Korea*, 53 Fed. Reg. 3477 (Feb. 5, 1988), 1988 WL 276528. More importantly, North Korea remained a designated state sponsor of terrorism during the 2006 Hezbollah rocket attacks that harmed the Plaintiffs, and it was not until October 11, 2008 that Secretary of State Condoleezza Rice removed North Korea from the U.S. State Sponsor of Terrorism list. *See Notice, Rescission of Determination Regarding North Korea*, 73 Fed. Reg. 63540 (Oct. 24, 2008).[13]  Additionally, because Plaintiffs filed their Compliant on April 8, 2009, North Korea remained a designated state sponsor of terrorism "within the 6-month period before" Plaintiffs' claims were filed pursuant to § 1605A.  Accordingly, Plaintiffs' complaint

---

Supp. 1, 27 (D.D.C. 1998).

[13]      This decision was based on a presidential memorandum, *Certification of Rescission of North Korea's Designation as a State Sponsor of Terrorism*, 73 Fed. Reg. 37351 (Jun. 26, 2008), wherein President Bush certified that: "(i) the Government of North Korea has not provided any support for international terrorism during the preceding 6-month period; and (ii) the Government of North Korea has provided assurances that it will not support acts of international terrorism in the future." This presidential memorandum, however, did not address intelligence information regarding North Korean support for international terrorism prior to December 26, 2007 or, for example, H.R. 3650, the "North Korean Counterterrorism and Nonproliferation Act," a bill introduced into Congress on September 25, 2007, which cited reports that "North Korea was involved in training in guerilla warfare of Hezbollah cadres who subsequently were involved in operations against Israeli forces in south Lebanon."

was not only timely filed, it concerned terrorist attacks that occurred when North Korea was a designated state sponsor of terrorism.

The other requirements of § 1605A are also met because Plaintiffs are American nationals seeking money damages for personal injuries or death that occurred from terrorist attacks that were materially supported by North Korea. Section 1605A(h)(3) defines "material support or resources" as having the same meaning as in 18 U.S.C. § 2339A, which defines it to include "any property, tangible or intangible, or service, including currency or monetary instruments or financial securities, financial services, lodging, training, expert advice or assistance, safehouses, false documentation or identification, communications equipment, facilities, weapons, lethal substances, explosives, personnel (one or more individuals who may be or include oneself), and transportation, except medicine or religious materials." Section 2339A(b) further defines "training" as "instruction or teaching designed to impart a specific skill, as opposed to general knowledge" and "expert advice or assistance" as "advice or assistance derived from scientific, technical or other specialized knowledge."

Based on the allegations in Plaintiffs' Amended Complaint and the evidence presented by Plaintiffs, there can be no doubt that North Korea provided material support to Hezbollah.  In particular, North Korea provided Hezbollah with advanced weapons, expert advice and construction assistance in hiding these weapons in underground bunkers, and training in utilizing these weapons and bunkers to cause terrorist rocket attacks on Israel's civilian population. These terrorist rocket attacks that North Korea facilitated directly caused Plaintiffs' injuries. As such, North Korea is not immune from liability under the FSIA pursuant to § 1605A(a)(1) and it is specifically liable to Plaintiffs pursuant to § 1605A(c).

## **CONCLUSION**

This Court possesses subject matter jurisdiction over this action and personal jurisdiction over defendant North Korea. Plaintiffs have established to this Court's satisfaction, pursuant to 28 U.S.C. § 1608(e), that North Korea is liable for damages because it provided material support and assistance to the Hezbollah terrorists who fired rockets at Israel that caused Plaintiffs' injuries. Accordingly, Plaintiffs' motion for default judgment shall be granted against North Korea for purposes of liability. Plaintiffs shall hereafter submit additional evidence regarding the issue of damages.

_____