UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAPLAN, *et al.*, | ) |
| Plaintiffs, | ) Civ. No. 09-646 (RWR) |
| v. | ) |
| HEZBOLLAH, *et al.*, | ) |
| Defendants. | ) |

### DECLARATION OF PLAINTIFF THEODORE GREENBERG

Theodore Irwin Greenberg of Tzfat, Israel, declares pursuant to 28 U.S.C. §1746, as follows:

1. I am an American citizen and I currently reside in Tzfat, Israel. I was born in Los Angeles, California on June 19, 1951.

2. I live with my wife, Moreen Ellen Greenberg. I am a retired medical scientist and currently teach English.

3. At the start of the Second Lebanon War in July, 2006, my wife and I lived in Tzfat and I was the owner of an internet café, also in Tzfat, which I had opened up in 2002.

4. On the morning of July 13, 2006, when the first katyusha rocket fell on Tzfat, I was working in the internet café. Right away when I heard the whistling of the katyusha rocket I knew that we were under attack. The rocket had landed about 300 feet from my house and about 900 feet from my business. My first concerns were to take care of my customers and make sure that they were okay and also to find out where Moreen was since she was visiting friends in a nearby city that morning.

1

5. I was able to contact Moreen and my foremost fears for her were allayed when she told me she was safe in the bomb shelter of our apartment building. I tended to the stranded tourists that sought shelter in my internet café and by afternoon made it back to my home to be with my wife.

6. Along the way home I witnessed the medical evacuation of a man who sustained a direct katyusha hit. Even though I am a medic and have been trained to view emergency scenes such as this one in a medically professional manner, what I saw still haunts my memory to this day. The image of that grievously injured victim returns to me frequently and causes me a feeling of anxiousness.

7. Moreen and I decided that since our building bomb shelter was too crowded with other scared and anxious residents, many of whom were children, we would stay in the basement of the internet café. We hoped that this would provide us with a measure of protection from any additional katyusha rockets.

8. During the duration of the rocket attacks, my wife and I lived in the basement of my internet café business for three weeks. Typically, my business serviced residents of Tzfat and vacationing tourists. On average, my annual income from the business ranged from $15,000-$20,000.

9. Throughout the rocket attacks, Tzfat became a ghost town. Residents who were able to flee for a safer place outside Tzfat did so. The tourists, understandably, also disappeared. Since no one was around I had no business coming into my café. This was the direct cause of my business' failure during the period of the rocket attacks and beyond. During the period of the rocket attacks, we used the café as an aid center and gave shelter and computer access to anyone that needed it.

10. This period was very stressful and anxiety provoking for me. My outlook on life changed. I went from being unafraid to feeling very vulnerable. I realized that in the blink of an eye my entire life could be changed. Even though I had been on active duty in the United States Navy for four years, I was not prepared for living under the stress of this period of rocket attacks. As a result of the daily pressure I even resumed smoking again, a habit I had given up years earlier.

11. I realized that we could not go on financially without the income from the internet café. I was required to find a job that would enable me to pay the ongoing bills and expenses that were accumulating.

12. The telecommunications job I found was based in Jerusalem. Unable to commute back and forth to Tzfat on a daily basis, I needed to rent an apartment and stay in Jerusalem on weekdays. I would return home to Tzfat to be with Moreen on Fridays for the Sabbath. Over the course of the rocket attacks. I paid approximately NIS 6,500 shekel ($1,500) for rent on my Jerusalem apartment. I also incurred additional transportation expenses travelling back and forth to Tzfat to be with Moreen.

13. This upheaval in my life was very stressful to me. Initially it was just the physical relocation from our home in Tzfat to the basement of the internet café. But it did not stop with that. The relocation to Jerusalem was the next stage with its added emotional layers since I was separated from Moreen.

14. I worried about Moreen constantly but understood that I needed to bring in an income. As the katyusha rockets continued to be fired from Lebanon, life and its accompanying bills didn't stop coming either. The bills needed to be paid one way or another. The marital strain we felt was like nothing we had experienced before. In particular, my role as a husband was

conflicted. No matter which choice I made, stay in Tzfat with Moreen and not have any income, or, generate income in Jerusalem and leave Moreen alone in harm's way, I felt that I had failed my wife. It was, and continues to be, extremely stressful and anxiety causing.

15. The rocket attacks eventually ended but life did not return to normal in Tzfat in time to revive my internet café business. We tried to jump start it again while I was still working in Jerusalem. Moreen assumed the business leadership, but unfortunately, it never got off the ground again. During the rocket attacks I suffered a business loss of about $2,500-$3,000.

16. The Second Lebanon War and the Hezbollah attacks have left me in a constant state of worry about the next period of rocket terrorism. The upheaval in my life has never gone away and I have never returned to how I was before the rocket attacks. Everyday, I question why I am living in the eye of the storm and consider relocating. I am, however, grateful that both Moreen and I made it through our experience alive and intact.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 29, 2012

_Theodore Irwin Greenberg_
Theodore Irwin Greenberg