UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KAPLAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civ. No. 09-646 (RWR) |
| ) | |
| v. ) | |
| ) | |
| HEZBOLLAH, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF CHAYA KASZEMACHER

Chaya Alkareif, premarital name Kaszemacher, of Bnei Brak, Israel, declares pursuant to 28 U.S.C. §1746, as follows:

1. I am an American citizen and was born in Tzfat, Israel on February 13, 1990.

2. I am a resident of Israel and currently reside in Bnei Brak, Israel.

3. I am married and am the mother of one daughter, Shira, born February 23, 2011.

4. I am a customer service representative at a call center for Isracard, an Israeli credit card company.

5. At the time of the Second Lebanon War in July, 2006, I was sixteen years old and living with my mother and father in Tzfat, a city in northern Israel. My married older brothers and sisters also lived in Tzfat, not too far from our home.

6. When the first katyusha rocket from Lebanon fell on Tzfat on July 13, 2006, I was at home waiting for camp to start since it was summer vacation. I heard the loud boom but didn't fully understand the reality of what was happening. I realized that this was the possible start of a war, but I was a typical sixteen year old pre-occupied with regular teenage concerns of going out with friends and shopping for new clothes.

7. During the lull between the first and second rockets that fell, my mother asked me to bring some milk and bread to my sister who lived close by. She needed the groceries for her children so I decided to take a friend along.

8. Before we left, my mother instructed us that if we heard a siren, which meant that a rocket was incoming, we should find a place to hide, make ourselves as small as possible and cover our neck with our hands. I was really scared and hoped that we would never need to use this advice.

9. My friend and I were really frightened and were holding hands as we ran as fast as we could to reach my sister's house. I kept thinking to myself that we were going to be okay and that we would drop off the groceries and make it back home safely.

10. Unfortunately, on our way, my friend and I heard the loud shrill whistle of a katyusha rocket. It was so close to us and I was so scared that I was going to die. We were in a narrow street and we frantically found a narrow side alley to run into for shelter. I had never been in such a stressful situation before; I had to decide in less than a split second where would be the safest place to hide. It felt as if my head was pulling in one direction but my legs were running in a different direction. My body was operating on automatic survival mode.

11. As we crouched together, covering our bodies like my mother had instructed, with my friend actually on top of me, I looked around and saw that we had unknowingly placed ourselves right next to two gas canisters. I could not do anything; it was too late to run out and find another place to hide. At that point I thought that the rocket would land right on top of us and that we would just die on the spot as we exploded with the two gas canisters. I thought that it would be a horrible way to die, since my parents would not have my body to bury, but at least it would be quick and hopefully painless. In those split seconds I saw my entire life pass before my eyes and couldn't understand why I was only given sixteen years to live; that is how close to death I felt.

12. I heard the bomb land right near us and merely had to turn my head slightly to see the large plume of black smoke rising in the air. We got up and raced for our lives back to my house where my mother, hysterically crying, had been frantically waiting for us because she had also heard the whistling rocket and did not know if I was alive or dead.

13. After this experience I was very scared and anxious every time I heard a katyusha rocket. I was stressed out and was crying to my mother most of the time. Unlike most residents of Tzfat who had evacuated the city, I had nowhere to go. I remained in my parent's house for the next several weeks while the war was still going on around us. I did not leave the house because I was too scared. I moved my belongings to a part of the house that was partially underground in hope that this location would be safer in case a katyusha rocket landed on our house.

14. During this entire time, I had no one to talk to other than my parents. All my friends had left Tzfat and few had cell phones at that time. The three of us sat glued, day and

night, to the computer and news to get daily updates as to the war status. This only added to the stressful, anxious environment we were now living in.

15. My father was an artist who had a gallery in Tzfat. Once the katyusha rockets started falling, the tourists stopped coming to the gallery and therefore my father had no income. I noticed that my father, a Holocaust survivor, was stressed out by his lack of income. I realized that this would have repercussions for me since I would be unable in the future to ask for discretionary funds.

16. An opportunity presented itself for me to leave the dangers of Tzfat and be with friends in Jerusalem, a city outside the reach of the rockets. On one hand, I was so scared to remain in Tzfat but on the other hand I did not want to leave my elderly parents all by themselves. I chose to leave Tzfat but spoke to my parents many times each day to see how they were. Even though they told me they were okay I feared that something had happened to them or to the house and they were hiding it from me so that I wouldn't worry.

17. Being in Jerusalem away from the dangerous katyusha rockets of Tzfat made me feel a little better. There were people for me to talk to and people were smiling. However, I was worried and anxious about my parents all the time. Fortunately the cease fire went into effect not long thereafter, and I was able to return home.

18. I am a changed person since the katyusha rocket incident. As I waited for the rocket to land thinking that I was going to be killed, I was robbed of my innocence. It made me understand that life is not so good all the time.

18.     I am a changed person since the katyusha rocket incident. As I waited for the rocket to land thinking that I was going to be killed, I was robbed of my innocence. It made me understand that life is not so good all the time.

19.     Even today, it is extremely difficult and painful for me to go back to Tzfat to visit with my parents and pass by the spot where I stood expecting to be killed. I am anxious, scared and nervous. I have panic attacks and start crying as I relive the entire experience from beginning to end. When I walk outside in Tzfat my senses and alertness are heightened as I scan the street thinking of where would be a good place to hide if a rocket should be fired again from Lebanon into Israel.

20.     The panic, fear and stress do not leave me when I leave Tzfat. It accompanies me wherever I go. Before the war I was not afraid of anything. But that is a distant memory. I am scared when I hear alarms or loud noises that sound like bombs. My emotions just overwhelm me suddenly. I do not want to be left alone. I am afraid of thunder since it sounds too much like exploding bombs. I recall an episode when the electricity went off in my house and I just sat there crying and waiting for my husband to come to rescue me.

21.     No matter how many years have gone by since the War, I re-live everything on the anniversary date. The flashbacks are so frighteningly real; these are things that I fear I will carry with me for the rest of my life.

I declare under the penalty of perjury of the United States of America that the foregoing is true and correct.

Executed on March 28, 2012

_____
Chaya Kaszemacher

5