UNITED STATES DISTRICT COURT
DISTRICT OF THE DISTRICT OF COLUMBIA
---------------------------------------------------------------------X

KAPLAN, *et al.*,

                  Plaintiffs,

             -against-

HEZBOLLAH, *et al*

               Defendants.

---------------------------------------------------------------------X

Docket no.
09-CV-646 (RWR)

## DECLARATION OF ROBERT J. TOLCHIN

**ROBERT J. TOLCHIN,** pursuant to 28 U.S.C. § 1746, declares and states as follows subject to the penalties for perjury of the United States of America:

1.      I am an attorney licensed to practice law before the courts of the State of New York, and am a member of the Bar of this Court. I am counsel for the plaintiffs herein, and am making this declaration to convey to the Court the following exhibits:

Exhibit 1    -    US passport of Chaim Kaplan

Exhibit 2    -    US passport of Rivka Kaplan

Exhibit 3    -    US passport of Muska Kaplan

Exhibit 4    -    US passport of Aryeh Kaplan

Exhibit 5    -    US passport of Menachem Kaplan

Exhibit 6    -    US passport of Ephraim Kaplan

Exhibit 7    -    US passport of Chana Kaplan

Exhibit 8    -    US passport of Karene Erdstein

Exhibit 9    -    US passport of Brian Erdstein

Exhibit 10   -    US passport of Netiya Erdstein

Exhibit 11   -    US passport of Noa Erdstein

Exhibit 12   -    US passport of Maayan Erdstein

Exhibit 13   -    US passport of Chayim Kumer

Exhibit 14   -    US passport of Nechama Kumer

Exhibit 15   -    US passport of Laurie Rappeport

Exhibit 16   -    US passport of Margalit Rappeport

Exhibit 17   -    US passport of Theodore Greenberg

Exhibit 18   -    US passport of Moreen Greenberg

Exhibit 19   -    US passport of Jared Sauter

Exhibit 20   -    US passport of Dvora Kaszemacher

Exhibit 21   -    US passport of Chaya Kaszemacher

Exhibit 22   -    US passport of Avishai Reuveni

Exhibit 23   -    US passport of Elisheva Aaron

Exhibit 24   -    US passport of Yair Mor

Exhibit 25   -    US passport of Mikimi Steinberg

Dated:   Brooklyn, New York
         April 30, 2012

                                    _____
                                    Robert J. Tolchin

EXHIBIT 1

*The Secretary of State of the United States of America
hereby requests all whom it may concern to permit the citizen/national
of the United States named herein to pass without delay or hindrance
and in case of need to give all lawful aid and protection.*

*Le Secrétaire d'Etat des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer le citoyen
ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni
difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.*

*El Secretario de Estado de los Estados Unidos de América por el presente solicita a las
autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos
aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la
ayuda y protección lícitas.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

**NOT VALID UNTIL SIGNED**

| | |
|---|---|
| PASSPORT PASSEPORT PASAPORTE | **UNITED STATES OF AMERICA** |

Type / Type / Tipo **P**  Code / Code / Código **USA**  Passport No. / No. du Passeport / No. de Pasaporte **711740487**

Surname / Nom / Apellidos
**KAPLAN**

Given names / Prénoms / Nombres
**CHAIM**

Nationality / Nationalité / Nacionalidad
**UNITED STATES OF AMERICA**

Date of birth / Date de naissance / Fecha de nacimiento
**28 Oct 1974**

Sex / Sexe / Sexo **M**  Place of birth / Lieu de naissance / Lugar de nacimiento **NEW YORK, U.S.A.**

Date of issue / Date de délivrance / Fecha de expedición
**06 Jun 2006**

Authority / Autorité
**United States**

Date of expiration / Date d'expiration / Fecha de caducidad
**06 Jun 2016**
Department Of

