UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------X

CHAIM KAPLAN, et al.,                                   10-CV-483 (RCL)

                    Plaintiffs,

              -against-

HEZBOLLAH, et al.

                    Defendants.

---------------------------------------------------------------------X


## MOTION FOR JUDGMENT ON DEFAULT

Plaintiffs respectfully move this Court for the entry of a judgment on default as against

the defendant Democratic People's Republic of North Korea.

The clerk has noted this defendant's default (DE 18).

While entry of default alone normally establishes a defendant's liability, the FSIA

provides that: "No judgment by default shall be entered…against a foreign state, a political

subdivision thereof, or an agency or instrumentality of a foreign state, unless the claimant

establishes his claim or right to relief by evidence satisfactory to the court." FSIA § 1608(e).

Accordingly it is respectfully requested that following the evidentiary hearing presently

scheduled for May 27, 2014, the court enter a judgment on default as against the defendant

Democratic People's Republic of North Korea


Dated:   Brooklyn, New York
         May 12, 2014

-2-

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Attorneys for the Plaintiffs*

by:  Robert J. Tolchin

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627