UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

------------------------------------------------------------------ X

KAPLAN, et al.,

                        Plaintiff,

             -against-

HEZBOLLAH, et al.,

                       Defendants.

Docket no. 09-CV-646 (RL)

------------------------------------------------------------------ X

KAPLAN, et al.,

                        Plaintiff,

             -against-

THE CENTRAL BANK OF THE ISLAMIC REPUBLIC
OF IRAN, et al.,

                       Defendants.

Docket no. 10-CV-483 (RL)

------------------------------------------------------------------ X

## EXPERT DECLARATION OF CLAUDIA ROSETT

      **CLAUDIA ROSETT**, pursuant to 28 U.S.C. § 1746, declares and states as follows, subject to the penalties for perjury:

## A.  Professional Background

1.  I am a journalist-in-residence with the Washington-based Foundation for Defense of Democracies, a position I have held since 2003. For 18 years before that, from 1984-2002, I worked on staff at *The Wall Street Journal*, in positions including editorial-page editor of *The Asian Wall Street Journal*, based in Hong Kong and covering Asia, including North Korea; news reporter and bureau chief in Moscow, covering the former Soviet Union; and as a member of the editorial board in New York. I hold an M.B.A. with a specialization in finance from the University of Chicago Graduate School of Business, a master's degree from Columbia University, and a bachelor's degree from Yale University.

2.  During my career, I have had extensive experience reporting in depth on Asia and the Middle East, as well as the former Soviet Union. My reporting has included coverage

of conflicts, terrorist networks, and tyrannies including North Korea, Syria and Iran; as well as sanctions-violating schemes, and corrupt activities at the United Nations. I have published numerous articles in *The Wall Street Journal*, contributed to other well-known news outlets, such as *The New York Times*, *Philadelphia Inquirer*, and *Forbes.com*, and made numerous appearances on radio and television, including C-Span, CNN, Fox, MSNBC and the BBC.

3. I have testified before six congressional committees and subcommittees, in 2004, 2006, 2007 and 2011, on topics including corruption and terrorist connections under the U.N. Oil-for-Food program in Iraq, U.N. reform efforts, and and U.N. involvement in procurement of dual-use items by North Korea. In 2005, my investigative reporting exposed details of misconduct by a Russian national employed at the U.N., who subsequently pled guilty in New York federal court to conspiracy, wire fraud and money laundering for taking bribes during his work in the U.N. procurement department.

4. For my reporting from the scene on China's 1989 Tiananmen Square crackdown, I won an Overseas Press Club Citation for Excellence. For coverage of Russia's 1996 elections while I was bureau chief in Moscow, The Wall Street Journal nominated the bureau for a Pulitzer Prize. In 2005, for my extensive coverage of corruption and global illicit trafficking under the United Nations Oil-for-Food program in Iraq, I won the Eric Breindel Award for Excellence in Opinion Journalism. In 2013, for investigative journalism including coverage of Iran's activities at the United Nations, I won the Journalism Leadership Eagle Award from the New York Respect for Law Alliance (a nonprofit group including officials from the FBI, New York Police Department and other law enforcement agencies, whose mission is "to promote and cultivate respect for law").

5. Since 1987, I have written widely on North Korean issues, publishing dozens of articles on topics including security matters, illicit networks, missile traffic, and human rights. For instance, I have written for *The Wall Street Journal*, and its *Opinionjournal* and Asian edition, on "Propping Up Pyongyang" (2002), "Plutonium Patsies" (2004), "Food For Nukes?" (2006) and "Iran Follows in North Korea's Nuclear Shoes" (2013). I have written for *The Weekly Standard* on "Cash for Kim" (2007) and "Technology for Tyrants" (2013). On *Forbes.com* I have recently published articles including "North Korea's Middle East Webs and Nuclear Wares" (2013), "The Iran-North Korea Axis of Proliferation" (2103), "North Korean-Syrian Chemistry: The Weapons Connections" (2013), and "North Korea's Nuclear Fallout" (2014).

6. Among my articles on North Korea over many years, some have entailed reporting firsthand in the field. In 1991, while working for *The Asian Wall Street Journal*, I made a reporting trip to North Korea, writing on "Hard Times in the Hermit Kingdom." In 1994, while working for *The Wall Street Journal* out of Moscow, I made a reporting trip to North Korean logging camps in the Russian Far East, writing a page one story on "Logging Time: Harsh Labor Camps In Siberia Still Exist In Democratic Russia; North Korea Operates Them To Harvest the Timber, Shares Profit With Host; Hunger, Cold and Worse." In 2008, I made a reporting trip to the Chinese side of the North Korean border, along the Tumen River, writing for *Forbes.com* on "Bordering on Tyranny."

7.   Over the past decade I have also researched and reported on Hezbollah. In 2005, during a reporting trip to Lebanon, I witnessed and wrote for *The New York Sun* about Hezbollah rallies in Beirut and the southern Lebanese town of Nabatiyeh. In 2006, writing in *The Providence Journal* and on *National Review Online*, I published articles on the U.N.'s role in Lebanon and dealings with Hezbollah. In 2013, I co-authored an article for *Foreign Policy* on the European Union's decision to designate Hezbollah as a terrorist organization: "A Terrorist by Any Other Name."

8.   I have also written about weapons-smuggling operations and schemes to evade international sanctions, publishing multiple articles on these topics in *The Wall Street Journal, The Wall Street Journal Europe* and on *Forbes.com*. These have included articles for The Wall Street Journal on "Tehran's Ghost Fleet" (2011), "How Iran Steams Past International Sanctions" (2012), and "Iran's Worrisome Shipping News," (2013).

9.   A copy of my resume is attached hereto as Exhibit 1.

## B.   Nature of this Expert Witness Report

10.   I have been asked to serve as an expert witness in this case due to the untimely passing of Professor Barry Rubin, who had previously submitted an expert declaration in this case. I was professionally acquainted for more than a decade with Professor Rubin, and have the utmost respect for his scholarship. I have reviewed the September 2011 declaration submitted by Professor Rubin in this proceeding, and agree with its content. I am familiar with the areas addressed in Professor Rubin's affidavit, and I have checked and verified his sources. Accordingly, I hereby adopt it as my own testimony.

## C.   Addendum

11.   To Professor Rubin's affidavit, I am adding as further context the items below, which include information on the shared anti-U.S. and anti-Israel interests of North Korea, Iran and Hezbollah as well as some details about North Korea's approach to weapons deals, via Syria, in the Middle East.

**North Korea – Iran – Hezbollah Axis of Shared Interests**

12.   While North Korea and Iran do not share the same ideology, both regimes have built themselves around ideologies that entail hostility to the U.S., as I described in an April, 2013 article on "The Pyongyang-Tehran Proliferation Playbook" (a copy of that article, which appeared on Forbes.com, is attached hereto as Exhibit 2). Since the early years of Iran's 1979 Islamic revolution North Korea and Iran have supported and abetted each other in this anti-American stance. In 1989, Iran's Supreme Leader Ali Khamenei traveled to North Korea, where he met with the founding tyrant of the still-enduring Kim dynasty, Kim Il Sung. (At the time Khamenei was Iran's president; later

that year, upon the death of Ayatollah Khomeini, he took over Iran's top post of Supreme Leader, which he has held for 25 years now.) At that meeting, as reported at the time by Tehran Radio and picked up by the Associated Press, Khamenei told Kim: "Anti-Americanism can be the most important factor in our cooperation with the People's Democratic Republic of Korea." [1]

13.   This shared hostility toward the U.S. fits well with North Korea's mercenary interests in selling weapons, training and related services to Iran and its clients and allies, including Hezbollah. On numerous occasions since 1989, North Korea's regime has continued to stress the importance of the Khamenei-Kim meeting, and shared enmity toward the U.S., with public statements such as a 2009 KCNA report detailing the "principled" and "firm" stands of Iran and North Korea, respectively, against "such hostile forces as the U.S." [2]

14.   For North Korea, this shared anti-American stance has translated into a position on the Middle East in which, from the considerable distance of Northeast Asia, North Korea shares and supports Iran's hostility toward Israel, an important American ally in the Middle East. This is a repeated theme of North Korean diplomatic statements at the United Nations, such as a reference by a North Korean delegate to the U.N. General Assembly in September, 2013 that Israel is a "cancer in the Middle East." [3]

15.   North Korea's diplomatic pronouncements over the years have shown clear sympathies for Hezbollah, especially in relation to Hezbollah's 2006 attacks on Israel. At the U.N. General Assembly opening in September, 2006, the chairman of North Korea's delegation spent most of his speech talking about Korean peninsula issues, but made a point of deploring "Israel's aggression of Lebanon." [4]

16.   In an article published August 30, 2006, "Lessons Shown by Lebanon War," North Korea's official KCNA celebrated Hezbollah's attacks on Israel as a Middle Eastern contribution to North Korea's confrontation with the U.S. The KCNA article reported that "Middle East countries" had "held higher the anti-U.S. banner" while "The United States sustained shameful defeat in the Lebanon war." The same article reported, "The

---

[1] "Khamenei, In North Korea, Attacks U.S.," Associated Press, May 15, 1989. URL: http://www.apnewsarchive.com/1989/Khamenei-in-North-Korea-Attacks-U-S-/id-8427cb998cf64b66459d48d60ceedce6

[2] "Anniversary of Kim Il Sung's Meeting with Seyed Ali Khamenei Observed in Iran," Korean Central News Agency, June 4, 2009. URL:

[3] "As General Debate Concludes, Prime Minister Urges Relentless Pressure on Iran, Vowing Israel Will Never Accept Nuclear Weapons in Hands of 'Rogue Regime,' " United Nations Department of Public Information, October 1, 2013. URL: http://www.un.org/News/Press/docs/2013/ga11432.doc.htm

[4] "Statement by H.E. Mr. Choe Su Hon, Chairman of the Delegation of the Democratic People's Republic of Korea," Press Release, DPRK Permanent Mission to the United Nations, September 26, 2006. URL: http://www.un.org/webcast/ga/61/pdfs/korea-e.pdf

Hezbollah guerrillas, which had neither tanks nor aircraft, were very poor but gained the supremacy over the Israeli army with their stubborn resistance and tactical advantage." Further clarifying why North Korea would view this as advantageous, the KCNA article continued: "The war showed Israel could not subdue the Hezbollah force and the escalation of the 'anti-terrorist war' through the Lebanon war resulted in further tightening the windpipe of the U.S." [5]

17.  On North Korea's arms traffic to Hezbollah, additional information can be found in a transcript by the U.S. Department of Defense, of remarks delivered August 12, 2010 in San Francisco by Robert M. Gates, then the U.S. Secretary of Defense. Responding to a question about the threats posed by North Korea, Mr. Gates said: "But the fact is that North Korea continues to try and smuggle missiles and weapons to others around the world – Burma, Iran, Hezbollah, Hamas." (A copy of that transcript, which appears on the Department of Defense web site, is attached hereto as Exhibit 3).

