| Government | ☐ |
| Plaintiff | ☑ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

CHAIM KAPLAN, ET AL.

VS.

DEMOCRATIC PEOPLE'S REPUBLIC
OF KOREA, et al.

Civil/Criminal No. 09-646

**FILED**

MAY 27 2014

Clerk, U.S. District &
Bankruptcy Courts

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | DECLARATION OF PROFESSOR GUY PODOLER of 9/7/11 | √/27/14 | | GUY PODOLER | |
| 2 | DECLARATION OF PROFESSOR BRUCE BECHTOL | √/27/14 | | BRUCE BECHTOL | |
| 6 | THE LAST DAYS OF KIM JONG-IL, BOOK BY PROFESSOR B. BECHTOL | √/27/14 | | BRUCE BECHTOL | |
| 3 | DECLARATION OF CLAUDIA ROSETT, DATED 5/21/2014 | √/27/14 | | CLAUDIA ROSETT | |
| 4 | DECLARATION OF PROFESSOR BARRY RUBIN | √/27/14 | | " " | |
| 7 | CALENDAR 8/13/2011 KOREA NEWS SERVICE (KNS) ENTRY: TUNNEL TACTICS EMPLOYED IN KOREAN WAR | √/27/14 | | " " | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |