UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHAIM KAPLAN, et al.,

        Plaintiffs,

  v.                                  Civ. No. 09-646 (RCL)

HEZBOLLAH, et al.,

        Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure provides in relevant part that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

Defendant Hezbollah has not served an answer or a motion for summary judgment.

The plaintiffs hereby voluntarily dismiss all their non-federal claims against defendant Hezbollah without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A).

        Plaintiffs, by their Attorneys,

        THE BERKMAN LAW OFFICE, LLC

        By:    /S/ Robert J. Tolchin
                Robert J. Tolchin
                (D.C. Bar #NY0088)
                111 Livingston Street, Suite 1928
                Brooklyn, New York 11201
                (718) 855-3627
                Fax: (718) 504-4943