**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


CHAIM KAPLAN, et al.,

        Plaintiffs,

        v.                           Civ. No. 09-646 (RCL)

HEZBOLLAH, et al.,

        Defendants.


**NOTICE REGARDING PENDING MOTION FOR ENTRY OF FINAL JUDGMENT**
**OR CERTIFICATION OF AN INTERLOCUTORY APPEAL (DE 59)**


Plaintiffs' Motion for entry of Rule 54(b) final judgment on, or to certify an interlocutory appeal of, the Court's decision dismissing plaintiffs' ATA claim against defendant Hezbollah ("Plaintiffs' Motion") is currently pending. DE 59.

Plaintiffs today dismissed all their non-federal claims against Hezbollah. DE 63. Absent the federal ATA claim against Hezbollah, for this Court to exercise specific personal jurisdiction over Hezbollah for plaintiffs' non-federal claims, plaintiffs would have needed to show that Hezbollah's conduct in this case was directed at the District of Columbia, rather than at the United States as a whole. Having now concluded that the Supreme Court's recent decision in *Walden v. Fiore*, 134 S.Ct. 1115 (2014) may pose an obstacle to such a showing, plaintiffs dismissed their non-federal claims against Hezbollah.

To the extent, if any, that the pendency of the non-federal claims complicated the Court's consideration and disposition of Plaintiffs' Motion, such complication is now moot.

2

Plaintiffs, by their Attorneys,

THE BERKMAN LAW OFFICE, LLC

By:   /S/ Robert J. Tolchin
        Robert J. Tolchin
        (D.C. Bar #NY0088)
        111 Livingston Street, Suite 1928
        Brooklyn, New York 11201
        (718) 855-3627
        Fax: (718) 504-4943