## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHAIM KAPLAN, *et al.*, | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) Case No 09-646-RCL |
|  | ) |
| HEZBOLLAH, *et al.*, | ) |
|  | ) |
| Defendants. | ) |

## ORDER

Currently pending is plaintiffs' motion for a certificate of appealability pursuant to Federal Rule of Civil Procedure 54(b), or, in the alternative, for certification for interlocutory appeal pursuant to 28 U.S.C. §1292(b) regarding this Court's dismissal of plaintiffs' Antiterrorism Act claims against Hezbollah, ECF No. 59. For the following reasons, plaintiffs' motion is **DENIED**.

Under Rule 54(b), when an action includes more than one claim for relief or where multiple parties are involved, "the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay." Because the Court expects to issue a final order in this action in the near future, the Court finds that there is just reason to delay plaintiffs' ability to appeal the Court's August 20, 2013 determination.

For that same reason, the Court also denies plaintiffs' motion under 28 U.S.C. § 1292(b).

Accordingly, plaintiffs' motion is hereby **DENIED**.

It is so **ORDERED**.

Signed by Royce C. Lamberth, United States District Judge, March 31, 2016.