UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAPLAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HEZBOLLAH, *et al.*, <br><br> Defendants. | Civ. No. 09-646 (RWR) |

## DECLARATION OF PLAINTIFF MYRA MANDEL

Myra Mandel of Hemed, Israel declares pursuant to 28 U.S.C. §1746, as follows:

1. I am a Canadian citizen, born in Montreal, Canada on November 22, 1961.

2. I am a resident of Israel and currently reside in Hemed, Israel.

3. At the time of the Second Lebanon War in July, 2006, I owned and operated an art gallery in the Israeli northern city of Tzfat. I was also residing in Tzfat at the time and my apartment was located right above the gallery. I sold paintings and giclees primarily to tourists who frequented the artists' quarter in Tzfat. The gallery was the center of my life and I greatly enjoyed being there everyday.

4. On the morning of July 13, 2006 I was working in my gallery. I heard the loud explosions from the rockets being launched at us from Lebanon. As soon as the first katyusha rockets started falling on Tzfat, my anxious husband telephoned me and told me to leave and return home at once. He was fearful for my life and didn't want me to stay and try to ride out the rockets attacks. We had no idea how long they might continue for, but we were hopeful they would come to a quick end.

5. Thinking that I would return to my gallery the next day or the following, I hastily locked the gallery and fled for my life.

6. About half an hour after I left the gallery, a katyusha rocket landed directly on my neighbor's house which was located just opposite my gallery. The gallery building itself sustained some serious damage. The glass windowpanes had been blown out and were shattered from the impact of the rocket. The waterproofing insulation on the roof (Bitumen-polymer (APP) waterproofing membrane) was damaged from rocket shrapnel and from glass falling from the broken windows of surrounding houses.

7. Because of the ongoing war and rocket attacks it was not safe for me to return to my gallery until the end of August. Additionally, Tzfat, which was formerly a bustling tourist destination especially in the peak summer months of July and August, had turned into a ghost town. The tourists stopped coming instantly this dramatically harmed my business. Tourist made up a very large part of my clientele. .

8. As a result of being unable to keep my business open because of the continued katyusha rocket attacks, I did not have any sales for that 2 month period in 2006. It was disheartening when compared to the $7,060 income of the same period in 2005.

9. My sole source of income was my art gallery. As a result of the continued rocket barrages in the summer of 2006, and the necessary closure of my business, I sustained a loss of income valued at approximately $7,060. Moreover, to repair structural damages, initially paid approximately $1,500. In addition, we later discovered that rain penetrated the

gallery as winter came, revealing additional structural damage that been directly caused by the rocket blast.. These extra repairs cost me $400, for which I did not receive compensation.

10. Having to close my business during the rocket attacks greatly harmed my business. By the time the barrages had come to an end the tourist season was finished and no one would return for quite a while. It was like a ghost town in Tzfat. I have not returned to running my art gallery since the end of the rocket attacks. Although I originally tried to reopen the gallery the following summer, I was never able to regain my previous feeling of safety or passion for my business. These days the art gallery stands vacant. Walking into the gallery space caused me feelings of sadness and anxiety. That, coupled with loss of interest, borne of the feeling of depression and trauma, made running the business impossible. Once compromised, my sense of security, and the joy and inspiration derived from the business, cannot ever fully return to what they used to be.

11. Before the rocket barrages I had a feeling of security and a sense of purpose in my life, running my gallery. However, the Hezbollah attacks impacted greatly upon me. I no longer feel at ease and find myself fearful of future terror attacks. Moreover, my business was destroyed and this has harmed me financially.

I declare under the penalty of perjury of the United States of America that the foregoing is true and correct.

Executed on March 29, 2012

_____
Myra Mandel