LAW OFFICE

# ALAN L. BALARAN, P.L.L.C.

ADMITTED IN DC AND MD

OF COUNSEL
AMY E. WEEDMAN

1717 PENNSYLVANIA AVENUE, N.W.
SUITE 1025
WASHINGTON, D.C. 20006
TELEPHONE: (202) 466-5010
FAX: (202) 986-8477
ABALARAN@BALARAN-LAW.COM
AWEEDMAN@BALARAN-LAW.COM

| Date | Invoice # |
|------|-----------|
| 11/01/2016 | 907 |

**Bill To**

Kaplan v. Hezbollah, 09-646 AND
Kaplan v. Central Bank
of the Republic of Iran, 10-483
United States District Court
for the District of Columbia

| Activity | Hours | Amount |
|----------|-------|--------|
| **10/02/2014** | | |
| • Review order appointing special master; review complaints 09-646 and 10-483; initial correspondence with plaintiffs' counsel re filing | 1.2 | 600.00 |
| **10/03/2014** | | |
| • Confer w/ counsel concerning possible travel and setting up future appointment to discuss information needed to proceed; dicsuss history of the case and potential issues with claimants' declarations | 0.9 | 600.00 |
| **10/05/2014** | | |
| • Teleconference w/ counsel re possible interviews, use of Skype, requesting copy of additional documents | 0.4 | 600.00 |
| **10/16/2014** | | |
| • Begin review of documents provided, email counsel re same and requesting additional declarations and exhibits for several claimants | 1.8 | 600.00 |
| **12/07/2014** | | |
| • Continued review initial binder of materials supplied by counsel; prepare chart of plaintiffs indicating if proof of citizenship provided and any other deficiencies | 4.7 | 1,200.00 |
| **12/09/2014** | | |
| • Continued review of initial Kaplan production - review medical reports; correspond w/ counsel concerning document production - review citizenship documents and note deficiencies | 5.1 | 1,200.00 |
| **01/02/2015** | | |
| • Review proposed findings of fact | 1.2 | 600.00 |
| **01/14/2015** | | |
| • Teleconference w/ counsel re status of production; review correspondence prior to telephone call re same | 1.4 | 600.00 |
| **01/16/2015** | | |
| • Review declarations made by US citizens in Kaplan; prepare inventory; review medical expert reports; prepare memo re deficiencies | 5.2 | 1,200.00 |
| | | |
| Continue to the next page | | |

| Activity | Hours | Amount |
|---|---|---|
| **01/19/2015** | | |
| • Teleconference w attorney for plaintiffs re deficiencies in filing | 0.8 | 600.00 |
| **01/25/2015** | | |
| • Begin preparation of procedural history; review proposed findings of fact and complaints | 4.4 | 1,200.00 |
| **01/29/2015** | | |
| • Review Memorandum Opinion 08/20/2013 dismissing claims against Bank Saderat; continued preparation of procedural history | 2.2 | 600.00 |
| **02/01/2015** | | |
| • Research court opinion re culpability of North Korea re support for Hezbollah; incorporate into procedural history | 3.3 | 600.00 |
| **02/05/2015** | | |
| • Continued review of declarations and note deficiencies; prepare letter to counsel re same | 4.3 | 1,200.00 |
| **02/07/2015** | | |
| • Review docket sheet for each case and incorporate various court rulings into procedural history | 1.8 | 600.00 |
| **02/12/2015** | | |
| • Prepare chart of missing information; draft and transmit letter to counsel requesting same | 4.2 | 1,200.00 |
| **02/14/2015** | | |
| • Review and finalize procedural history | 4.4 | 1,200.00 |
| **02/26/2015** | | |
| • Draft correspondence to counsel inquiring as to status of supplemental information requested in letter of 02/12 | 0.7 | 600.00 |
| **03/01/2015** | | |
| • Preparation of Kaplan report; review Chaim declaration and Friedman medical report | 4.6 | 1,200.00 |
| **03/02/2015** | | |
| • Continued preparation of Kaplan report; review Rivka declaration and Strous psychological report | 5.4 | 1,200.00 |
| **03/10/2015** | | |
| • Preparation of Kaplan report; review parental declarations re impact on children; revise report re same | 2.8 | 600.00 |
| **03/11/2015** | | |
| • Prepare Kaplan report re medical records; Friedman report | 1.7 | 600.00 |
| **03/13/2015** | | |
| • Research applicability of award of damages for named plaintiffs who do not supply testimony; add assessment to Kaplan report | 1.4 | 600.00 |
| | | |
| | | |
| Continue to the next page | | |

