# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 16-7142**  **September Term, 2017**
FILED ON: JULY 20, 2018

CHAIM KAPLAN, INDIVIDUALLY AND AS NATURAL GUARDIAN OF PLAINTIFFS M.K.(1), A.L.K., M.K.(2), C.K. AND E.K, ET AL.,
  APPELLANTS

v.

CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN, ALSO KNOWN AS BANK MARKAZI JOMHOURI ISLAMI IRAN, ET AL.,
  APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:10-cv-00483)

**No. 16-7122**

CHAIM KAPLAN, ET AL.,
  APPELLANTS

v.

HEZBOLLAH, ALSO KNOWN AS HIZBULLAH, ALSO KNOWN AS HIZBOLLAH, ALSO KNOWN AS HEZBALLAH, ALSO KNOWN AS HIZBALLAH AND DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, ALSO KNOWN AS NORTH KOREA,
  APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:09-cv-00646)

Before: KAVANAUGH* and SRINIVASAN, *Circuit Judges*, and EDWARDS, *Senior Circuit Judge*

**J U D G M E N T**

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel.  On consideration thereof, it is

# No. 16-7142

**ORDERED** and **ADJUDGED** that the District Court's dismissal of the plaintiffs' ATS claims against the Banks be affirmed; the District Court's judgment dismissing the plaintiffs' ATA claims against Hezbollah and the Bank Saderat PCL be vacated; and the cases are hereby remanded to the District Court to determine whether it has personal jurisdiction over the defendants, in accordance with the opinion of the court filed herein this date.

### Per Curiam

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

BY:   /s/

                        Ken Meadows
                        Deputy Clerk

Date: July 20, 2018

Opinion for the court filed by Circuit Judge Srinivasan.
Concurring opinion filed by Senior Circuit Judge Edwards.

\* Judge Kavanaugh was a member of the panel at the time the cases were argued but did not participate in this opinion.