UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAIM KAPLAN *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>HEZBOLLAH *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 09-00646 (RCL) |

**AMENDED ORDER AND JUDGMENT**

For the reasons set forth in plaintiffs' Unopposed Motion Pursuant to Federal Rule of Civil Procedure 60(a) to Correct a Mathematical Error in Plaintiff Nechama Kumer's Judgment Against North Korea, plaintiff's motion is **GRANTED**. Plaintiff Nechama Kumer is entitled to a distribution of $1,500,000 in compensatory damages for pain and suffering and $1,000,000 in compensatory damages for loss of solatium. Thus, plaintiff Nechama Kumer is entitled to a distribution of $2,500,000 of the total award entered against defendant the Democratic People's Republic of Korea.

It is **SO ORDERED**.

SIGNED this 18th day of April, 2019.

_____
Royce C. Lamberth
United States District Judge