UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAIM KAPLAN *et al.*,<br>   Plaintiffs,<br><br>v.<br><br>HEZBOLLAH *et al.*,<br>   Defendants. | )<br>)<br>)<br>)<br>) Case No. 09-cv-646 (RCL)<br>)<br>)<br>)<br>)<br>) |

## ORDER

In accordance with the accompanying memorandum opinion, the Court **SEVERS** and **TRANSFERS** the Anti-Terrorism Act, 18 U.S.C. § 2333(a), claim by the plaintiffs against defendant Hezbollah, Compl. ¶¶ 52–60 (Claim I), ECF No. 5, to the United States District Court for the Eastern District of New York.

It is **FUTHER ORDERED** that this case be terminated on the active dockets in accordance with the final judgments in this matter as all remaining claims have been addressed.

It is **SO ORDERED**.

SIGNED this 14th day of May, 2019.

                _____
                Royce C. Lamberth
                United States District Judge