UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-------------------------------------------------------------------X

CHAIM KAPLAN, *et al.*,

                Plaintiffs,

     -*against*-

HEZBOLLAH, *et al.*,

                Defendants.

-------------------------------------------------------------------X

Civil Action No: 09-cv-646 (RCL)

## ORDER

For the reasons set forth in Plaintiffs' Motion for entry of an order pursuant to 28 USC § 1610(c), it is ORDERED that a reasonable period of time has elapsed" for the purposes of 28 U.S.C. § 1610(c), and plaintiffs may engage in attachment and execution of assets that may be used in satisfaction of this Court's September 30, 2016 judgment.

**SO ORDERED**

Date: 7/19/19

                                                                                                           */s/ Royce C. Lamberth*
                                                                                             United States District Judge