**THE BERKMAN LAW OFFICE, LLC**

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627                                                                                                               Fax: (718) 855-4696

August 6, 2019

Angela D. Caesar
Clerk of the Court
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

      Re:   *Kaplan, et al. v. Hezbollah, et al.*
              Civ. No 09-cv-646 (RCL)

Dear Ms. Caesar:

    On August 5, 2019 we submitted a letter requesting foreign mailing (Dkt. 102). This letter supersedes that letter. We ask that you disregard Dkt. 102 and act on this letter instead.

    We represent the plaintiffs in the above-captioned matter. On April 18, 2019, Senior U.S. District Judge Lamberth entered an Amended Order and Judgment ("Amended Judgment") in favor of plaintiff Nechama Kumer and against defendant Democratic People's Republic of Korea ("North Korea").

    We write to request that the Clerk send the Amended Judgment to North Korea pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608, ("FSIA"), as detailed below:

    FSIA § 1608(e) requires that the Amended Judgment "be sent to the foreign state [*i.e.*, North Korea] in the manner prescribed for service" in § 1608(a). Pursuant to § 1608(a), copies of the Amended Judgment and a "Notice of Suit," together with translations of those documents into North Korea's official language, may be sent to North Korea "by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the head of the ministry of foreign affairs of" North Korea. § 1608(a)(3).

    Under § 1608(a)(3) the Clerk must personally address and dispatch the package. Additionally, 22 C.F.R. § 93.2 requires that a copy of the FSIA be included in the package.

    Accordingly, please find enclosed the following documents.

    1) A copy of the Amended Judgment and a Notice of Suit;

    2) Translations of the Amended Judgment and the Notice of Suit, into Korean, the official language of North Korea; and

3) A copy of the FSIA as currently in force.

Please also find enclosed a copy of the ECF Notice of Electronic Filing of the Affidavit Requesting Foreign Mailing.

We would like to effect service through USPS Registered Mail to one address, DHL to two addresses, and FedEx to one. Please use our DHL and FedEx account numbers, which are provided herewith. For the USPS Registered Mail we have provided postage.

Pursuant to § 1608(a)(3), which requires that the envelope be addressed and dispatched by the Clerk of the Court to the head of the ministry of foreign affairs of the foreign state concerned, I respectfully request that you place the documents meant for defendant North Korea (i.e. the Amended Judgment and Notice of Suit, translations thereof into Korean, and the FSIA) into a USPS Registered Mail envelope requiring a signed receipt, and address that envelope as follows:

> **Democratic People's Republic of Korea**
> c/o Foreign Minister Ri Yong Ho
> Ministry of Foreign Affairs
> 10 Somun Street
> Jungsong-Dong, Central District,
> Pyongyang, Democratic People's Republic of Korea

I further request that you place one set of documents into a DHL envelope requiring a signed receipt and address it as follows:

> **Democratic People's Republic of Korea**
> Ministry of Foreign Affiars
> c/o Embassy of North Korea in London
> 73 Gunnersbury Avenue
> London W5 4LP
> United Kingdom

(For DHL mailing purposes, the telephone number of the North Korean embassy in London is +44-20-8992-4965).

THE BERKMAN LAW OFFICE, LLC                          Page 3 of 3

 

    I further request that you place one set of documents into a DHL envelope requiring a signed receipt and address it as follows:

**Democratic People's Republic of Korea**

Ministry of Foreign Affiars

c/o Embassy of North Korea in Beijing

11 Ri Tan Bei Lu

Jian Guo Men Wai

Beijing 10060

China

    (For DHL mailing purposes, the telephone number of the North Korean embassy in Beijing is +86-10-6532-1186).

    I further request that you place one set of documents into a FedEx envelope requiring a signed receipt and address it as follows:

**Democratic People's Republic of Korea**

Ministry of Foreign Affiars

c/o Permanent Mission of North Korea to the United Nations in New York

820 Second Avenue, 13th floor

New York, New York 10017

    For FedEx mailing purposes, the telephone number of the North Korean Mission in New York is 212-972-3105).

    Please make the appropriate docket entries reflecting both the receipt of this request and the sending of the packages.

    If you have any questions or need anything further please do not hesitate to contact me.

    Respectfully yours,

    Robert J. Tolchin