Amendments / Modifications / Enmiendas
**See Page 24**

P<USAKAPLAN<<CHAIM<<<<<<<<<<<<<<<<<<<<<<<<
711740487USA7410286M1606052<<<<<<

EXHIBIT 2

p.1

16 Sep 00 12:54a



EXHIBIT 3

p.1

16 Sep 00 12:56a



SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT
PASAPORTE

USA

UNITED STATES OF AMERICA

Passport No. / No

4669302455

Surname / Nom / Apellidos
KAPLAN

Given Names / Prénoms / Nombres
MUSHKA

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
22 Oct 1999

Place of birth / Lieu de naissance / Lugar de nacimiento
ISRAEL

Date of issue / Date de délivrance / Fecha de expedición
20 Jan 2010

Date of expiration / Date d'expiration / Fecha de caducidad
19 Jan 2015

Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 27

Sex / Sexe / Sexo
F

Authority / Autorité / Autoridad
United States
Department of State

USA

P<USAKAPLAN<<MUSHKA<<<<<<<<<<<<<<<<<<<<<<<
4669302455USA9910229F1501191713018107<123060

EXHIBIT 4



We the People

Of the United States,
in Order to form a more perfect Union,
establish Justice, insure domestic Tranquility,
provide for the common defence,
promote the general Welfare, and secure
the Blessings of Liberty to ourselves and
our Posterity, do ordain and establish this
Constitution for the United States of America.

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR



PASSPORT
PASSEPORT
PASAPORTE
USA

UNITED STATES OF AMERICA

Type / Type / Tipo   Code / Código   Passport No. / No. du Passeport / No. de Pasaporte
P          USA                    440893238

Surname / Nom / Apellidos
KAPLAN

Given Names / Prénoms / Nombres
REUVEN ARYEH LEIB

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
16 Feb 2001

Place of birth / Lieu de naissance / Lugar de nacimiento
ISRAEL

Date of issue / Date de délivrance / Fecha de expedición
05 Feb 2008

Date of expiration / Date d'expiration / Fecha de caducidad
04 Feb 2013

Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 27

Sex / Sexe / Sexo
M

Authority / Autorité / Autoridad
United States
Department of State

USA

P<USAKAPLAN<<REUVEN<ARYEH<LEIB<<<<<<<<<<<<<<
4408932387USA0102166M1302044712530817<220992

EXHIBIT 5

p.1

# We the People

*Of the United States,*
*in Order to form a more perfect Union,*
*establish Justice, insure domestic Tranquility,*
*provide for the common defence,*
*promote the general Welfare, and secure*
*the Blessings of Liberty to ourselves and*
*our Posterity, do ordain and establish this*
*Constitution for the United States of America.*

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR



## UNITED STATES OF AMERICA

PASSPORT
PASSEPORT
PASAPORTE
USA

Type / Type / Tipo    Code / Código    Passport No. / No du Passeport / No de Pasaporte
P                     USA              440893237

Surname / Nom / Apellidos
**KAPLAN**

Given Names / Prénoms / Nombres
**MENACHEM MENDEL**

Nationality / Nationalité / Nacionalidad
**UNITED STATES OF AMERICA**

Date of birth / Date de naissance / Fecha de nacimiento
**31 Mar 2002**

Place of birth / Lieu de naissance / Lugar de nacimiento
**NEW JERSEY, U.S.A.**

Date of issue / Date de délivrance / Fecha de expedición
**05 Feb 2008**

Date of expiration / Date d'expiration / Fecha de caducidad
**04 Feb 2013**

Sex / Sexe / Sexo
**M**

Authority / Autorité / Autoridad
**United States**
**Department of State**

Endorsements / Mentions Spéciales / Anotaciones
**SEE PAGE 27**

## USA

```
P<USAKAPLAN<<MENACHEM<MENDEL<<<<<<<<<<<<<<<<
4408932376USA0203317M1302044712530816<451074
```

16 Sep 00 12:58a

EXHIBIT 6



We the People

Of the United States,
in Order to form a more perfect Union,
establish Justice, insure domestic Tranquility,
provide for the common defence,
promote the general Welfare, and secure
the Blessings of Liberty to ourselves and
our Posterity, do ordain and establish this
Constitution for the United States of America.

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

UNITED STATES OF AMERICA

PASSPORT
PASSEPORT
PASAPORTE

Surname / Nom / Apellidos
KAPLAN
Given names / Prénoms / Nombres
EFRAIM BENYAMIN
Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento
28 Apr 2006
Place of birth / Lieu de naissance / Lugar de nacimiento
ISRAEL

Sex / Sexe / Sexo
M
Authority / Autorité / Autoridad
United States
Department of State

Date of issue / Date de délivrance / Fecha de expedición
01 Dec 2011
Date of expiration / Date d'expiration / Fecha de caducidad
30 Nov 2016
Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 27

USA

P<USAKAPLAN<<EFRAIM<BENYAMIN<<<<<<<<<<<<<<<<<
4874291504USA0604280M1611302713686272<520858

Exhibit 7



**We the People**

*Of the United States,*
*in Order to form a more perfect Union,*
*establish Justice, insure domestic Tranquility,*
*provide for the common defence, and secure*
*the Blessings of Liberty to ourselves and*
*our Posterity, do ordain and establish this*
*Constitution for the United States of America.*