**North Korean Weapons Deals via Syria:  Annex J of the Duelfer Report**

18.  As a rule, North Korea does not publicly divulge details or methods of its weapons dealings in the Middle East, But with the 2003 overthrow of Saddam Hussein in Iraq, U.S. authorities obtained access both to former high-ranking Iraqi officials, and to a trove of secret Iraqi government records, including documentation on arms contracts and arms purchasing deals that Iraq had been discussing with North Korea. These are exposed in some detail within the September 30, 2004 three-volume report that was compiled under the leadership of Charles Duelfer, Special Advisor to the U.S. Director of Central Intelligence, and issued under the title "Comprehensive Report of the Special Advisor to the DCI on Iraq's WMD," often referred to as "the Duelfer Report." [6]

19.  The Duelfer report focuses on Iraq, and does not cover Hezbollah. But the Duelfer report does provide information on the role of Syria as a regional broker, transfer point and communications center for North Korean arms deals, as well as information on North Korean methods in approaching these deals. Many of the details are similar to the exchanges between Hezbollah and North Korea, including Syria's role as an intermediary, as described in Professor Barry Rubin's affidavit. These include exchanges of delegations, including invitations to North Korea; and North Korea's agreement to supply missile components, transferred via Syria, as well as training of local engineers.

20.  In the Iraqi case, according to the Duelfer Report, illicit arms procurement deals with North Korea were initiated in 1999 and cut short in 2002, just prior to the March, 2003 overthrow of Saddam. But during that 1999-2002 interval, a North Korean company signed four arms contracts with Iraq, and discussed others. For example, the

---

[5]    "Lessons Shown by Lebanon War," KCNA, August 31, 2006. URL: http://www.kcna.co.jp/item/2006/200608/news08/31.htm

[6] "Comprehensive Report of the Special Advisor to the DCI on Iraq's WMD," September 30, 2004. URL: https://www.cia.gov/library/reports/general-reports-1/iraq_wmd_2004/

first contract "was for the procurement of components for short-range missiles, associated test equipment, installation in Iraq and for the training of Iraqi engineers. According to the Duelfer report, a number of Syrian companies were allegedly so heavily involved in these North Korean arms deals that they were "charging an additional 10-15 percent commission on the contract value." A summary can be found in the Duelfer Report, Volume I, Annex J, pages 273-276 (a copy of Annex J, which appears on the CIA web site, is hereto attached as Exhibit 4).

20.    Among the specifics of North Korea's arms deals, as described in Annex J of the Duelfer Report, was a letter from the Defense Industry Department of North Korea's Korean Workers Party, dated July 30, 2000, outlining North Korea's approach: "On our belief, in the present situation of the international circumstance, it will be most preferable that your delegation visit our country first to open the wonderful relationship and to continue the reliable and extensive cooperation in the field of military industries between two ministries."[7]  The following year, Iraqi authorities were informed by letter that "A delegation from North Korea including a large number of the specialized companies in the field of defense" would be paying them a visit.[8]

21.    In the case of Iraq, such North Korean traffic was derailed by the 2003 overthrow of Saddam. In the case of Hezbollah, a similar pattern of North Korean weapons traffic, training and assistance, starting years earlier, and extending beyond, helped Hezbollah inflict destruction on civilians in Israel during the 2006 Israel-Hezbollah War.

Dated:    Washington, D.C.
          May 21, 2014

_____

Claudia Rosett

---

[7] See Exhibit 4, Annex J of the Duelfer Report, page 273.

[8] Ibid., page 276

EXHIBIT 1

# Claudia Rosett

## PROFILE

Award-winning writer and reporter on foreign affairs, with more than 30 years experience, including reporting from the scene in Asia, the former Soviet Union and the Middle East.

Specializing in issues of tyranny, illicit rackets of rogue states and the interplay between the politics and economics of developing nations. Widely credited with groundbreaking coverage and analysis of corruption at the United Nations, notably under the Iraq Oil-for-Food program. Recent reporting has included investigations into shipping, financial and diplomatic networks with which rogue states such as Iran and North Korea evade sanctions.

Previously worked for 18 years as a staff editorialist and news reporter at *The Wall Street Journal* (1984-2002), with assignments as a member of the editorial board in New York (1997-2002), reporter promoted to bureau chief in Moscow (1993-1996), and editorial-page editor of The Asian Wall Street Journal in Hong Kong (1986-1993).

## PROFESSIONAL EXPERIENCE

### 2003-Present

### Foundation for Defense of Democracies

*Journalist-in-Residence,* 2003-present, based in Washington and New York

Currently focused on illicit networks with which rogue states such as Iran, North Korea and Syria evade sanctions, and ways in which countries such as China and Russia abet them. Areas of special interest include shipping, finance, and exploitation by rogue regimes of diplomatic privileges and immunities at the United Nations and other multilateral bodies.

Over the past decade have reported extensively on systemic corruption at the United Nations: its causes, symptoms and ramifications for global development and security. Major stories have included exposing and analyzing abuses under the U.N. Oil-for-Food relief program for Iraq; corruption in the U.N. procurement department; conflicts-of-interest and cover-ups among U.N. agencies and top management; and exploration of U.N. policies for countering terrorism and containing rogue states. This coverage played a significant part in prompting a series of congressional inquiries and other investigations into U.N. policies and activities, leading to a series of U.N. reform proposals and efforts. Stories about U.N. mismanagement led to a bribery-related guilty plea in 2005 by a U.N. procurement official in U.S. federal court, which led to the money-laundering conviction in 2007 of the former head of the U.N. General Assembly's budget oversight committee.

Frequent guest on radio and TV, including MSNBC, CNBC, CNN, FOX, CBC, the BBC, and C-Span. Contributed to *The Wall Street Journal, The New York Times, The Weekly Standard, The New Republic, Commentary, The New York Sun, National Review Online, The New York Daily News, USA Today, The Philadelphia Inquirer,* and since 2008 have been a contributing columnist on foreign affairs to *Forbes.com.* In 2005, for coverage of the U.N., won the Mightier Pen Award and the Eric Breindel Award for Excellence in Opinion Journalism, and in 2013 won the Journalism Leadership Eagle Award from New York's Respect for Law Alliance.

**1984-2002**

**The Wall Street Journal**

*Member, Editorial Board,* 1997-2002, based in New York

Editorial writer, 1997-2002: Wrote unsigned editorials, specializing in the global interplay between economics and politics, aid and development, including coverage of the World Bank and International Monetary Fund. From 1997-99, covered the financial crises in East Asia, Russia and Latin America, accurately predicting the 1997 currency crisis in South Korea, 1998 financial crash and bloodshed in Indonesia and collapse of the 1998 IMF bailout effort in Russia.

Columnist, *The Wall Street Journal Europe* and *The Wall Street Journal's* Opinionjournal.com. Focused on profiles and stories of dictators and democratic dissidents, and developments under repressive regimes in places such as China, North Korea, Zimbabwe and Turkmenistan.

*Moscow Bureau Chief*    1994-1996, based in Moscow, Russia
*Reporter, Moscow Bureau*    1993-1994, based in Moscow, Russia

From Moscow, covered the former Soviet Union, reporting across Russia, and from Central Asia, the Caucasus, Belarus and Ukraine.

Major stories included: Russia's 1993 constitutional crisis and shelling of the White House; on-site reporting on the 1994-96 war in Chechnya; the evolution of Russian politics and 1996 re-election of President Boris Yeltsin; North Korean labor camps in the Russian Far East; oil spills; financial scams; privatization and other economic reform efforts. For coverage of the 1996 Russian presidential election campaign, while bureau chief, the Moscow bureau was nominated by the Journal for a Pulitzer Prize.

*Editorial Page Editor, The Asian Wall Street Journal,* 1986-93, based in Hong Kong

From Hong Kong, covered all of Asia, reporting on-the-scene from places as diverse as China and Taiwan, North and South Korea, Vietnam, Indonesia, India, Pakistan, Afghanistan and Japan; writing signed features and unsigned editorials for both The Asian Wall Street Journal and The Wall Street Journal. Held direct responsibility for daily editorial and Op-ed content of the Asian Journal's editorial page.

Major stories included on-site coverage of the Tiananmen Square uprising and crackdown, 1989; post-Marcos attempts at reform in the Philippines; political reform in South Korea and Taiwan; financial scandals in Japan; the assassination of India's Rajiv Gandhi; the impending handover of Hong Kong to China; and the end of Soviet occupation of Afghanistan. Won a 1990 Overseas Press Club Citation for Excellence, for reporting on Tiananmen.

*Books Editor*, 1984-86, based in New York

Wrote and edited book reviews for *The Wall Street Journal's* daily Bookshelf column, as well as Op-eds and unsigned editorials.

2

**EDUCATION**

University of Chicago, Graduate School of Business, Chicago, IL, 1981 M.B.A., with a specialization in finance.

Columbia University, New York, NY, 1979 M.A. in English.

Yale University, New Haven, CT., 1976 B.A. in English.

**AWARDS, FELLOWSHIPS, MEMBERSHIPS AND OTHER ACTIVITIES**

Respect for Law Alliance, New York, 2013 Journalism Leadership Eagle Award

Eric Breindel Award for Excellence in Opinion Journalism, 2005, for coverage of the United Nations.

Mightier Pen Award, 2005, from the Center for Security Policy, for coverage of the United Nations.

The Chan's Journalism and Culture Foundation in the U.S.A., 2003 Annual Award for coverage of human rights issues in China.

Overseas Press Club Citation for Excellence, 1990, for 1989 on-the-scene reporting and commentary on China's Tiananmen Square uprising.

* * * *

Council on Foreign Relations, Member, since 2003.

PJMedia, Regular Featured Contributor, since 2005.

Overseas Press Club, Member of judges' panel for human-rights coverage award, 2000-2005

Carnegie Council on Ethics and International Affairs, Roundtable on Foreign Policy, 2002-2004.

Hoover Institution, Media Fellow, January, 2000

Hong Kong Foreign Correspondents' Club. Board member, 1989-93, and lifetime member since 1993.

Mont Pelerin Society, Member, since 1988.

**Additional Journalism Experience,** 1982-84

      Managing Editor, *Policy Review*, based in Washington, D.C., 1984

      Freelance writer, based in New York, contributing to *Institutional Investor*, the business section of *The New York Times*, and other publications, 1983

      Freelance Reporter and Stringer, based in Santiago, Chile, contributing to the *Associated Press* and *New York Times*, 1981-1982

**OTHER INFORMATION**

**Languages:**  Some knowledge of Dutch, Spanish, French and Russian.

**Have lived abroad in:**

| | |
|---|---|
| The Netherlands: | 1963-64; 1970-71 |
| Taiwan: | 1968-69 |
| Chile: | 1980-81 |
| Hong Kong: | 1986-93 |
| Russia: | 1993-96 |
| India: | 1996-97 |

**Born:**  1955, U.S. Citizen.

May 1, 2014

4

EXHIBIT 2

# Forbes

http://onforb.es/ZDv7EG



**Claudia Rosett** Contributor

*I cover foreign affairs, tyrants, terrorists and democratic dissidents*

Opinions expressed by Forbes Contributors are their own.

---

**OP/ED**   4/10/2013 @ 1:53AM | 1,392 views

# The Pyongyang-Tehran Proliferation Playbook

**Comment Now**

Clearly the dangers posed by North Korea reside not only in its arsenal, but in the precedents Pyongyang keeps setting for just how much a rogue regime can get away with in this era of receding American power. As North Korea hones its missile reach and nuclear abilities — while threatening to incinerate Seoul, Washington and U.S. bases in the Pacific — it appears the limits of such behavior have yet to be discovered. That spectacularly dangerous message is surely being read with interest by other anti-American regimes, especially by North Korea's chief partner in proliferation, Iran.