| Activity | Hours | Amount |
|---|---|---|
| **03/19/2015** | | |
| • Review correspondence from counsel indicating plaintiffs will provide declarations from minors, additional medical information , evaluation of property damage claims and standing information for Fuchs and D Sauter | 0.5 | 600.00 |
| **03/23/2015** | | |
| • Review and revise Kaplan report | 1.6 | 600.00 |
| **04/22/2015** | | |
| • Confer w plaintiffs' counsel R Wesier re additional documents requested from plaintiffs' NY counsel R. Tolchin | 0.6 | 600.00 |
| **05/07/2015** | | |
| • Correspond w/ R Weiser re progress reaching clients to secure additional documents requested | 0.3 | 600.00 |
| **05/10/2015** | | |
| • Review Brian Erdstein declaration; begin preparation of report re same | 4.3 | 1,200.00 |
| **05/11/2015** | | |
| • Correspond w/ R Wesier re request for telephone conference regarding requested documents | 0.2 | 600.00 |
| **05/12/2015** | | |
| • T/conf w/ R Weiser re requested documents | 0.6 | 600.00 |
| **05/15/2015** | | |
| • Continued preparation of Erdstein report re Karene Erdstein; review Strous report re Brian Erdstein | 5.5 | 1,200.00 |
| **05/17/2015** | | |
| • Continued preparation of Karene Edrdstein report | 2.3 | 600.00 |
| **05/30/2015** | | |
| • Continued preparation of Erdstein report; review Strous report on miscarriage and research connection between miscarriage and trauma suffered due to terrorist attacks | 5.1 | 1,200.00 |
| **06/02/2015** | | |
| • Teleconference w/ R Weiser re status of document production; review Oviessi decision on economic damages | 2.1 | 600.00 |
| **06/03/2015** | | |
| • Correspond w/ R Wesier concerning impact of Oviessi decision and economic losses under 1605A(c) | 0.4 | 600.00 |
| **06/04/2015** | | |
| • Teleconference with plaintiffs' counsel in Israel re necessary documents; filing motion to expand authority for lost property expenses and general update re obtainign additional medical and economic information; review Oviessi and other cases re property damage awards | 3.3 | 600.00 |
| Continue to the next page | | |

| Activity | Hours | Amount |
|---|---|---|
| **06/08/2015** | | |
| • Confer w/ R Weiser re: ability to decide economic damages pursuant to 1605A(c) | 0.5 | 600.00 |
| **06/10/2015** | | |
| • Continued preparation of Erdstein report re daughter Mayan | 1.8 | 600.00 |
| **07/08/2015** | | |
| • Draft correspondence setting due date for supplemental documentation requested | 0.6 | 600.00 |
| **07/15/2015** | | |
| • Review and incorporate recent submission from Dr. Strouss re M Edrstein into report re same | 4.2 | 1,200.00 |
| **07/29/2015** | | |
| • Correspond w/ R Weiser re outstanding document requests | 0.4 | 600.00 |
| **08/01/2015** | | |
| • Review Chayim Kumer declaration and begin preparation of report re same | 4.9 | 1,200.00 |
| **08/03/2015** | | |
| • Review Strouss report re Chayim Kumer; review Nechama Kumer declaration; continued preparation of report re same | 6.2 | 1,200.00 |
| **08/09/2015** | | |
| • Receive and review fourth supplemental damages submission re: M Erdstein | 1.8 | 600.00 |
| **08/10/2015** | | |
| • Review caselaw re standing to bring suit under 1605A re Michael Fuchs and Myra Mandel; prepare memo re same | 4.9 | 1,200.00 |
| **09/01/2015** | | |
| • Review Strous report re Kumer children; continued preparation of report re same | 3.3 | 600.00 |
| **09/07/2015** | | |
| • Review plaintiffs' fifth supplemental damages submission | 2.7 | 600.00 |
| **09/08/2015** | | |
| • Review Laurie Rappeport declaration and begin preparation of report re same | 2.5 | 600.00 |
| **09/10/2015** | | |
| • Review Strous report re Laurie Rappeport and incorporate into report | 4.1 | 1,200.00 |
| **09/12/2015** | | |
| • Review Margalit Rappeport declaration and continue preparation of report re same | 3.7 | 600.00 |
| **09/20/2015** | | |