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT
PASAPORTE

USA

UNITED STATES OF AMERICA

Type / Type / Tipo    Code / Code / Código    Passport No. / No. du Passeport / No. de Pasaporte
P                      USA                      466930244

Surname / Nom / Apellidos
KAPLAN

Given Names / Prénoms / Nombres
CHANA

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
28 Oct 2003

Place of birth / Lieu de naissance / Lugar de nacimiento
ISRAEL

Sex / Sexe / Sexo
F

Date of issue / Date de délivrance / Fecha de expedición
20 Jan 2010

Authority / Autorité / Autoridad
United States
Department of State

Date of expiration / Date d'expiration /Fecha de caducidad
19 Jan 2015

Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 27

USA

P<USAKAPLAN<<CHANA<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
4669302444USA0310284F1501191713018106<110454

EXHIBIT 8



EXHIBIT 9



EXHIBIT 10



EXHIBIT 11

The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.

Le Secrétaire d'Etat
des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.

_Baruch Erolstein (father)_

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**



UNITED STATES OF AMERICA

701226662

EROSTEIN

NOA

UNITED STATES OF AMERICA

26 OCT/OCT 97

ISRAEL

23 JAN/JAN 98          22 JAN/JAN 03

U.S. EMBASSY

TEL AVIV, ISRAEL

P<USAEROSTEIN<<NOA<<<<<<<<<<<<<<<<<<<<<<<<
701226682US97710245100301274<<<<<<<<<<<<<<<<

EXHIBIT 12



of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.

Le Secrétaire d'État
des États-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des États-Unis titulaire du présent passeport
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.

*Baruch Erdstein*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

NOT VALID UNTIL SIGNED

EXHIBIT 13

*United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.*

*Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**



**UNITED STATES OF AMERICA**

PASSPORT
PASSEPORT
USA

Type/Caté- P gorie    Code of issuing / code du pays    PASSPORT NO./NO. DU PASSEPORT
State    USA    émetteur    **701133009**

Surname / Nom
**KUMER**

Given names / Prénoms
**CHAYIM YOSEF**

Nationality / Nationalité
UNITED STATES OF AMERICA

Date of birth / Date de naissance
**27 FEB/FEV 76**

Sex / Sexe    Place of birth / Lieu de naissance
**M    CANADA**

Date of issue / Date de délivrance    Date of expiration / Date d'expiration
**29 JUL/JUI 97    28 JUL/JUI 07**

Authority / Autorité                    Amendments/
**U.S. EMBASSY**                        Modifications
                                        SEE PAGE
**TEL AVIV, ISRAEL**                    **24**

```
P<USAKUMER<<CHAYIM<YOSEF<<<<<<<<<<<<<<<<<<<<<<<
7011330098USA7602274M0707284<<<<<<<<<<<<<<<8
```

EXHIBIT 14



Of the United States,
in Order to form a more perfect Union,
establish Justice, insure domestic Tranquility,
provide for the common defence,
promote the general Welfare, and secure
the Blessings of Liberty to ourselves and
our Posterity, do ordain and establish this
Constitution for the United States of America.

3

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR



**PASSPORT**
**PASSEPORT**
**PASAPORTE**

**USA**

# UNITED STATES OF AMERICA

Type / Type / Tipo    Code / Code / Código    Passport No. / No. du Passeport / No. de Pasaporte
**P**            **USA**              **475197786**

Surname / Nom / Apellidos
**KUMER**

Given Names / Prénoms / Nombres
**NEHAMA DINA**

Nationality / Nationalité / Nacionalidad
**UNITED STATES OF AMERICA**

Date of birth / Date de naissance / Fecha de nacimiento
**04 Sep 1976**

Place of birth / Lieu de naissance / Lugar de nacimiento
**TENNESSEE, U.S.A.**

Sex / Sexe / Sexo
**F**

Date of issue / Date de délivrance / Fecha de expedición
**03 Mar 2011**

Authority / Autorité / Autoridad
**United States
Department of State**

Date of expiration / Date d'expiration / Fecha de caducidad
**02 Mar 2021**

Endorsements / Mentions Spéciales / Anotaciones
**SEE PAGE 27**

**USA**

P<USAKUMER<<NEHAMA<DINA<<<<<<<<<<<<<<<<<<<<<<<<<

4751977864USA7609044F2103020713689106<323766

EXHIBIT 15



EXHIBIT 16



# We the People

Of the United States,
in Order to form a more perfect Union,
establish Justice, insure domestic Tranquility,
provide for the common defence,
promote the general Welfare, and secure
the Blessings of Liberty to ourselves and
our Posterity, do ordain and establish this
Constitution for the United States of America.