Iran's interest in the North Korean playbook goes back some three decades, to the early days of the Islamic Republic. It extends beyond a shared interest in military hardware, to a mutually reinforcing policy of threatening the U.S. A signal event in this relationship took place in 1989, shortly after the end of the 1980-1988 Iran-Iraq War, in which North Korea supplied weapons, including knock-offs of Soviet Scud missiles, to Iran.

In May of 1989, Iran's then-president Ali Khamenei paid a visit to Pyongyang, then ruled by Kim Il Sung, grandfather of North Korea's current tyrant, Kim Jong Un. The gist of Khamenei's message during that visit is important, because less than a month later Iran's revolutionary tyrant Ayatollah Khomeini died, and Khamenei took over as Iran's Supreme Leader — which he remains to this day.

During his 1989 trip to North Korea, Khamenei was full of praise for North Korea's heavily armed hostility toward the U.S. In a statement to Kim Il Sung, broadcast by Tehran Radio, and reported at the time by the Associated Press, Khamenei said, "Anti-Americanism can be the most important factor in our cooperation with the People's Democratic Republic of North Korea." He

added, admiringly, "You have proved in Korea that you have the power to confront America."

Plenty has changed in the world, but the anti-American alliance between Iran and North Korea has endured. In 2009, according to a laudatory account by Pyongyang's Korean Central News Agency, Iran held a ceremony at its embassy in Pyongyang to commemorate the twentieth anniversary of the meeting between Iran's Supreme Leader Khamenei and North Korea's late Great Leader Kim. In 2012, when a high-level North Korean delegation to Tehran signed a Scientific Cooperation Agreement with Iran, fraught with nuclear overtones, Khamenei gave his public blessing to the deal — citing a shared need to defy "common enemies."

Underpinning this cozy anti-American axis are decades of weapons development and trade. Iran has the oil money that cash hungry North Korea craves for its weapons programs, and North Korea has the willingness to pioneer ever more dangerous means of threatening America and its allies.

Following unconfirmed press reports of Iranians being present at North Korea's third nuclear test this February, the news has been full of stories about the North Korea-Iran axis of proliferation. But some particularly horrifying information can be found in a 2011 paper published by the Seoul-based Institute of National Security Strategy, authored by Larry Niksch, an Asia specialist formerly with the U.S. Congressional Research Service. In this paper, Niksch estimated that North Korea's regime was earning "between $1.5 billion and $2.0 billion annually from its multi-faceted collaboration with Iran (including support for the terrorist groups Hezbollah and Hamas)."

Niksch summarized the signs that North Korea quite likely acquired designs for uranium-fueled nuclear warheads from Pakistan's A.Q. Khan's laboratories, where North Korean experts were believed to have worked for at least four years after Pakistan's 1998 nuclear tests, "including work in developing and producing the uranium nuclear warheads" for Pakistan's Ghauri missile (which is a copy of North Korea's Nodong missile). Niksch went on to summarize open source accounts of Iranian nuclear technicians in North Korea, and North Koreans in Iran — including a 2011 report by the Japanese newspaper *Mainichi Shimbun* that more than 200 North Korean missile and nuclear technicians were in Iran, working at sites such as the Natanz uranium enrichment facility

So, along with a booming business in the nitty-gritty of missile and nuclear

proliferation, what might Iran in all its intimacy with North Korea be learning from the Pyongyang policy playbook, to which Khamenei over a span of more than two decades has been devoting praise?

Above all, there is the lesson that in defiance of the U.S. superpower and its allies, North Korea has by now conducted three nuclear tests — in 2006, 2009 and 2013 — and the U.S. has taken no direct military action to stop them, or to definitively preclude yet more. So it is possible to get away with it. There will be sanctions, potentially even to the point of real economic pain. But there are ways to work together with other wayward states to get around such obstacles, and carry on with proliferation.

Then there's the lesson that nuclear weapons, or even the credible threat of making them, can translate into profitable nuclear extortion. North Korea's nuclear ventures are part of a trajectory in which elaborately negotiated nuclear freeze deals, in 1994 and 2007, have served as pit stops for North Korea to regroup and shake down the U.S. and its allies. In both cases, Pyongyang collected aid and concessions, cheated on the deals and emerged as a worse threat than before. Ergo, for rogue regimes, adept at playing the game, nuclear extortion pays.

Then there's the case of North Korea's collaboration with Syria in building a secret copy on the Euphrates River of North Korea's Yongbyon reactor. That Syrian reactor, nearing completion, was destroyed by an Israeli air strike in 2007. But U.S. diplomats were so desperate at the time to shore up a nuclear freeze deal with North Korea that for more than six months after the strike, well into 2008, the Bush administration hushed up information about what had happened, including North Korea's help with both the design and procurement of materials for Syria's building of the reactor.

In that instance, Syria lost its investment. North Korea lost some of its on-site personnel.  But there was no further penalty. Instead, in late 2008, in the terminal stages of the collapsing 2007 nuclear freeze deal, the U.S. made a last-ditch attempt to woo North Korea by taking it off the U.S. list of terror sponsoring states. When President Obama took office in 2009, he began by courting Syria. North Korea, for its part, welcomed him with its second nuclear test, and got slapped with more sanctions — which did not prevent a third test. Among the lessons: rogue states that buddy up with North Korea's nuclear program might just stand to benefit from North Korea's well-practiced nuclear extortion racket.

As for North Korea's latest barrage of threats to irradiate Americans and South Koreans, North Korea's novice tyrant Kim Jong Un –whatever his exact role or intentions in this drama — has so far reaped a bonanza. Two years ago, almost no one outside of North Korea-watching circles had heard of him. Now he has become a household name around the globe. North Korea is being discussed hither and yon as a nuclear power — bizarre and opaque, to be sure — but a force to be reckoned with. Tehran, with its bomb program, is surely studying the scene.

Where is this going? Twenty years ago, when America had just won the Cold War, there was a lot of talk about the shaping of a new world order, full of hope that peace and freedom would unfurl around the globe. That period is now looking like prelude to a darkening 21st century, in which the likes of North Korea and Iran are pioneering a very different set of rules.

*Ms. Rosett is journalist-in-residence with the Foundation for Defense of Democracies, and heads its Investigative Reporting Project.*

---

This article is available online at: http://onforb.es/ZDv7EG

2014 Forbes.com LLC™   All Rights Reserved

EXHIBIT 3

Defense.gov Transcript: Remarks by Secretary Gates to the Marine Memorial Association, San Fran...

Case 1:09-cv-00646-RCL Document 54 Filed 05/22/14 Page 18 of 35

5/21/14 9:58 PM



# U.S. DEPARTMENT OF DEFENSE

Search

| HOME | TODAY IN DOD | ABOUT DOD | TOP ISSUES | NEWS | PHOTOS/VIDEOS | MILITARY/DOD WEBSITES | CONTACT US |

**News**

- DOD News Page
- News Articles
- News/Casualty Releases
- Press Advisories
- News Transcripts
- Publications
- Speeches
- Contracts
- Testimony
- Messages
- Special Reports

**Secretary of Defense**

- Biography
- Speeches
- Messages
- Testimony
- Travels
- News Photos

**Deputy Secretary of Defense**

- Biography
- Speeches
- Travels
- News Photos

**Photos/Videos**

- Lead Photos
- News Photos
- Photo Essays
- Week in Photos
- Videos
- Pentagon Channel
- Imagery Archive

**Other**

- Briefing Slides
- Pentagon Press Badges
- Press/Media Queries
- Military Commissions
- Detainees
- Other News Sources

## News Transcript

Press Operations

SHARE

TRANSCRIPT          E-MAIL A COPY | PRINTER FRIENDLY | LATEST TRANSCRIPTS

**Remarks by Secretary Gates to the Marine Memorial Association, San Francisco, California**

Presenter: Secretary of Defense Robert M. Gates
August 12, 2010

SEC. GATES:  (Applause.)  Thank you, Bill, for that very kind introduction.

It's a pleasure to be with you in San Francisco, but then I have to confess, it's a pleasure to be anywhere but Washington, D.C. -- (laughter) -- a place where so many people are lost in thought because it's such unfamiliar territory.  (Laughter and applause.)  Where people say, "I'll double cross that bridge when I get to it."  (Laughter.)  The only place in the world you can see a prominent person walking down Lover's Lane holding his own hand.  (Laughter.)

I'm really honored to have been introduced by Secretary Perry, an extraordinary public servant and visionary thinker on defense and foreign policy issues.  As Bill indicated, four years ago, in the spring, summer and fall of 2006, we served together on the Baker-Hamilton Commission, just a couple of Ph.D.s with a little government experience under our belts.

Little did I know that my sojourn in Iraq with that group in September of 2006 would be only the first of many such visits for me.  An anecdote about missed opportunities.  While in Baghdad with the study group, about 2:00 a.m. one night, the electric power went out -- a common occurrence.  And, of course, the air conditioning went off as well.  It was about 105 degrees.

As the temperature rose in my room, I went outside to find somebody to fix the problem in a T-shirt and shorts.  I stopped a young soldier walking by to ask his help.  And all I can say is that his indifference to my discomfort -- (laughter) -- and he walked on.  (Laughter.)

Now, just think, had he known that 90 days later I would be named secretary of Defense -- (laughter) -- he might have earned a battlefield promotion.  (Laughter.)  But it was not to be, and he remains only a vivid, nameless memory.  (Laughter.)

I feel truly privileged to have been invited to deliver a lecture named in honor of George Shultz, a man who I believe will be remembered in history as one of our information's finest Secretaries of State.  For more than six years, he and Ronald Reagan formed one of the most successful partnerships of a president and his chief diplomat in modern times, a true model for how the relationship is supposed to work.

And having just left the swampy humidity of Washington, all I can tell you is that both Bill and George made a really smart choice by relocating to the Bay Area.  (Laughter.)

I would also like to thank this lecture's sponsors, the World Affairs Council of Northern California and the Marines Memorial Association.  I appreciate the hard work that the Memorial Association's president, Major General Mike Myatt, put in this event and is putting in to preparing for San Francisco's Fleet Week in October as its chairman.

And it is fitting that George Shultz himself, a proud Marine, be associated with this lecture and with Fleet Week as honorary co-chair.  And I might just note that even as Marines today are helping with flood relief in Pakistan, Fleet Week here will provide demonstrations of the Naval service's humanitarian assistance and disaster relief capabilities.

It's appropriate that I address this audience during an important point in the history of the United States Marine Corps and at a time of great challenge and change for America's military.  It has been nearly nine years since about a thousand Marines of Task Force 58 landed in the Afghan desert from ships more than 400 miles away in the Northern Arabian Sea establishing America's first conventional foothold in the country.

The commander of that effort, which took place just weeks after 9/11, was then Brigadier General James Mattis.  Yesterday, I was privileged to see General Mattis take charge of Central Command, overseeing all U.S. military operations in the Middle East and Central Asia, including Afghanistan and Iraq.

The attacks of 9/11 began nearly a decade of constant deployment and combat for our military and especially our nation's ground forces.  In Iraq, Marines, as is often the case, were handed some of the roughest real estate and saw some of the most brutal and deadliest fighting of the conflict.  Places like Fallujah and names like Zembiec and Dunham will take their place in Marine Corps history along with the legends of the past.