Continue to the next page

| Activity | Hours | Amount |
|---|---|---|
| • Review Strouss and Friedman reports re Michael Fuchs | 2.2 | 600.00 |
| **09/30/2015** | | |
| • Review supplemental declaration of Fuchs w/ attached exhibits; supplemental declaration of C. Kaplan w/ attached exhibits; incorporate same into inventory and individual reports | 4.3 | 1,200.00 |
| **10/01/2015** | | |
| • Review Theodore Greenberg declaration and begin report re same | 4.4 | 1,200.00 |
| **10/05/2015** | | |
| • Review information provided by Greenberg family; review standards for granting economic damages; continue preparation of report re same; review Moreen Greenberg declaration | 5.6 | 1,200.00 |
| **10/10/2015** | | |
| • Correspond w/ R Weiser re protocol for challenging any adverse decision concerning standing of non-national plaintiffs | 0.5 | 600.00 |
| **10/15/2015** | | |
| • Correspond w/ R Weiser re remaining outstanding documents and teleconference | 0.4 | 600.00 |
| **10/27/2015** | | |
| • Review correspondence from R Weiser re three non-US nationals; draft response re same | 0.8 | 1,200.00 |
| **10/28/2015** | | |
| • Correspond w R Weiser re production of reports and need for assistance translating medical reports; review memo by Kaplan plaintiffs re standing of non-nationals under 28 USC 1367; review case law supplied re supplemental jurisdiction; draft email to R Weiser explaining why cases cited may not be applicable | 4.6 | 1,200.00 |
| **10/29/2015** | | |
| • Review correspondence from R Weiser taking exception to interpretation of case law re standing and supplemental jurisdiction | 0.3 | 600.00 |
| **11/01/2015** | | |
| • Compile information re deficiencies: requests for reimbursement for economic damages without documentation for requests; lack of declarations for named plaintiff children Kaplan and Erdstein; lack of medical information for Kumer and Erdstein; review declarations re same | 4.4 | 1,200.00 |
| **11/02/2015** | | |
| • Review declaration of Jared Sauter; begin preparation of report re same | 1.8 | 600.00 |
| **11/03/2015** | | |
| • Continued preparation of Sauter report | 4.3 | 1,200.00 |

Continue to the next page

| Activity | Hours | Amount |
|---|---|---|
| **11/05/2015** | | |
| • Review declaration of Danielle Sauter; continued preparation of report re same; research applicability of damages under 1605A for Israeli citizen with American husband injured in terrorist attack | 4.3 | 1,200.00 |
| **11/10/2015** | | |
| • Draft letter to R Weiser re possible prematurity of motion concerning standing; review correspondence indicating intent to file formal motion on behalf of non-nationals | 0.6 | 600.00 |
| **11/11/2015** | | |
| • Review draft memo on behalf of non-US national; review caselaw cited in memo; research standing re non-nationals | 2.1 | 600.00 |
| **11/12/2015** | | |
| • Draft letter to R Weiser requesting more formal memo concerning position of non-US nationals with full citations | 0.7 | 600.00 |
| **11/16/2015** | | |
| • Review Strouss report re Jared Sauter and incorporate into report | 2.1 | 600.00 |
| **11/17/2015** | | |
| • Review formal memo and exhibits re standing and supplemental jurisdiction; review cases cited and others | 4.4 | 1,200.00 |
| **12/01/2015** | | |
| • Review declaration of Dvora Kaszemacher; begin report re same | 4.4 | 1,200.00 |
| **12/05/2015** | | |
| • Review Chaya Kaszemacher declaration; continue preparation of report re same | 2.8 | 600.00 |
| **12/07/2015** | | |
| • Correspond w R Weiser re status of reports | 0.2 | 600.00 |
| **12/14/2015** | | |
| • Review Greenpeace v. France; Lloyd's v. Libya; Wyatt v. Syria; Reed v. Iran; Flanagan v. Iran and Bodoff v. Iran and incorporate research into reports; draft letter to R Wesier requesting discussion re outstanding matters including need for translation of Fuchs records | 4.4 | 1,200.00 |
| **12/17/2015** | | |
| • Review Markazi, Oviesi, Beaty and Arnold decisions; incorporate research into reports | 5.3 | 1,200.00 |
| **12/18/2015** | | |
| • Review declaration of Avishai Reuveni; begin report re same | 4.8 | 1,200.00 |
| **12/19/2015** | | |
| • Continued preparation of reports - incorprorating Lloyds; Wyatt and Reed into reports | 4.7 | 1,200.00 |
| Continue to the next page | | |