*Margalit Rappeport*

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

3



PASSPORT
PASSEPORT
PASAPORTE

## UNITED STATES OF AMERICA

Type / Type / Tipo   Code / Code / Codigo   Passport No / No. du Passeport / No. de Pasaporte
P          USA          431518618

Surname / Nom / Apellidos
**RAPPEPORT**

Given Names / Prénoms / Nombres
**MARGALIT CHEN**

Nationality / Nationalité / Nacionalidad
**UNITED STATES OF AMERICA**

Date of birth / Date de naissance / Fecha de nacimiento
**15 APR 1996**

Place of birth / Lieu de naissance / Lugar de nacimiento
**ISRAEL**

Sex / Sexe / Sexo
**F**

Date of issue / Date de délivrance / Fecha de expedición
**21 SEP 2007**

Date of expiration / Date d'expiration / Fecha de caducidad
**20 SEP 2012**

Authority / Autorité / Autoridad
**United States
Department of State**

Endorsements / Mentions Spéciales / Anotaciones
**SEE PAGE 27**

**USA**

P<USARAPPEPORT<<MARGALIT<CHEN<<<<<<<<<<<<<<<
4315186187USA9604157F1209202712526856<142410

EXHIBIT 17

# We the People

*Of the United States,*
*in Order to form a more perfect Union,*
*establish Justice, insure domestic Tranquility,*
*provide for the common defence,*
*promote the general Welfare, and secure*
*the Blessings of Liberty to ourselves and*
*our Posterity, do ordain and establish this*
*Constitution for the United States of America.*

3

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT
PASAPORTE
USA

## UNITED STATES OF AMERICA

Type / Type / Tipo  Code / Code / Código   Passport No. / No. du Passeport / No. de Pasaporte
P                   USA                    440880923

Surname / Nom / Apellidos
GREENBERG

Given Names / Prénoms / Nombres
THEODORE IRWIN

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
19 Jun 1951

Place of birth / Lieu de naissance / Lugar de nacimiento
CALIFORNIA, U.S.A.

Date of issue / Date de délivrance / Fecha de expedición
04 Feb 2008

Date of expiration / Date d'expiration / Fecha de caducidad
03 Feb 2018

Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 27

Sex / Sexe / Sexo
M

Authority / Autorité / Autoridad
United States
Department of State

USA



P<USAGREENBERG<<THEODORE<IRWIN<<<<<<<<<<<<<<
4408809232USA5106192M1802038712530717<436206

EXHIBIT 18



We the People

*Of the United States,*
*in Order to form a more perfect Union,*
*establish Justice, insure domestic Tranquility,*
*provide for the common defence,*
*promote the general Welfare, and secure*
*the Blessings of Liberty to ourselves and*
*our Posterity, do ordain and establish this*
*Constitution for the United States of America.*

3

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR



PASSPORT
PASSEPORT
PASAPORTE

# UNITED STATES OF AMERICA

Type / Type / Tipo   Code / Código   Passport No. / No. du Passeport / No. de Pasaporte
**P**   **USA**   **426889321**

Surname / Nom / Apellidos
**GREENBERG**

Given Names / Prénoms / Nombres
**MOREEN ELLEN**

Nationality / Nationalité / Nacionalidad
**UNITED STATES OF AMERICA**

Date of birth / Date de naissance / Fecha de nacimiento
**15 DEC 1947**

Place of birth / Lieu de naissance / Lugar de nacimiento
**MICHIGAN, U.S.A.**

Sex / Sexe / Sexo
**F**

Date of issue / Date de délivrance / Fecha de expedición
**10 JUL 2007**

Authority / Autorité / Autoridad
**United States
Department of State**

Date of expiration / Date d'expiration / Fecha de caducidad
**09 JUL 2017**

Endorsements / Mentions Spéciales / Anotaciones
**SEE PAGE 27**

USA

P<USAGREENBERG<<MOREEN<ELLEN<<<<<<<<<<<<<<<<
4268893217USA4712152F1707096712664884<227250

EXHIBIT 19



EXHIBIT 20

The Secretary of State of the United States of America
hereby requests all whom it may concern to permit the citizen/national
of the United States named herein to pass without delay or hindrance
and in case of need to give all lawful aid and protection.