The Marine presence in Iraq came to an end earlier this year with the handover of responsibility for Anbar Province to the Army.  Marines left behind a stable region that, in only a few years earlier, was at the epicenter of the Sunni insurgency.  In fact, by Marine standards, they were probably too successful as the lack of violence in Anbar Province over the last couple of years, combined with access to the

**Most Recent Transcripts**

05/20/2014
Department of Defense Press Briefing by Admiral Kirby in the Pentagon Briefing Room

05/16/2014
Joint Remarks by Secretary Hagel and Prime Minister Netanyahu in Israel

05/15/2014
Remarks by Secretary Hagel and Minister Ya'alon at a Troop Event at Hatzor Air Force Base

05/15/2014
Joint Chiefs of Staff Chairman General Martin E. Dempsey and People's Liberation Army of China Chief of the General Staff General Fang Fenghui

05/15/2014
Joint Press Conference with Secretary Hagel and Israeli Minister of Defense Moshe Ya'alon

05/14/2014
Media Availability with Secretary Hagel in Jeddah, Saudi Arabia

05/14/2014
Remarks by Deputy Secretary Of Defense Robert O. Work at the Medal of Honor Hall Of Heroes Induction Ceremony, The Pentagon

05/13/2014
Media Availability with Secretary Hagel en route to Saudi Arabia

05/09/2014
Department of Defense Press Briefing by Rear Admiral Kirby in the Pentagon Briefing Room

05/06/2014
Remarks by Secretary Hagel at the Chicago Council on Global Affairs, Chicago, Illinois

amenities of big bases, made the Commandant worry that his Marines were going soft. And I heard fairly often directly that they were just plain bored.

Well, there will be no such worries in Afghanistan, for nearly 20,000 Marines are in the thick of the fight. There, they have been sent into the Taliban's strongholds in the southern part of the country. These warriors are writing a new chapter in the Marine Corps role of honor with their blood and their sweat.

All told, the Iraq and Afghan campaigns have posed extraordinarily complex challenges to America's fighting men and women, forcing them to assume the role of diplomat, warrior, humanitarian, the development expert. They've shown what the late Marine General Victor Krulak once wrote was the adaptability, initiative and improvisation that are the true fabric of an obedience, the ultimate and soldierly conduct going further than sheer heroism.

In many ways, Marines are uniquely pedigreed for these tasks, having long recognized the need to be flexible and prepared to fight and operate in any contingency including counterinsurgency and stability operations. Indeed, the Marines led the way in our young republic's first war on terror against the Barbary Pirates at the dawn of the 19th century and wrote the first counterinsurgency and stability handbook called "The Small Wars Manual" some 70 years ago.

Yet the post-9/11 years and wars have also triggered anxiety in some circles over the future role and character of the Marine Corps, an anxiety that is rooted in the fact that the Marines in Iraq and Afghanistan have functioned for years as a so-called second land army.

The perception being that they have become too heavy, too removed from their expeditionary amphibious roots and the unique skill sets those missions require. General James Conway, the Commandant, has noted that we have a generation of officers and Marines that are combat hardened but may never have stepped aboard a ship. Defining the future mission of the Marine Corps is the intellectual effort that General James Amos will undertake as the new Commandant if he's confirmed by the Senate.

I won't preempt the work of General Amos and other smart people in trying to define the unique mission of the Marines going forward, but I would offer some observations. First, the contemporary debate about the mission of the Corps is not a new phenomenon. After World War II, some military leaders felt that Marine operations on land and in the skies had duplicated the functions of the Army and the Army Air Force. One Army general quipped, "You Marines are nothing but a bunch of beach runners anyway. What do you know about land warfare?" Ironic, given the concerns being expressed today.

In the wake of the post-war defense reorganization and the inter-service battles that went along with it, the Marines' mission was codified in federal statute, the only service to do so. In addition to a long list of maritime responsibilities was added -- and I quote -- "such other duties as the President may direct."

Since then, such duties as directed by the President have taken Marines to beaches, mountains and trenches in Korea and jungles and rice paddies in Vietnam, to the deserts of Kuwait in the first Gulf War and, most recently, to the urban alleys of Anbar Province and the dusty, rugged Helmand Province of Afghanistan.

And although many of these operations saw Marines being initially projected from sea, they soon turned into long, grinding ground engagements. As the service's new operating concept stated earlier this year, the Pacific campaign of World War II was the only period of history when the exclusive focus of the Marine Corps was on amphibious assault.

Yet fundamentally, the Marines do not want to be nor does America need, another land army nor do they want to be nor does America need a U.S. Navy police force, as President Truman once quipped.

The Marines' unique ability to project combat forces from the sea under uncertain circumstances, forces quickly able to protect and sustain themselves, is a capability that America has needed in this past decade and will require in the future. For example, it was a real strategic asset during the first Gulf War to have a flotilla of Marines waiting off Kuwait City forcing Saddam's army to keep one eye on the Saudi border and one eye on the coast.

And then, of course, it was a Marine armored formation in the desert, the second land army, if you will, that liberated Kuwait City.

Looking ahead, I do think it is proper to ask whether large-scale amphibious assault landings along the lines of Inchon are feasible though anti-ship missiles with long range and high accuracy may make it necessary to debark from ships 25 or 40 or 60 or more miles at sea. I, therefore, asked Secretary of the Navy, Ray Mabus, and the Marine Corps leadership to conduct a thorough force-structure review to determine what an expeditionary force and readiness should look like in the 21st century.

I directed them not to lose sight of the Marines' greatest strengths, a broad portfolio of capabilities and penchant for adapting that are needed to be successful in any campaign. The counterinsurgency skills the Marines developed during this past decade, combined with the agility and esprit honed over two centuries well positioned the Corps, in my view, to be at the tip of the spear in the future when the U.S. military is likely to confront a range of irregular and hybrid conflicts.

Ultimately, the maritime soul of the Marine Corps needs to be preserved notwithstanding the imperatives of today's wars. This institutional challenge is not unique to the Marines. All of the military services have been challenged to find the right balance between preserving what is unique and valuable in their traditions while, at the same time, making the changes needed to win the wars we are in and to prepare for likely future threats in the years and decades to come.

Achieving this balance is imperative because it is clear the United States will continue to face a diverse range of threats that will require a more and more flexible portfolio of military capabilities. We face a more complex future where all conflict will range across a broad spectrum of operations and lethality, where other modern militaries will use irregular or asymmetric tactics that target our traditional strengths and where terrorists or military groups may have sophisticated weapons.

Preparing for this uncertain future will be the key challenge for the entire Department of Defense as we move into a post-Iraq, post-Afghanistan era.  A line I invoke time and again is that experience is the ability to recognize a mistake when you make it again.  (Scattered laughter.)  Four times in the past century, the United States has come to the end of a war and concluded that the nature of man and the world had changed for better and worse and turned inward, unilaterally disarming and dismantling institutions important to our national security, and in the process, giving ourselves a peace dividend.

Four times we chose to forget history.  Four times we have had to rebuild and rearm at huge cost in blood and treasure.  After September 11th, the United States rearmed and, again, strengthened our intelligence capabilities.  It will be critically important to sustain those capabilities in the future.  It will be critically important not to make the same mistake for the fifth time.

Yet in the coming years, the pressure will undoubtedly be great to repeat that mistake and to reduce our spending on defense especially given the political and fiscal realities we face.  The post-September 11th spigot of defense spending has been shut off, but I believe that we must have modest and sustainable growth in defense spending to allow us to maintain our capabilities, reset our fighting forces and invest adequately in modernization of future capabilities.

But to make the case for this growth at a time of economic and fiscal duress requires the Defense Department to make every dollar count, to fundamentally change the way we spend the taxpayers' dollars and the way we do business.  It means shifting resources from bureaucracies and overhead to military combat capabilities needed by our combat forces today and in the future.

As part of this effort, I asked the entire Pentagon earlier this year to take a hard, unsparing look at how the Department is staffed, organized and operated. I concluded that our headquarters and support bureaucracies, military and civilian alike, have swelled to cumbersome and top-heavy proportions, grown over reliant on contractors, and grown accustomed to operating with little consideration for cost.

So starting in June, we embarked on a sustained, multifaceted effort to move America's defense institutions toward a more effective, efficient, and cost-conscious way of doing business.

As part of that broad effort, earlier this week I announced an initial set of major decisions designed to reduce duplication, overhead and excess in the Defense enterprise.  I imposed new constraints on the size of staffs, senior positions and contractors.  I also directed that we better take advantage of economies of scale in areas such as information technology.  And I announced the elimination of several organizations, including a four-star command that performed duplicative functions or had outlived their original purpose.

While many of these decisions were difficult and will cause hardships for some affected employees, they are necessary to ensure that our fighting forces on air, land and sea have the resources to achieve a wider range of missions and prepare for future needs.

I want to give time for some questions, so I'll close with a final thought.  At the beginning of the nuclear age, Albert Einstein remarked that everything has changed but our way of thinking.  In his memoir, George Shultz cited that observation and remarked on how ways of thinking are so hard to change, which remains as true as ever.

The Marine Corps has been at the leading edge for over 200 years in adapting and responding to new technologies and new threats.  Even as our country faces great challenges, the adaptability, initiative and improvisation, along with the raw courage that is displayed by United States Marines every day, give me the confidence that we can and we will prevail, as this country has in the past.  And just as all our troops are doing their duty to ensure our country remains safe and strong, we in Washington must now do ours.

Thank you.  (Applause.)

GEN. HOAR:  Mr. Secretary, as Mike mentioned earlier, I'm Joe Hoar and I'm going to pop some of the questions for you, if I may.  We have far more than you can possibly answer, so I'm going to try and organize them into groups.

Let's talk about Afghanistan first.  There's obviously concern about whether or not we have enough forces in Afghanistan.  And another question is the relationship with Pakistan.  And as many of us believe, that really is the center of gravity there.  And what are we doing to change that equation?

SEC. GATES:  Well, first of all, the number of forces that have gone into Afghanistan represent the recommendation made by General McChrystal a year ago.  There are about 40,000 new forces in Afghanistan.  Thirty thousand of them are American, and almost 10,000 are from our partners, principally our NATO partners.

My British colleague, at the end of my first year on this job, referred to my efforts to get the Europeans to do more as megaphone diplomacy.  (Laughter.)  But the fact is that from about 17,000 troops in 2007, the Europeans and others are now up to almost 50,000 troops.  And they are in the fight. A lot of the national caveats have gone away, and they are being very effective partners.

I have some fairly strong feelings about Pakistan, because I bear some personal responsibility for the United States turning its back on Afghanistan in 1989 and 1990 when I was Deputy National Security Advisor.  When the Soviets left, we turned our attention away.  We didn't do anything, leaving Pakistan with a huge problem.  And then, shortly thereafter, with the implementation of the Pressler amendment, we had to cut off all of our military assistance to the Pakistanis because of their nuclear program.

So from the Pakistani standpoint, the United States, when our objective was completed -- that is, the ejection of the Soviet Union from Afghanistan -- we abandoned the area and left them holding the bag.  So we have what Admiral Mullen, the Chairman of the Joint Chiefs, and I refer to as a significant trust deficit with Pakistan.  (Laughter.)  And they are worried about the possibility that we will leave again prematurely and leave them facing a difficult situation.  And so they have hedged over the last decade,

trying to be in a position to deal with whoever might come to power and keep power in Afghanistan.