| Activity | Hours | Amount |
|---|---|---|
| **12/20/2015** | | |
| • Review testimony of Elisheva Reuveni; continue preparation of report re same | 5.2 | 1,200.00 |
| **12/31/2015** | | |
| • Draft letter to R Weiser re status of reports | 0.2 | 600.00 |
| **01/04/2016** | | |
| • Review testimony of Yair Mor; preparation of report re same | 1.6 | 600.00 |
| **01/05/2016** | | |
| • Review and incorporate Strous report findings, A Reuvane declaration and K Erstein adendum into reports | 4.8 | 1,200.00 |
| **01/06/2016** | | |
| • Review articles re federal supplemental jurisdiction - La Reunion Aeirienne v. Lybia and Pugh v. Libya | 5.2 | 1,200.00 |
| **01/08/2016** | | |
| • Review Hartford v. Lybia and articles concerning solatium; Botvin v. Iran and Buonocore v. Lybia; incorporate same into reports | 5.1 | 1,200.00 |
| **01/09/2016** | | |
| • Continued preparation of Mor report | 4.5 | 1,200.00 |
| **01/12/2016** | | |
| • 05/21/2010 Affidavit for Default, memorandum order denying motion directing clerk to enter default re procedural history | 1.6 | 600.00 |
| **01/14/2016** | | |
| • Review Lin v. US; Worley v. Iran; Owens v. Sudan and Leibovitch (both District and Circuit) and incorporate into reports | 4.2 | 1,200.00 |
| **01/16/2016** | | |
| • Review Sisso v. Iran; McRaven v. Sanders; Blton v. Palestine; IntraComm v. Bajaj; In re Thornburg Mortgage; McDondald v. Syria | 4.3 | 1,200.00 |
| **01/17/2016** | | |
| • Preparation of Steinberg report; review Mikimi declaration re same | 3.2 | 600.00 |
| **01/20/2016** | | |
| • Continued preparation of Steinberg report | 4.4 | 1,200.00 |
| **02/01/2016** | | |
| • Research solatium cases where there are multiple victims in one family - Wulitz, Davis, Bland and O'Brien cases; research caselaw re economic damages - Mwila, Wultz, Gates, Moradi and Belkin; make changes to applicable reports re same | 5.3 | 1,200.00 |
| **02/02/2016** | | |
| Continue to the next page | | |

| Activity | Hours | Amount |
|---|---|---|
| • Review Roth v. Iran; article on solatium as derivative claim; Doe v. Iran; Goldberg v. UBS AG; Wachsman v Iran and Campuzano v. Iran; review R Weiser correspondence introducing D. Rover to assist in translation of D. Kaszemacher documents<br>**02/03/2016** | 5 | 1,200.00 |
| • Teleconference w/ D Rovner re translation; incorporate translations into report; draft correspondence requesting contact information of accountant preparing spreadsheets and certification of reports and specific business information for D Kaszemacher; review corrected supplemental declaration of same<br>**02/04/2016** | 6.2 | 1,200.00 |
| • Review correspondence re D Kaszemacher<br>**02/08/2016** | 0.5 | 600.00 |
| • Review correspondence from R Weiser re inability to locate accountant information<br>**03/19/2016** | 0.4 | 600.00 |
| • Review and revise Rappeoprt report<br>**03/20/2016** | 3.6 | 600.00 |
| • Final revision to Steinberg and Greenberg reports<br>**03/21/2016** | 6.3 | 1,200.00 |
| • Final review and revision of Mor report<br>**03/22/2016** | 2.2 | 600.00 |
| • Review Belkin v. Iran; Acosta v. Iran; Calderon v. Korea; Haim v. Iran and article on need for expert testimony for economic damages<br>**03/23/2016** | 4.2 | 1,200.00 |
| • Review, revise and file Rappeport; Mor; Steinberg and Greenberg reports<br>**03/26/2016** | 5.1 | 1,200.00 |
| • Review and revise Kaplan and Kumer reports<br>**04/01/2016** | 5.5 | 1,200.00 |
| • Revise Reuvane report<br>**04/02/2016** | 1.1 | 600.00 |
| • Review revise and file Kaplan, Kumer, Reuvane reports<br>**04/04/2016** | 3.3 | 600.00 |
| • Review, revise and file Erdstein report; review Mandel affidavit re damages<br>**04/05/2016** | 2.2 | 600.00 |
| • Review, revise and file Kaszemacher report<br>**04/12/2016** | 1.9 | 600.00 |
| Continue to the next page | | |

| Activity | Hours | Amount |
|---|---|---|
| • Review, revise and file Fuchs, Mandel and Sauter reports | 4.6 | 1,200.00 |
| **04/18/2016** | | |
| • Review Motion to Special Master to Reconsider Reccomendations to Kaplan plaintiffs and exhibits thereto | 4.6 | 1,200.00 |
| **04/25/2016** | | |
| • Review In re Welding Rod Products; Sibley v. Sprint Nextel | 1.1 | 600.00 |
| **07/09/2016** | | |
| • Correspond w/ R Weiser re requested expert reports and supplemental affidavits; request documents be produced on rolling basis | 0.8 | 600.00 |
| | Total | $92,400.00 |