Le Secrétaire d'Etat des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer le citoyen
ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni
difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por el presente solicita a las
autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos
aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la
ayuda y protección lícitas.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

NOT VALID UNTIL SIGNED



UNITED STATES OF AMERICA

Type / Type / Tipo    Code / Code / Código    Passport No. / No. du Passeport / No. de Pasaporte
P                     USA                      711202764

Surname / Nom / Apellidos
KASZEMACHER

Given names / Prénoms / Nombres
DVORA CHANA

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
20 Jun 1850

Sex / Sexe / Sexo    Place of birth / Lieu de naissance / Lugar de nacimiento
F                     MARYLAND, U.S.A.

Date of issue / Date de délivrance / Fecha de expedición
23 Nov 2005

Authority / Autorité / Autoridad
United States
Department of State

Date of expiration / Date d'expiration / Fecha de caducidad
22 Nov 2015

Amendments / Modifications / Enmiendas
See Page 24

P<USAKASZEMACHER<<DVORA<CHANA<<<<<<<<<<<<<<<<
711202764USA5006203F1511228<<<<<<<<<<<<<<<<4

EXHIBIT 21



EXHIBIT 22

EXHIBIT 23

of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.

Le Secrétaire d'Etat
des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**

UNITED STATES OF AMERICA

| PASSPORT | Type/Cate gorie | Code of issuing / code du pays | PASSPORT NO./NO DU PASSEPORT |
|---|---|---|---|
| USA | P | State USA émetteur | 132188534 |

Surname / Nom
ARON

Given names / Prénoms
ALEXANDRA ROSANNA

Nationality / Nationalité
UNITED STATES OF AMERICA

Date of birth / Date de naissance
11 FEB/FEV 73

Sex / Sexe   Place of birth / Lieu de naissance
F            TEXAS, U.S.A.

Date of issue / Date de délivrance     Date of expiration / Date d'expiration
24 MAR/MAR 97          23 MAR/MAR 07

Authority / Autorité
PASSPORT AGENCY

Amendments/
Modifications
SEE PAGE

HOUSTON                              24

P<USAARON<<ALEXANDRA<ROSANNA<<<<<<<<<<<<<<<
1321885345USA7302116F0703231<<<<<<<<<<<<<<<2

EXHIBIT 24

The Secretary of State of the United States of America
hereby requests all whom it may concern to permit the citizen/national
of the United States named herein to pass without delay or hindrance
and in case of need to give all lawful aid and protection.

Le Secrétaire d'Etat des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer le citoyen
ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni
difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por el presente solicita a las
autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos
aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la
ayuda y protección lícitas.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

NOT VALID UNTIL SIGNED



PASSPORT
PASSEPORT
PASAPORTE
USA

**UNITED STATES OF AMERICA**

Type / Type / Tipo   Code / Code / Código   Passport No. / No. du Passeport / No. de Pasaporte
**P**                **USA**                **711206331**

Surname / Nom / Apellidos
**MOORE**

Given names / Prénoms / Nombres
**ABRAHAM YAIR**

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
**29 Nov 1958**

Sex / Sexe / Sexo   Place of birth / Lieu de naissance / Lugar de nacimiento
**M**               **JERUSALEM**

Date of issue / Date de délivrance / Fecha de expedición         Authority / Autorité / Autoridad
**03 Apr 2006**                                                  **United States**

Date of expiration / Date d' expiration / Fecha de caducidad     **Department of State**
**02 Apr 2016**

Amendments / Modifications / Enmiendas
**See Page 24**

P<USAMOORE<<ABRAHAM<YAIR<<<<<<<<<<<<<<<<<<<<<<
7112063314USA5811292M1604025<<<<<<<<<<<<<<04

EXHIBIT 25



SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT
PASAPORTE

UNITED STATES OF AMERICA

Type / Type / Tipo        Code / Código      Passport No. / No. du Passeport / No. de Pasaporte
P              USA                   480436523

Surname / Nom / Apellidos
STEINBERG
Given Names / Prénoms / Nombres
MIKIMI CHOCHMAT LEV
Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento
21 Dec 1962
Place of birth / Lieu de naissance / Lugar de nacimiento
MASSACHUSETTS, U.S.A.
Date of issue / Date de délivrance / Fecha de expedición
28 Jan 2011
Date of expiration / Date d'expiration / Fecha de caducidad
27 Jan 2021
Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 27

Sex / Sexe / Sexo
F
Authority / Autorité / Autoridad
United States
Department of State

USA

P<USASTEINBERG<<MIKIMI<CHOCHMAT<LEV<<<<<<<<<<
4804365239USA6212210F2101277713688140<929006