I think we are reducing the trust deficit now.  And most people don't realize that the Pakistanis now have 140,000 troops on their Northwestern Frontier, northwestern border areas.  They are in the fight.  They are taking significant casualties.  And they are operating on their side of the border and increasingly cooperating with our operations on the Afghan side of the border.  And they have gone into places like Swat and South Waziristan, making al-Qaeda flee those areas, which has given the -- raised the opportunity to kill more of the al-Qaeda.

So, I think that the Pakistanis have made huge progress.  I think we have made progress with the Pakistanis.  But what we need to do is to continue to affirm to the Pakistanis that we will be a reliable, strategic partner for the long term with them and that we are not going to walk away from Afghanistan and that when the fight is over in Afghanistan, we're still going to stay there and provide the kind of development aid and military training and so on that is needed, but that we are not going to turn our backs on that region again.

So is the situation perfect?  Obviously not.  But have we made significant progress?  Have the Pakistanis made significant progress?  Are they doing a lot to help us?  The answer is yes.

Now, a caveat:  The flooding in Pakistan today, in terms of the number of people it affects and the economic consequences, is actually several times worse than the earthquake in 2005.  And how much this will impact Pakistan and its army, I think, remains to be seen.  And that's one of the reasons why the President has asked us to lean very far forward in providing as much help as we possibly can.

GEN. HOAR:  Mr. Secretary, a couple of years ago you had offered up some of the Defense budget in order to fund other parts of the government, most especially AID.  Could you comment on our ability to have a more balanced approach towards our efforts in Afghanistan from the other agencies of government that are so important to us?

SEC. GATES:  Well, first of all, just to set the record straight, I never offered up any of the Defense budget.  (Laughter.)  I just said they should have more.  (Laughter.)

Actually, the Congress has, over the last several years, provided additional resources for State and Defense.  But I would say that I think it's woefully inadequate.  And let me just give you a couple of statistics that indicate the situation.  If you took every Foreign Service Officer in the world and added them up, the number would not be enough to crew one aircraft carrier.  There are about 6,000 FSOs.  Condi Rice used to say we have more people in military bands than they have in the Foreign Service.  She was not far wrong.  (Laughter.)

When I left the government in 1993, the Agency for International Development had been a huge player in our success in the Cold War.  When I left the government, it had about 16,000 employees, dedicated experts who were deployable, who were accustomed to working in insecure conditions in developing countries, and had all the specialties -- in agronomy, rule of law, education, you name it.

When I came back into government in 2006, at the end of 2006, AID had 3,000 employees and mainly was a contracting agency.  This is a capability we have denied ourselves, and it is a huge opportunity for us.  But these institutions need to be rebuilt and strengthened.  Because of the size of the Defense Department, it is critically important that they receive additional resources so we can have rule of -- so we can have whole-of-government efforts to resolve a lot of the problems we're dealing with.

Now, the reality is they have really turned too.  The number of civilians from the State Department and AID in Afghanistan has tripled since the first of the year, from about 300 to over a -- almost a thousand.  So there's been a huge effort on the part of these agencies.  But there just still is not enough critical mass there for them to play the role that they should.

And I will tell you, Congress is part of the problem.  When I sent my budget to the Hill for roughly $550 billion, the Senate voted me $550 billion as the budget allocation.  That's not what (I got out of the appropriators, but that's what the allocation was.

Hillary Clinton sent up a budget of about $50 billion, and they whacked four or five billion dollars out of it.  So there has to be a change in attitude in the recognitions of the critical role that agencies like State and AID play for them to play the leading role that I think they need to play in most of these situations.

GEN. HOAR:  Sir, you mentioned in that discussion the issue of contractors.  I know that's an important part of the guidance with respect to reductions.  Can you speak to the short term on how you would deal with some of the important aspects of what contractors do that we can manage as we cut back on the total number?

SEC. GATES:  Well, I'm going to give the services and the various defense agencies a good deal of flexibility.  I'm not telling them to cut 10 percent out of every contract.  What I'm telling them is that "If your budget for contracting is 'x,' then, beginning in FY '11, you're going to get 'x' minus 10 percent.  And you have to prioritize those contracts.  Not all contracts are created equal, and some need to go by the way."

And so I think that the services and others will have the flexibility they need that they can fully fund contracts that are important and the contractors that are performing important work that we can't do, and at the same time begin to cut back on those that are redundant or where it's nice to have but not really critically important.

GEN. HOAR:  You mentioned the issue of Pakistan and the difficulties that we have had historically.  Is there some -- is there some value in extending how we deal with Afghanistan to a larger base?  For example, China and Russia, perhaps Iran, India.  India's penetration in Afghanistan is considerable, and this is part of the Pakistani problem.  Is there a way to broaden our efforts there to the other neighbors with the hope that we can solve some of these long-lasting regional problems?

SEC. GATES:  Actually, we're doing that.  And that is one of the important roles, in my opinion, that Ambassador Holbrooke is playing.  He has spent a lot of time on the road dealing with all of Afghanistan's neighbors, with the exception, obviously, of Iran.  But the whole idea is to get others engaged.

And I'll tell you something that I wouldn't have believed three, four years ago.  We have created an alternative supply network with Pakistan called the Northern Distribution Network, and we have now sent something on the order of 20,000 containers across Russia through Central Asia to Afghanistan.

The Russians have been very cooperative in this respect.  So have the Central Asian nations.  About 50 percent of the sustainment supplies that are going into Afghanistan are now going across this Northern Distribution Network.  So other countries have been cooperating with us, have been helping us, even if they don't have troops in Afghanistan.  But clearly we need to keep them engaged.

GEN. HOAR:  With all of the attention that we have paid to Iraq and Afghanistan in the last few years, I'm sure our friends in the Navy are concerned about our ability to meet peer competitors in other places, notably the Western Pacific.  Are you comfortable with where the naval forces are?  And while you're thinking about naval forces, you might talk a little bit about amphibious shipping too.

SEC. GATES:  Well, first of all, I am concerned that we don't have enough ships.  I am concerned that there is not enough money in the shipbuilding accounts.  And we're not even to the point where we're beginning to think about replacing the Ohio class ballistic missile submarines that will come toward the end of this decade.  We're working hard to get the cost of that down, but there -- even if we're really successful, those are still going to be about five billion dollars apiece, so -- which is down from the original estimates of over seven billion, so we're making headway.  (Laughter.)

But if -- one of the things in this -- in this budget exercise that we have under way -- there are -- there are two aspects of it that I think are important.  One is to incentivize the services to find savings.  I am telling them that whatever they -- whatever savings they find in overhead, redundancy, weak programs that they're prepared to take action on, they can keep that money to reinvest in their highest-priority investments for the future -- modernization and for future investments.  I suspect in the Navy that will probably be -- shipbuilding will be pretty close to the top of that list.

Now, for the defense agencies, the combatant commands and the Office of the Secretary of Defense, they don't get that deal.  All the savings they find, I'm taking -- (laughter) -- and going to give to the services to invest in future -- in force structure, modernization and future investments, and taking care of our men and women in uniform.

So the idea here is to use this entire enterprise to reenergize some funding streams that, frankly, just haven't been -- haven't been big enough.  And I think the Navy is headed in the right direction in this respect.  And these savings that we anticipate I think are going to give us some help, both from inside the Navy and from the rest of the Defense Department outside the other services.

We clearly need to have amphibious capability.  The question that all of us need to think about is how much.  These big decks -- the Peleliu, which is off of Pakistan; the Kearsarge, that is going to relieve it -- these are enormously versatile ships that give us huge options, whether it's humanitarian assistance and disaster relief, or just platforms for special forces, or a number of other activities, including projecting both Ospreys and helicopters across the water into countries.  So I think there's a lot of -- and we have, I think, a pretty good budgetary allocation for these amphibious ships, but I think we do have to address how many we need and how many we -- how many more we should buy and how many we should sustain in the fleet.

GEN. HOAR:  Sir, while we're in the Western Pacific, would you talk for a moment about the threats of North Korea and how we might work -- not only with South Korea, but perhaps with China as well, to reduce that threat?

SEC GATES:  Well, I will -- I will say that I think that the administration has been every effort to try and work with China in dealing with North Korea.  And the problem is, I think one of the worries -- one of the main worries I have about North Korea is that they appear to be starting a succession process, and I have a sneaking suspicion that Kim Jong-il's son, who wants to take over, has to -- has to earn his stripes with the North Korean military.  And my worry is that that's behind a provocation like the sinking of the Cheonan.  And so I think we're very concerned that this may not be the only provocation from the North Koreans.

And what worries the Chinese -- and I think justifiably so, but to the exclusion of everything else -- is the prospect of instability in North Korea, of the collapse of the regime, which would send millions of North Korean refugees across their border.  And so I think that's one of the reasons why they are unwilling to put much pressure on that regime, because maybe they, even more than we -- believe it's very frail.

But the fact is that North Korea continues to try and smuggle missiles and weapons to others around the world -- Burma, Iran, Hezbollah, Hamas.  They continue with their development of long-range missiles and their nuclear program.  This is -- this is a very, very tough national security problem.

GEN. HOAR:  Speaking of difficult security problems, would you speak a little bit to the development of a nuclear capability in Iran and where we are with respect to that problem and the degree to which that the government of Israel and the United States are in sync with respect to how to respond, if at all?

SEC. GATES:  Well, first I would say that we are working very closely with the Israelis.  We have very intense intelligence exchanges with them.  We've done a lot to help them develop their defenses against missiles, principally, obviously, looking at Iran.  We've put a specialized radar in Israel.  We have Aegis-equipped ships in the Eastern Mediterranean for early warning.  We have helped them with the development of their Iron Dome system to try and go after shorter-range missiles.

So I would say I think that our security cooperation with Israel is probably as intense in concrete terms as it has been in a long time.

Defense.gov Transcript: Remarks by Secretary Gates at the Marine Corps Memorial... Iran Fire... bob5320... Page 23 of 35

Case 1:09-cv-00646-RCL Document 54 Filed 05/22/14 Page 23 of 35

5/21/14 9:58 PM

I would say that in my career that Iran is one of the most frustrating and challenging national security problems the United States has faced. If they acquire nuclear weapons, there will almost certainly be proliferation, a race for proliferation in the region, with several other countries going -- determined to get nuclear weapons, if Iran has them. To have a proliferation problem in the most volatile part of the world cannot be a good development.

On the other hand -- we've talked about this before -- I think we've seen vividly enough in Iraq that every war is unpredictable, and it has unintended consequences and is more difficult than people -- may expect. And I think a military attack on Iran would have enormous consequences in a variety of ways. We have to keep that option open. We have to make sure that the president has every available option in these circumstances.

I will say that all the evidence is -- particularly this last round of sanctions, is really beginning to bite the Iranians. And they hate to be isolated, and they are isolated. They hate these resolutions. You may not think the U.N. resolutions are strong enough, but the fact that the entire Security Council votes -- and particularly Russia and China vote against them -- has real impact. And the Security Council resolution provides a legal platform beyond which individual countries can then take dramatically more severe steps against Iran, and that's happening now.

So the question is, how do you -- how do you push the timeline on Iran forward to give them time to make them realize the costs of their nuclear program and of their international isolation in a way that they are willing to agree to a peaceful nuclear program with appropriate safeguards, with the IAEA and other nations, so that we know they're not building nuclear weapons?

The only long-term solution to this challenge is for the Iranian government itself to decide that having nuclear weapons diminishes their security rather than enhances it. And so we're working with neighbors in the region, in terms of building their missile defense capabilities and their military capabilities.

We are continuing the sanctions. We are continuing the political pressures. We're looking at, how can we -- what would it take for us to say yes? What would they have to do in terms of this program, for us to be confident enough that we could have a negotiated or a diplomatic solution to this problem?

But we are ready with all options. But this was a very, very tough problem for the Bush administration and an equally tough problem for the Obama administration.

GEN. HOAR: Staying on that subject, sir, a few years ago, Hamad bin Jassim, at that time the foreign minister of the state of Qatar, traveled to Tehran to explain to the Iranians that in the event of an attack on Iran that Qatar would not be a participant in supporting it.

And his interlocutors indicated that regardless -- if there were to be an attack, that because the Iranians weren't capable of reaching U.S. targets, that targets up and down the Persian Gulf would be the ones that they would strike.

You mentioned that there's been greater movement towards particularly Patriots in Kuwait. And it's my understanding that they're also in Bahrain and in Saudi Arabia and UAE.

Are we prepared to sell military equipment to the GCC countries that will assist them in protecting their own, particularly their fixed installations?

Beyond that in the region, can you speak a little bit to the problems that we face in Yemen and in Somalia with al-Qaeda and related kinds of activities?

SEC. GATES: Well, one of -- one of the problems we must face is that while al-Qaeda in North Waziristan and in the Federally Administered Territories in Pakistan remains a problem, remains a source of inspiration and training for terrorists, and remains if you will the ideological heartland of this -- of al-Qaeda, the problem has -- the challenge they pose has metastasized.

And so we find groups like al-Qaeda of the Arabian Peninsula, al-Qaeda of the Islamic Maghreb. We see some activity in Sudan. We see al-Shabab in Somalia trying to establish a relationship with al-Qaeda, and al-Qaeda telling them -- the leaders of al-Qaeda telling them, don't focus so much on trying to take over your own country, go after the United States, go after the West; this is where -- this is -- you need to get those guys out of the region and then you can do what you want.

So it has become a more difficult problem. The difference of course is that in Yemen, we have a country and a leader that is willing to cooperate with us and work with us in this. And so we're trying to build their capabilities.

Somalia is a very tough problem, because it's difficult to get in there, it's difficult to identify the training camps, it's difficult to see exactly what these guys are doing. And what we may be seeing is more people from Somalia, trained terrorists, going to Yemen or going outside of Somalia to try and get to the U.S.

So this problem is not going away. This challenge of extremist terrorism is more dispersed than it was before 2001. But it is still a mortal threat to us.

GEN. HOAR: Sir, we have time for one more question. We have several questions about Iraq. Perhaps I could summarize them by saying, most everybody seems to be interested what that country is going to look like after the withdrawal of American combat troops. And if you could share with us, how do you see that unfolding?

SEC. GATES: Well, I think -- as the White House announced yesterday, we met on this a couple of days ago with the President and General Odierno when Ambassador Hill reported on the situation in Iraq. And here again the narrative hasn't quite gotten through. General Odierno reported, among other things, that the violence in Iraq has been at the lowest level over the past two weeks as it has been since the -- since we went in…in 2003.

So there are some isolated groups that continue to try and suggest that they play an important

part.  A lot of these bombings that are taking place are by the remnants of al Qaeda in Iraq.  But the fact is, these guys are doing politics.

I was somewhat heartened in terms of the time it's taking them to put together a government when I learned that it was going to take the Dutch about four and a half months to put together a coalition government.  (Soft laughter.)  But they're not shooting at each other; they're negotiating.  And to tell you the truth, we expected it to take several months for them to put a government together.

But consider this.  Iraq in 10 years could be producing as much oil as Saudi Arabia and could be a very rich country.  And if it is able to sustain the democracy that it has today, I think it will change the entire equation in the Middle East.  That's the -- that's the optimistic scenario.  There are all kinds of more pessimistic scenarios.

But I think Iraq's future is open now.  And it's a little bit like what happened in the Soviet Union in 1991.  No one was sure what would come later, but for the first time in their history the Russian people had a choice and the future was open to them.  I think the same thing is true of Iraq today.

Thank you.

(C) COPYRIGHT 2010, FEDERAL NEWS SERVICE, INC., 1000 VERMONT AVE. NW; 5TH FLOOR; WASHINGTON, DC - 20005, USA.  ALL RIGHTS RESERVED.  ANY REPRODUCTION, REDISTRIBUTION OR RETRANSMISSION IS EXPRESSLY PROHIBITED.

UNAUTHORIZED REPRODUCTION, REDISTRIBUTION OR RETRANSMISSION CONSTITUTES A MISAPPROPRIATION UNDER APPLICABLE UNFAIR COMPETITION LAW, AND FEDERAL NEWS SERVICE, INC. RESERVES THE RIGHT TO PURSUE ALL REMEDIES AVAILABLE TO IT IN RESPECT TO SUCH MISAPPROPRIATION.

FEDERAL NEWS SERVICE, INC. IS A PRIVATE FIRM AND IS NOT AFFILIATED WITH THE FEDERAL GOVERNMENT.  NO COPYRIGHT IS CLAIMED AS TO ANY PART OF THE ORIGINAL WORK PREPARED BY A UNITED STATES GOVERNMENT OFFICER OR EMPLOYEE AS PART OF THAT PERSON'S OFFICIAL DUTIES.

FOR INFORMATION ON SUBSCRIBING TO FNS, PLEASE CALL CARINA NYBERG AT 202-347-1400.

Home
Today in DOD
About DOD
Top Issues
News
Photos/Videos
Military/DoD Websites
Contact Us

Inspector General
Privacy & Security
Link Disclaimer
Recovery Act
FOIA
USA.gov
No FEAR Act
Plain Writing Act of 2010
Accessibility/Section 508

Join the Military
Careers
Web Policy

STAY CONNECTED

 RSS Feeds
 Email
 Widgets
 DOD Live Blog
 Facebook
 Twitter
 YouTube
 Flickr
Instagram

MORE SOCIAL MEDIA SITES »

EXHIBIT 4

## Annex J
## The Procurement of Conventional Military Goods in Breach of UN Sanctions

Before the 1991 Gulf war, Iraq indigenously produced ammunition, small arms, gun barrels, and other basic military items. The war, however, destroyed Iraq's military industrial base leaving Saddam's Regime with critical shortages of military spare parts, ammunition, and other materiel. United Nations Security Council Resolution (UNSCR) 661 frustrated Saddam's attempts to reconstitute his military capacity following Desert Storm, because UNSCR 661 prohibited UN members from exporting conventional military goods and related technologies to Iraq.

*Many individuals, foreign companies, and some countries knowingly violated UN sanctions. In some cases, governments failed to comply with or enforce sanctions out of recalcitrance of international norms or inability or negligence to monitor the commercial activities of certain individuals and firms willing to conduct illicit business with Saddam's Regime. Governments not only included UN members, but also permanent members of the UNSC.*

Iraqi efforts to obtain military goods and related technologies in the mid-1990s until OIF in March 2003 can be divided into several categories: raw materials; consumables; and military goods. Iraq sought materials such as steel, aluminum and titanium to supply its military manufacturing industry. Under Saddam, Iraq constantly needed spare parts for manufacturing and for military equipment. As with any military organization, the Iraqi military always required consumables such as batteries, tires, and ammunition. *We judge that Iraq's most pressing requirement, however, was for military equipment.*

- For potential suppliers, the sale of military equipment offered the strongest profit margins.

- Since the beginning of sanctions in 1990, Saddam successfully acquired a wide range of military goods or their component parts for SAM systems, main battle tanks, anti-tank guided missiles (ATGM), combat aircraft, GPS jammers, and night-vision equipment.

*The United Nations Sanctions on Iraq*

*The UNSC passed numerous resolutions from 1990 to 2003 prohibiting member states to export, military goods and technology to Saddam's Regime, placing financial constraints on UN members conducting business with Iraq, establishing WMD and military restrictions on Iraq, and the formulation and implementation of the UN OFF program. UNSC passed two UNSCR, 661 (1990) and 687 (1991) that specifically prohibited the export of military goods to Iraq by UN members. Paragraph 24 of UNSCR 687 reads:*

*In accordance with UNSCR 661 and subsequent related resolutions and until a further decision is taken by the Security Council, all States shall continue to prevent the sale or supply or promotion or facilitation of such sale or supply, to Iraq by their nationals or from their territories or using their flag vessel or aircraft, of; arms and related material of all types, specifically including the sale or transfer through other means of all forms of conventional military equipment including paramilitary forces and spare parts and components and their means of production for such equipment.*

*These restrictions included prohibitions on the licensing of military technology and other transfer arrangements used in the production, utilization, or stockpiling of military items. These UNSCR also prohibited the use of personnel or materials for training or technical support services relating to the design, development, manufacture, use, maintenance, or support of military goods.*

- Throughout this investigation, ISG has exploited information from captured documents from various Iraqi ministries and agencies and debriefings of both detainees and willing sources from the former Iraqi Regime. Examples found by ISG, provided below, represent only a small cross section of the total illicit dealings with Iraq. However, a full investigation of all violations of UNSCR vis-à-vis Iraq is outside the scope of ISG's investigation.

**Regime Finance and Procurement**

## Possible Breaches of UN Sanctions by Ukrainian Companies

**Summary of Ukrainian involvement 1995-2003:**
Documents obtained by ISG indicate that Iraqi delegations visited Ukraine in 1995, and Ukrainian groups visited Iraq between 1998 and 2003. During these visits, both parties discussed missile deals. Another source indicates that in 2001 and 2002 Ukrainian delegates provided Unmanned Aerial Vehicle (UAV) components to Iraq. In addition, ISG recovered papers that indicate Ukrainen companies had offered to supply other military equipment to Iraq.

**1995-2003: Ukrainian and Iraqi Delegation Visits**
Information supplied by an Iraqi scientist, indicates that Iraqis visited Ukraine in 1995 and that the Al-Karamah State Establishment hosted many visits from Ukrainian suppliers who were negotiating for contracts from 1998 to 2003.

- An Iraqi scientist stated that Ukrainian suppliers were the most frequent visitor to Iraq assisting Iraq with its missile program. The Ukrainians visited many times led by a Mr. Orshansky. Orshansky usually brought 50 to 60 people from multiple Ukrainian companies dealing with a range of issues including civil power projects as well as missile and other military technologies. The Ukrainians wanted to sign a contract to supply theory, design, and equipment, but the deal was never completed due to the defection of Husayn Kamil from Iraq in 1995.

**2001-2002: Ukrainian Company May Have Supplied Military Goods to Iraq**
A source indicates that a Ukrainian company supplied components for UAV.

- In 2001 and 2002, the Ukrainian company, Orliss, provided UAV components, such as engines and gyroscopes, to the Iraqi Government. The individual from Orliss who handled these transactions was Olga Vladimirovna, Director of the Orliss Company. Vladimirovna provided her business card to several individuals at the Ibn Firnas Company.

## 2003: Papers Indicate Ukraine Company Supplied Military Goods
Recovered papers indicate that a Ukrainian company was offering to supply military equipment in early 2003.

- Recovered documents indicate that the Al-Karamah State Establishment purchased equipment through ARMOS Trading Company in Baghdad from the Mont Elect Company, Ukraine before January 2003. Two payments were made of $405,000.00 for the equipment. Signatures on the document included representatives from: ARMOS; Al-Karamah State Establishment; Sa'ad General Company; Al-Karamah; Dr. Sergei Semonov, for the Montelect Establishment, and the Trade Office of the MIC.

## Possible Breaches of UN Sanctions by Cypriot Companies

## 1997: Cypriot Company Offered T-72 Tanks, Anti-Aircraft Missile Systems, and Sniper Rifles
Recovered documents refer to a Cypriot company's offer of military goods; including tanks, anti-tank weapons, and anti-aircraft weapons systems.

- A letter dated 23 August 1997 from a Cypriot company F and F Dawn, Ltd. (located in Limassol, with offices also in Paris) shows that the General Manager, Ahmad Fayiz Al Mirabi, offered military goods to the Al-Basha'ir Company and Mr. Munir Mamduh.

- A second letter, marked 'Top Secret', from the Office of Army Chief of Staff Major Colonel Aziz Ahmad Husayn to the GMID, dated 21 September 1997, refers to an offer to sell Baghdad "tanks (142 T-72 with a possible total of 300), bombers, missiles (Tow-2 /anti-tank), anti-aircraft missiles system (Stinger) and Barrett USA semi-auto sniper rifles."

## Possible Breaches of UN Sanctions by French Companies

**Summary of French involvement 1998-2003**: Some French businessmen sought business with Iraq during this period. In one instance, a French businessman brought a tank carrier to a weapons convention in Baghdad, and in another instance, a French electronic warfare expert visited Iraq. In addition, the MIC attempted to acquire components for the French-manufactured Roland missile system.

### 1998-1999: Tank Carrier Imported to Iraq

A letter from Aqra General Trade Company Baghdad dated 18 November 1998 requests an entry visa and reads, "Find attached herein a copy of the passport of Jean Claude, a French citizen and the manager of the French company Lura. Mr. Claude will bring a tank carrier model to the MOD that will be supplied to Baghdad by the end of this month. Kindly facilitate the procedures to issue him an entry visa to Iraq, considering that our company will bear his stay expenses in Baghdad."

- A second letter from Aqra General Trade Company Baghdad dated 8 December 1998 reads, "Reference to our letter we would like to inform you that the vehicle (Tank Carrier) arrived at Abi Gharib [most likely Abu Ghurayb] Customs Department, kindly notify the competent authorities to give Mr. Jean Claude an entry visa to Iraq ASAP."

- A letter to the Electrical and Mechanical Engineering Directorate from the MoD Armament and Equipping Directorate dated 12 September 1999 reads, "kindly acknowledge that Mr. Jean Claude, Manager of the French Company, Lura visited the country on Saturday, 11/09 to operate the Rescue and Armor Transport Vehicle stored at Modern Vehicles storehouse. Kindly appoint an officer to escort the afore-mentioned with the technicians for three or four days."

- Another letter to the Armament and Equipping Directorate dated 18 September 1999 from the Manager of the Aqra Company, states, "During the visit Mr. Jean Claude, Commercial Manager of the French company, made to Baghdad, it was agreed, in the presence of the committee formed by the ministry to take over and inspect the vehicle, to send a technical expert to train some specialists how to operate the vehicle. Kindly take the necessary actions to issue entry visas for Jean Claude, the Commercial manager and Philippe Robert, the Technical Expert."

### 1999-2000: Deputy General Manager of French Company Visits Iraq

Recovered documents include letters dated December 1999 and January 2000 that show that the Deputy General Manager of a French company called SOFEMA planned to visit Iraq on 15 January 2000 on behalf of a number of French Military Companies. Mr. Dominique Salini's 29 December 1999 introduction letter from the al-Hadar Company is included in the textbox below. A subsequent letter to the GMID M6 Section from the head of Air Defense Security dated 3 January 2000 requests an opinion on holding a meeting with a representative from the IIS and Salini.

### 2002: Documents Indicate French Experts Visited Iraq and Agreed to Military Technology Transfer

A recovered document indicates that a French electronic warfare/radar expert met with representatives of the Al Kindi Research Facility in November 2002. The purpose of the meetings was to facilitate military-related microwave, direction finding, and passive radar technology transfer. The translated documents include military-related technology transfers and Iraqi contractual agreements with foreign manufacturers. ISG also acquired two meeting logs among the documents.

- The subject meeting log indicated that on 3 November 2002 an individual identified as a French expert and referred to as Mr. Cloud (possibly Mr. Claude from the prior paragraphs), visited the Al Kindi Electronic Warfare/Radar Research, Development, Test and Evaluation Center. The Log states that the office of Mohammad Fadil financed Mr. Cloud's visits to Iraq. Fadil brought Cloud to Iraq on 2 previous occasions.

Regime Finance and Procurement

**Letters Dealing With a Planned Visit of Mr. Salini of the French SOFEMA Company to Iraq in Early 2000**

*In the name of God, the Most Merciful, the Most Compassionate*
*Republic of Iraq*
*Presidency of the Republic*
*General Directorate of Military Intelligence*
*Air Defense Security System*

*Serial No. /Sect 2/Div 5/*
*Date //1/2000*

*To/General Directorate of Military Intelligence/M4/Sect 6*
*Subject/Requesting for your opinion*

*1. Al Hadar Company "Al Hadhar Company" Letter, numbered 271, dated 29/12/1999, which has been sent by your directorate.*

*2. Please give us your opinion on holding a meeting between Mr. Dominique Salini, Deputy General Manger Commercial of the French Company SOFEMA, and our representatives.*

*Please review and inform us...with our best regards.*

*Intelligence Major General Head of Air defense Security System*

*3/1/2000*

*Call the company representative in Iraq (TC: Handwritten note).*

*Waiting for the company to respond to the new appointment 17/1. (TC: Handwritten note).*

*Letterhead.Al-Hadhar.jpg*

**In the Name of God, Most Merciful, Most Compassionate**

**Serial No.:** *271*

**Date:** *29/12/1999*

*Sect 6*

**Mr.:** *NR993 gentlemen (TC: There is a big scratch over the "NR993" and "Sect 6" is written in place of it)*

270

*Letters Dealing With a Planned Visit of Mr. Salini of the French SOFEMA Company to Iraq in Early 2000 (continued)*

Our Greeting,

**Mr. Dominique Salini** is visiting Iraq. He is the **Deputy General Manager  Commercial** of French Company **SOFEMA**, which is considered marketing company representing a lot of French military companies. We kindly request a meeting to discuss your needs with him. He will visit Iraq  between the period 15/1/2000 to 19/1/2000. Attached is the company catalog for reviewing.

With all our respect.

**Attachment:** Company catalog.

Deputy Manager

'Isam Al 'Aqidi

Copy for the branch

29/12

Bulgaria - Sivishtov 5250 – St. T. Milanovich No.10 A – Telefax: 00359631-25577

Iraq – Baghdad – Al-Masbah Tel: 7172829- Fax: 7172738 – Telex: 213175 ISAM –

P.O. Box: 4245, Sabe Abkar - Baghdad

Regime Finance and Procurement

- At the 3 November 2002 meeting, Cloud was brought in due to his expertise and experience in obtaining equipment in support of the Dawa II. Fadil, Cloud, and Saeed discussed technical issues indicating he could provide solutions through Fadil's office.

- Fadil, Cloud, and Saeed also discussed the technical specifications of Radioson equipment, direction finding equipment, and a land-based station that was tabled in a previous meeting.

- Saeed, Fadil, and Cloud discussed the possibility of obtaining or constructing a base to manufacture microwave parts, passive and active sensors, signal enhancers, and low distortion components. Cloud promised to provide Saeed and Fadil with information regarding these electronic warfare products.

- A second document identified as a technical cooperation memorandum outlines Saeed's meeting with Cloud. The memorandum was presented to the General Manager of the Al Kindi Electronic Warfare/Radar Research Center. The document confirms that a meeting took place as scheduled with Saeed, Fadil, and Cloud.

- Fadil, Saeed, and Cloud agreed to cooperate so Cloud could facilitate the transfer of high frequency (HF), microwave, and passive radar military-related technology to Iraq. A memorandum of "4 November" (probably 2002) requests permission to proceed with the technological transfer process.

## 2002-2003: Iraq's MIC May Have Attempted To Procure French Roland Missile Parts

A source related that Iraq attempted to acquire battlefield and air defense technology 25 days before the onset of OIF.

- Beginning in late December 2002, the Iraqi MIC initiated efforts to acquire replacement parts for the Roland II surface to air missile system, valves for Iraq's air defense system, and various other high technology items with military and battlefield applications. These efforts were underway up until 23 days before the onset of hostilities. The MIC

Commercial Section corresponded with Majda Khasem Al-Khalil (a Lebanese female) who in turn met directly with the French Thompson Company regarding the acquisition of the missile parts.

Al-Khalil later provided samples of night vision goggles and protective Kevlar devices to the MIC. The paragraphs below describe the development of this effort as portrayed from the Iraqi side.

- On 25 December 2002, a high level MIC official requested permission to acquire 'hard cables' for Iraq's air defense headquarters. The MIC official supplied Al-Khalil, Sour Debbar, and Dr. Awad Al-Souri as points of contact capable of supplying these materials. Al-Khalil was described as "the Lebanese."

- On 22 February 2003, Ra'ed Ismail Jamil, General Manager of the Salahadin General Company, and a Brigadier General Hassem discussed the purchase of parts for the Roland II system with Al-Khalil. A communication sent the same day by Jamil and Hassem notified the MIC Deputy Minister that, based on his orders, they invited Al-Khalil to reach "clear and final agreements" regarding subjects already discussed and that they had arranged for her safe passage with border control.

- During a meeting with Jamil and Brigadier Hassem, Al-Khalil mentioned that she met with French experts regarding to rehabilitating Iraqi Roland II parts. Al-Khalil had learned from those experts that it was not possible to rehabilitate those parts due to their deteriorated state, but it was possible to provide 50 new parts at the same price to repair the old ones. The 50 new parts met the same technical specifications the Iraqi MIC stated for the old parts. Al-Khalil informed Jamil and Hassem that she provided the French experts with technical questions and designs. The aforementioned experts addressed the questions and designs "thoroughly, clearly, and completely."

- On the evening of 22 February 2003, Al-Khalil promised to have the new components within ready 30 days of the ministry's acceptance of the contract. Al-Khalil further agreed to ship the old Iraqi parts

272

back to Baghdad without repair. The MIC assumed responsibility for the transportation and movement of the parts through Iraqi customs. The Ministry believed that they could use internal components from the old parts as spare parts in the future.

- Al-Khalil further stated she was ready to import "set valves from either types, 12 sets of each at $250,000" as requested by the MIC Deputy Minister. A-Khalil agreed to deliver these items within 10 days of signing of an agreement. She further mentioned that "the French side" was ready to implement this agreement and take care of the documentation process regarding shipping and warranty certification, but that she would need some money to cover this process. Al-Khalil stated she was ready to provide a bond accepted from the Iraqi side towards a down payment and she provided complete specifications for both sets of valves.

**Possible Breaches of UN Sanctions by North Korean Companies**

**Summary of North Korean involvement 1999-2003:** Starting in 1999, North Koreans visited Iraq to hold talks relating to rocket engines. By 2003, North Korea and Iraq had negotiated and signed contracts for missile components, ammunition, and other goods. North Korea later reciprocated by inviting the Iraqi leadership to Korea. According to documentation, in May 2001 a delegation from North Korea, including specialists in defense, were due to visit Iraq.

**1999-2001: Planning for Military Procurement Delegation Visits**
Recovered documents indicate that Iraq and North Korea government officials proposed numerous delegation visits in letters written between 1999 and 2000.

- A letter dated 11 August 1999 marked 'Top Secret and Personal' from the Presidential Secretary and addressed to the Minister of Military Industries, refers to an invitation and a letter on 2 August 1999. The letter indicates that permission for the MIC and the MoD had been granted to allow a verbal invita-

tion to the North Korean Defense Minister or his deputy to visit Iraq.

- A letter dated 28 February 2000, shows that the North Korean Defense Industry Department of Korean Workers Party officially invited an Iraqi military delegation to visit North Korea. The visit was arranged to show North Korea's willingness to supply Iraq with military equipment and to allow for discussions between military experts. The letter later states that the North Koreans believed the proposed visit would open good relations between the militaries "against the common enemies."

- A letter from the Defense Industry Department of Korean Workers Party, dated 30 July 2000, gave compliments to the Iraqi Minister of Military Industries and indicated an appreciation for the invitation of the Korean delegation to Iraq. "On our belief, in the present situation of international circumstance, it will be most preferable that your delegation visit our country first to open the wonderful relationship and to continue the reliable and extensive cooperation in the field of military industries between two ministries. In this great chance together with, we would like to emphasize that our last invitation of your delegation to our country remains still valid and effective."

- A letter from the Defense Industry Department of Korean Workers Party to the Minister of Military Industries in Iraq (probably the MIC), dated 23 September 2000, accepted Iraq's invitation and acknowledged that the North Korean side would send a high-ranking delegation, headed by the Deputy Minister, for seven to 10 days starting on about 8 October 2000. The letter indicated that the North Koreans hoped this visit would be a "turning point" for establishing new relations in military fields between the two ministries against "our common enemies."

- A record of a telephone call dated 5 October 2000 between the Secretary General and Brigadier General Hadi Tarish, from the MIC, with the Staff Brigadier General A'adel Hameed, specified the proposed subjects to be discussed during the North Korean delegation's visit on 10 October 2000.

***11 August 1999 Handwritten Document From the
Director of the IIS marked Secret/Personal***

1. *This organization is preparing for cooperation
with Iraq in the fields of furnishing weapons and
military equipment, to pass special technology for
its manufacture and upgrade as follows:*

   a. *Jamming systems against enemy aircraft radars,
   the communication amongst the aircraft, and
   their communication with ground bases.*

   b. *Upgrade of radar systems, command systems,
   and Russian early warning (radars) used in
   Iraq, among them (P-14, P-18, P-19, K66,
   H.FINDER).*

   c. *Development of air defense systems, types (Volga
   and SAM 2).*

   d. *Development of automatic firing systems against
   aircraft launchers.*

   e. *Development of special radars for missiles,
   linking it with systems to disrupt enemy missile
   targeting.*

   f. ***Pass on technology for surface-to-surface mis-
   siles with a range of 1300 kilometers*** *and land-
   to-sea missiles with a range of 300 kilometers.*

   g. *Long-range launcher tubes, caliber 230mm and
   122mm, capacity (22) launchers.*

   h. *Pass on technology to build a mini-submarine.*

   i) *Repair and maintenance of Eastern made equip-
   ment and weapons according to what the Iraqi
   side has determined.*

2. *The Korean side is prepared to send a technical
delegation to discuss preliminary measures with
Iraqi specialists in order to obtain an agreement on
the proposals. After that, the Iraqi side is sending
a technical delegation to visit Korea to complete
discussions and (conduct) a field survey on the
specialized factories.*

3. *Currently, there is a desire from the Iraqi side to
cooperate with the Korean side to arrange and
prepare a secret visit for the Korean Minister of
Defense or his deputy to Iraq for high-level discus-
sions in this area.*

4. *The Korean side has conveyed through the source
that Iraq is not allowed to associate itself with
long-range missiles as specified, but it can deal
with missile technology as long as it doesn't exceed
the range of 150 kilometers, as decreed by Secu-
rity Council decisions. Whereas, they exhibit their
readiness for cooperation in the fields specified by
Iraq.*

5. *In light of what was presented, we propose coop-
eration with the Korean proposal, in pursuance of
the aforementioned plans, especially and forming a
working team from MIC, Air Force Command, Air
Defense Command and the Intelligence Service to
deal with the proposals and negotiate inside and
outside of Iraq. The results have been submitted to
the President to receive approval of a visit by the
Korean Minister of Defense or his deputy.*

*Note: This note was directed to a North Korean orga-
nization called the "Chang Kwang Group"*

The topics included: the upgrade of communica-
tions systems, especially HF, the modernization of
anti-tank missiles, the possibility of purchasing an
assembly line to produce 30mm artillery, the devel-
opment of SAMs, and air defense systems. The air
defense topics described were the modernization of
SAMs, including, "early warning systems, SAM/2
T, and SAM/2 A."

- A captured telephone contact note dated 10 October
2000 confirmed that the first meeting with the North
Korean delegation was planned for 11 October
2000 with the MIC Director in attendance. The note

specified that the Iraqi attendees would include staff from the Director, Armament and Accommodations, Staff Brigadier General A'del Hameed, concerned representatives from the Air Force Command-Air Defense Command, Communications Administration, a Navy Representative and a SSM Command Representative.

## 2000: Contracts Negotiated for Iraqi Defense Programs

Information from a former high ranking official who worked in the MIC, corroborated by captured documents, indicates that Iraq and North Korea had negotiated contracts worth $10 million to support the Iraqi military programs by mid-2001. These contracts included a Volga air-defense missile homing head, ammunition, small machines, and spare parts.

- Between the end of 2000 and the beginning of 2001, North Korea and Iraq reportedly began discussing contracts supporting the Iraqi missile program, particularly for guidance and control systems. While the head of the MIC, Abd Al-Tawab Mullah Huwaysh, handled the negotiations with the North Koreans, orders for the negotiations were passed directly from Saddam via the Technology Transfer Office of the IIS.

- A five-person North Korean delegation, headed by the deputy Minister of Defense, visited Iraq at the end of 2000. A 7-person Iraqi delegation to North Korea reciprocated this visit, lead by the deputy Minister of the MIC, General Muzahim Sa'b Hasan al-Nasiri. Another North Korean delegation traveled to Iraq in the third quarter of 2002.

- The Harith Company and Al-Karamah State Establishment signed the first contract at the end of 2001 for the development of a Volga homing head by adding infrared sensor. Another 3 to 4 Hutteen Company contracts followed for small ammunition, small machines, and spare parts. The total value of these contracts was $10 million.

- Iraq also proposed that North Korea supply and install guidance and control kits in 50 of Iraq's Al Samud and Al Fat'h missiles. Each kit would

consist of 2 gyros, 3 accelerometers, and an on-board computer. The first installment was for 10 kits. North Korea, however, rejected the proposal in the near term, but agreed to study it further.

- The Syrian companies Lama and SES allegedly facilitated the Iraq-North Korea contracts, charging an additional 10-15 percent commission on the contract value. (See also the Front Company discussion.)

Recovered documents from 2001 corroborate the information given by this source. These documents show that a North Korean company signed four contracts and discussed others with Iraq. This included the supply of missile components, a deal to modify radars and the Volga missile system, the supply of engineers, an agreement for ammunition manufacturing equipment, and the supply of components for ammunition. These contracts were between the Iraqi companies Al-Karamah, Hutteen, and Al Harith and the North Korean Hesong Trading Corporation, based in Pyongyang. The goods were to be shipped to Syria and then onto Baghdad.

- The first contract was for the procurement of components for short-range missiles, associated test equipment, installation in Iraq, and for the training of Iraqi engineers.

- The second contract was for the modification of ABARONA, P-15 radars, and modifications to the Volga System (S-75), including technology transfer and the supply of 20 North Korean engineers.

- The third contract was for an automatic copying machine for the manufacture of 122mm guns, a screw filling machine, and TNT for munitions.

- The fourth contract was for fuses for 57mm anti-aircraft gun ammunition, RPG-7 projectiles, and delay mechanisms for the RPG-7.

- Minutes of a meeting dated 06 September 2001 refer to another contract that has the *names of high ranking official "His Excellency Pak Gyong Chol the 1st Deputy Minister of D.I"* and Muzahim S Hasan, the MIC Deputy Minister. The minutes refer

Regime Finance and Procurement

to an earlier *meeting held in Pyongyang 11 June 2001 and to a visit by a delegation to Baghdad Iraq from 2 to 7 September 2001.* They refer to 6 contracts in total and to future long-term cooperation. Supplied goods included: ammunition, communication equipment, short-range S-S missiles, artillery and night vision systems, powder for ammunition, and light naval boats.

• A 31 December 2001 letter from SES International (a Syrian Company) to Tosong Technology Trading Corporation indicates that the North Korean company received a cash payment from Iraq's State Oil Marketing Organization (SOMO). SES took a 10 percent commission for their efforts, according to their agreement with the Al-Basha'ir Company, the MIC's chief procurement front company.

• By 2 March 2002, a letter from Al-Basha'ir Company to Tosong Technology Trading stated that contracts were signed and will be financed according to the Iraqi–Syrian Protocol. The letter also stipulated that Tosong must nominate a Syrian company for this purpose.

• In a 4 April 2002 letter, a Mr. J.B.K from the Tosong Technology Corp's Damascus office suggested to Mr. Muzahim Hassan, the MIC Deputy Minister, that a more suitable transportation method for the contracted goods should be found. He recommended that the goods in question should be moved to Syria by aircraft rather than using ship transportation.

## 2001: North Korean Delegations Plan To Visit Iraqi Intelligence Organizations

A recovered letter dated 16 May 2001 from the authorized manager of the Al Maimana General Trading Company to, intelligence agent nr993 of the Directorate of General Military Intelligence, reads, "For the sake of improving the job that our company, is doing with your department, a delegation from North Korea including a large number of the specialized companies in the field of defense will visit the country for the period from 29 May 2001 to 03 June 2001."

## 2001: North Korean Delegations Visited Iraq

Evidence supplied by an Iraqi with direct access indicates that the Al-Karamah State Establishment had many foreign suppliers and, in 2001, hosted visitors from North Korea.

• Representatives from a North Korean company reportedly visited Iraq for three days in April or May 2001. The North Korean delegates attended meetings covering a range of subjects, including one meeting focused on rocket engines.

• The North Koreans were interested in technical aspects surrounding Iraq's indigenously produced rocket engines and how Iraqi engineers welded their combustion chambers and nozzle assemblies.

• Iraq's main interest during the discussions was to obtain parts and solutions to missile-related engineering problems.

## Possible Breaches of UN Sanctions by Russian Companies

**Summary of the Russian involvement 1999-2003:**
Russian engineers visited Baghdad providing technical assistance for the al Samud missile program. Russian companies prepared equipment for air defense, offered missile launchers, signed a contract for missile gyros, and invited Iraqis to visit Moscow factories. Russians offered to supply military technology for Iraqi rockets and missiles. Meetings were also held in the Iraqi Embassy in Moscow where Russian companies offered to provide technical expertise to improve and to build weapons systems, including tanks.

**1999: Russian Missile Technical Support Visit**
A source indicates that seven Russian engineers provided technical assistance to the al-Samud missile program in 1999. The Russians also reportedly supplied machines and parts to Iraq. The MIC arranged and funded the contract that the Iraq Intelligence Service (IIS) oversaw.