1

—1

2

3                          UNITED STATES DISTRICT COURT
                           FOR THE DISTRICT OF COLUMBIA
4

5       CHAIM KAPLAN, et al.,              )
                                           )
6               Plaintiffs,                )    Civil No. 09-00646
                                           )
7          v.                              )
                                           )
8       HEZBOLLAH, et al.,                  )    Washington, D.C.
                                           )
9               Defendants.                )
        _____          )    Tuesday, May 27, 2014
10                                              10:15 a.m.

11

12                      TRANSCRIPT OF EVIDENTIARY HEARING
                       BEFORE THE HONORABLE ROYCE C. LAMBERTH
13                          UNITED STATES DISTRICT JUDGE

14

15                      APPEARANCES:

16       For the Plaintiffs:      ROBERT JOSEPH TOLCHIN
                                  111 Livingston Street
17                                Suite 1928
                                  Brooklyn, New York  11201
18

19

20       Court Reporter:    PATRICIA A. KANESHIRO-MILLER, RMR, CRR
                            U.S. Courthouse, Room 4700A
21                          333 Constitution Avenue, NW
                            Washington, DC 20001
22                          (202) 354-3243

23
         Proceedings reported by stenotype shorthand.
24       Transcript produced by computer-aided transcription.

25

2

P R O C E E D I N G S

1     THE DEPUTY CLERK:  Matter before the Court, Civil

2  Action Number 09-646 and 10-483, Chaim Kaplan, et al., versus

3  Democratic People's Republic of Korea, et al., and The

4  Central Bank of The Islamic Republic of Iran, et al.

5     Representing the plaintiffs, Mr. Robert Tolchin.  The

6  defendants are not present, nor are their representatives

7  present.

8     THE COURT:  We are here on your motion for entry of

9  judgment on the default in Case Number 09-646, as well as

10  Case Number 10-483.  If you would take a minute before you

11  call your first witness to go over with me what it is you're

12  proposing to do.  I would like to talk to you a little about

13  where we're going.

14     MR. TOLCHIN:  Certainly, Your Honor.  Good morning.

15  Thank you for hearing us today.

16     What I was planning on doing, to make it as

17  expeditious as possible, we have I will say three and a half

18  expert witnesses.  The reason for the half is that Professor

19  Rubin, who had been our witness, unfortunately passed away

20  since his declaration had been submitted, and we have another

21  expert who is familiar with Professor Rubin's work who adopts

22  Professor Rubin's opinions and adds a few of her own.  That's

23  Claudia Rosett, and she has submitted a declaration of her

24  own.

1          What I propose to do unless the Court would wish to

2    proceed in another way is I will submit the declarations of

3    each expert as exhibits and ask that the Court receive them

4    as the direct testimony of the expert.  And the witness -- we

5    have one witness on the phone, that is Professor Podoler from

6    Israel.  We have professor Bechtol and Ms. Rosett here in the

7    courtroom.  And they would be available to answer any

8    questions that the Court may have.

9          THE COURT:  Before we start with them, I guess I have

10   a couple of more basic questions.  Your three experts

11   basically are going to talk about Korea.  I'm not sure how

12   you are establishing responsibility of Hezbollah for the

13   actual bombings themselves, and what's the evidence on which

14   you base that for the Court to determine that?

15         MR. TOLCHIN:  That question throws me for a little

16   bit of a loop.  I would have thought that the declarations of

17   these experts said enough about that topic.

18         THE COURT:  They say something about it, but I don't

19   know where their expertise on Hezbollah comes from and what

20   their basis for that is.

21         MR. TOLCHIN:  I'm going to break your question down

22   into two parts, as I understand it, and maybe I'm not

23   understanding it the same way that the Court intends it, but

24   I think it is called common knowledge that there was a -- I'm

25   hesitating to say war -- but a military encounter with

4

1    Hezbollah in which the plaintiffs were injured, and I

2    don't --

3            THE COURT:  Common knowledge doesn't get you anywhere

4    in court.  You have got to have evidence.  What's the

5    evidence that it was Hezbollah that was shooting off the

6    rockets?  That's what I'm talking about.  I'm not saying that

7    you have to have it today, but for the Court to find that, I

8    think there has to be some evidence on which the Court

9    bottoms that finding.

10           MR. TOLCHIN:  Well, I would propose that we explore

11   that.  As a practical suggestion, let me speak with the two

12   witnesses that are here, maybe Professor Podoler, and perhaps

13   they can add testimony covering that.  The question is just

14   to pin down exactly what Your Honor is interested in hearing

15   about --

16           THE COURT:  I'm still interested in hearing anything

17   about Korea because I have never made a determination about

18   Korea.

19           MR. TOLCHIN:  I don't mean to say you're not.

20           THE COURT:  Once I decide that Korea provided

21   material support, then I still have to find that Hezbollah

22   actually sent off the rockets that harmed the plaintiffs, I

23   take it.

24           MR. TOLCHIN:  Yes.

25           THE COURT:  Isn't that right?

5

1          MR. TOLCHIN:  That is correct.  Without having

2     discussed the particular topic with them, I'm loathe to

3     commit them.

4          THE COURT:  I will give you a minute.

5          MR. TOLCHIN:  I believe that the three experts who

6     are here can address that.

7          THE COURT:  I will give you a minute to go talk to

8     them about it.

9          MR. TOLCHIN:  Professor Podoler is on the ether.

10          Professor Podoler, can you hear us?

11          PROFESSOR PODOLER:  Yes.

12          THE COURT:  He can talk to you off the record.

13          MR. TOLCHIN:  I don't mind if he -- I appreciate it

14     is off the record, but I don't mind if the Court hears.

15     There is nothing secret I don't think.

16               (Off-the-record discussion)

17          MR. TOLCHIN:  Each of the experts will be able to

18     address that topic.

19          THE COURT:  Okay.

20          MR. TOLCHIN:  Are we back on the record?

21          THE COURT:  Yes.

22          MR. TOLCHIN:  I would point out that there is also

23     the issue of the liability of Iran.

24          THE COURT:  Yes.  And the bank.

25          MR. TOLCHIN:  The Central Bank of Iran.

1          That jumped out at me as I was reviewing these papers

2     yesterday.  The affidavits or the declarations that were

3     submitted were submitted in the context of the case against

4     North Korea; but notwithstanding the headnotes or the section

5     headings, they contain I believe sufficient material to talk

6     about Iran's involvement, as well.  If we were to have

7     submitted separate declarations as against Iran, they

8     probably would have said the same thing in a different order

9     with different headnotes but substantively the same.

10          THE COURT:  Okay.

11          MR. TOLCHIN:  I don't know if Your Honor wanted me to

12     address the issue of damages.

13          THE COURT:  No.  We're just going to be worried about

14     liability today, and then we'll talk about damages.  We'll

15     get through liability.

16          So you can call those witnesses in whatever order you

17     prefer.

18          MR. TOLCHIN:  I would propose to call Professor

19     Podoler first because he is on an international phone call

20     right now, and he is also seven hours ahead of us.

21          So I would call Professor Guy Podoler as my first

22     witness.

23          Your Honor, I prepared an extra copy of Professor

24     Podoler's declaration, which I have marked Exhibit 1.

25

—7—

```
 1                        GUY PODOLER,

 2         having been first duly sworn to tell the truth, the

 3   whole truth and nothing but the truth, was examined and

 4   testified as follows:

 5         MR. TOLCHIN:  Your Honor, to what extent would you

 6   like me to walk Professor Podoler through the affidavit or

 7   his qualifications, or should I just ask him whether the

 8   declaration is his testimony?

 9         THE COURT:  That's fine.  You can ask him that and

10   then ask him if he would give the basic conclusions he's

11   reached related to the case.

12                     DIRECT EXAMINATION

13         BY MR. TOLCHIN:

14   Q.    Professor Podoler, good morning or good afternoon, as

15   the case may be.

16   A.    Yes, good morning.

17   Q.    Professor Podoler, did you prepare a declaration in

18   connection with this case?

19   A.    Yeah, I did.

20   Q.    And was that your -- was that your declaration dated

21   September 7, 2011?

22   A.    Yes, it was.

23         MR. TOLCHIN:  That is the declaration which has been

24   marked as Exhibit 1, Your Honor.

25         THE COURT:  All right.
```

8

1      BY MR. TOLCHIN:

2      Q.      Professor Podoler, the affidavit or the declaration

3      you prepared, does that contain your opinions that you

4      rendered in this case?

5      A.      Yes, it is.

6      Q.      And could you briefly summarize the opinions that you

7      reached in this case, please.

8      A.      Yeah.  Sure.  Okay.  With what I'm doing and I did

9      for this report is following and reading the reports,

10     intelligence reports and news reports and all available

11     information, and then I'm trying to frame them in the context

12     of what I know about Korea's history, political history, and

13     based on what I know about the political structure, the

14     ideology and concerns and interests of the North Korean

15     regime, my conclusions were that North Korea assisted

16     Hezbollah in three main areas, which were training Hezbollah

17     personnel, assisting Hezbollah in underground technology, and

18     supplying Hezbollah with components used in the rockets that

19     were fired to Israel, mainly, the FAJR 3 and GRAD 122

20     millimeters.

21     Q.      Repeat the name of the rockets, please.

22     A.      FAJR 3.  I didn't include them in the report.  I'm

23     just adding them for reference.  FAJR 3.

24     Q.      And what was the other one?

25     A.      And the GRAD 122 millimeters.

1          THE COURT:  Those were known to be Korean rockets?

2          THE WITNESS:  Yeah, they were -- the components were

3     Korean.  The North Koreans reverse-engineered them.  They're

4     based on -- sorry, sorry.  I'm sorry.  But the GRAD 122

5     millimeters, according to Israeli intelligence that collected

6     the parts of the rockets that were fired to Israel, were made

7     with North Korean components.

8          BY MR. TOLCHIN:

9     Q.     So are you saying that the rockets that landed in

10    Israel --

11    A.     Yes.

12    Q.     -- after they exploded, the Israelis collected pieces

13    of the rockets?

14    A.     Yes.  According to the reports, these were rockets

15    that were supplied from Iran to Hezbollah, and they included

16    North Korean components.

17    Q.     Okay.

18         THE COURT:  Now, what is the basis for concluding

19    that North Korea knew they were going to be used for these

20    attacks by Hezbollah?

21         THE WITNESS:  Yes, that is one of the most difficult

22    questions, but I would say that given the relations between

23    the parties, Iran, Hezbollah, and North Korea, it is most

24    likely that when Iran was supplying these weapons, these

25    rockets to Hezbollah, most likely the North Koreans knew

1    about it even before they sent them to Iran.  I mean the end

2    user, the end user was most likely known to North Korea even

3    when they supplied it to Iran.

4            BY MR. TOLCHIN:

5    Q.      Professor, besides supplying rockets via Iran, did

6    North Korea, to your knowledge, have direct involvement with

7    Hezbollah?

8    A.      Yes.  Again, according to the various reports, we

9    have -- as I said -- personnel training, Hezbollah leaders

10   who were trained by North Koreans, and direct contact, North

11   Koreans who were in Southern Lebanon and meeting with

12   Iranians, through Iranian middlemen meeting Hezbollah and

13   most likely assisting them and advising them.

14   Q.      Did any particular officers or commanders of

15   Hezbollah, to your knowledge, receive training in North

16   Korea?

17   A.      Again, according to several reports, one of the most

18   prominent one is Hassan Nasrallah.

19   Q.      Hassan Nasrallah?

20   A.      Nasrallah, yeah.

21   Q.      Who is Hassan Nasrallah?

22   A.      He is currently -- for the past few years -- the

23   leader of Hezbollah in Southern Lebanon and the one also

24   heading -- was head of Hezbollah during the 2006 attack.

25   Q.      Professor, before we started the hearing, when we

1    were off the record, you heard the Court ask a question

2    regarding the connection between Hezbollah and the rocket

3    attacks that are at issue in this case.  Can you tell us what

4    knowledge or what basis you have, if any, to connect the

5    rocket attacks to Hezbollah.

6    A.    Well, I would say probably the most important point

7    in this regard would be that I can't see any other political

8    or military faction or group stationed in Southern Lebanon

9    that could have launched such a prolonged attack with

10   thousands of missiles and also conduct ground battles with

11   Israeli soldiers for a long time.  We know it wasn't the

12   Lebanese Army.  And there are a few smaller factions in

13   Southern Lebanon, but to my knowledge and based on my

14   familiarity with -- it's not my field of expertise, of

15   course, Southern Lebanon -- but as far as I know, I can't

16   point to any other group, militant or other, that could have

17   launched such a prolonged and heavy attack.

18   Q.    During those rocket attacks and in the period after

19   those rocket attacks, are you aware of Hezbollah issuing any

20   statements taking credit or taking responsibility for those

21   attacks?

22   A.    I can't remember now -- the issue of responsibility,

23   I mean, direct --

24   Q.    I'm only asking you if you know.

25   A.    Excuse me?

—12—

1    Q.      I'm only asking if you know.  If you don't know,

2    that's fine.

3    A.      Yeah, yeah, I don't know.  I can't recall now a

4    specific or a certain declaration in that regard.  It's just

5    like when I recalled that time period, I mean -- I would use

6    again the name common knowledge, which I understand is very

7    problematic, but I'm sure that if we go to the sources and

8    check things over, we will find them.  I mean . . .

9           THE COURT:  Now, you refer in your affidavit to the

10   war between Lebanon and Israel as this period, but I take it

11   there's not a formal declaration of war by Lebanon.

12          THE WITNESS:  Yeah, no, no.  I did mean that it was a

13   war between Lebanon and Israel.  We just call it in Israel

14   the Second Lebanese War.  It wasn't a war against Lebanon.

15   It is a war from Lebanon area to Israel; and again, Hezbollah

16   was involved in this, not Lebanon or the military of the

17   Lebanese Army.

18          THE COURT:  Where was Hamas at this point?

19          THE WITNESS:  Hamas was most likely -- I mean in

20   southern part, in southern part of Israel.  I mean in Gaza

21   Strip or -- but to my knowledge, I can't think of its

22   involvement or significant involvement at least in the event.

23          THE COURT:  In the bombings Hamas did not appear to

24   be involved?  In these bombings?

25          THE WITNESS:  In these bombings, I would say that if

—13—

1    Hamas was involved in the bombings, then they were minor,

2    very minor, as compared to Hezbollah's involvement.

3            BY MR. TOLCHIN:

4    Q.      Professor, where is Hamas based?

5    A.      Currently, it is based in Gaza, in the southern part

6    of Israel, the Gaza Strip.

7    Q.      There may be some confusion because would you agree

8    that Hamas uses rocket attacks, as well?

9    A.      Yes.  Yes.  But Hamas uses towards the southern part

10   of Israel, not the northern part.

11   Q.      Hezbollah is in Lebanon, which is to the north?

12   A.      Yes.  The Second Lebanese War, as we call it, was in

13   Northern Israel, all the way down to Haifa and a little bit

14   southern, but it didn't come from the south.

15   Q.      Okay.

16           THE COURT:  And the rockets that Hamas uses, do you

17   have any idea of the source of those rockets?

18           THE WITNESS:  No, I can't say about them.  Sorry.

19           MR. TOLCHIN:  Your Honor, unless you have additional

20   questions for this witness, I rest on his declaration.

21           THE COURT:  What is your strongest case to be made

22   for the idea that North Korea itself is responsible for this,

23   not just the North Korean components were ordered, paid for,

24   and sent over there?  What makes North Korea itself

25   accountable for this, do you think?

1           THE WITNESS:  I mean you're asking -- if I understand

2      you correctly -- about further evidence for that?

3           THE COURT:  I couldn't hear you.

4           THE WITNESS:  You mean more evidence --

5           THE COURT:  Yes.  What is the strongest evidence that

6      you think that North Korea itself is accountable?

7           THE WITNESS:  I think there would be -- besides all

8      the reports that we read, I would say two things:  One,

9      again, the parts that fell in Israeli territory and that were

10     collected, and I would say that the second one is the

11     shipments.  Every once in a while there are shipments from

12     North Korea to Iran that are stopped, halted; and then when

13     they're opened, then we see the components.  And from Iran,

14     again, the connection with the parts that were found in

15     Israel.

16          BY MR. TOLCHIN:

17     Q.     Let me explore that a little bit.  Professor, how

18     would you describe the relationship between Iran and

19     Hezbollah?

20     A.     Very close relations.  Very close relations.

21     Hezbollah, since its establishment in the early eighties,

22     Hezbollah has been looking at Iran as the spiritual leader of

23     them, and I mean the connections go well back to the early

24     '80s, and in many ways Hezbollah is seen as an arm of Iran in

25     this area.

1    Q.      Is the relationship between Hezbollah and Iran

2    well-known?

3    A.      Yeah, they're well-known, yeah.  I'm reading that in

4    -- besides, of course, all the media reports, expert

5    analysis, and scholars dealing with Iran and Middle East

6    relations, and it is well established there, yeah, in the

7    scholarship.

8    Q.      How would you describe, Professor, the policy

9    objectives of the relationship between North Korea and Iran?

10   A.      First of all, economic, economic interests, very

11   important for North Korea, especially since I would say the

12   early or mid-1990s when North Korea's economy deteriorated

13   significantly so that we have the economic interests which

14   are very strong here, and even going back to the -- I would

15   also frame it within the legitimacy rivalry between North and

16   South Korea.  Each of the two states is working very hard

17   since their establishment to earn as much support in the

18   world from its international community.  So North Korea has

19   very strong interests in its relations with Iran and Syria,

20   to bolster and to strengthen its international position, its

21   legitimacy, its prestige in the world.  Regime survival is

22   very important for the North Koreans here.  So all these

23   components together, as I see it, are the pillars for North

24   Korea's interests in relations with Iran.

25   Q.      As part of the relationship between North Korea and

-16-

1      Iran, does North Korea supply weapons to Iran?

2      A.      Yes, to my knowledge, they do.

3      Q.      The weapons that North Korea supplies to Iran, are

4      they the sort of weapons that are used by Hezbollah?

5      A.      To my knowledge, they are.

6      Q.      Is the fact that Iran supplies weapons to Hezbollah

7      known to the North Korean regime?

8      A.      To my assessment, they are, yes.  They do.  They do

9      know about it.

10     Q.      And besides the relationship with Iran, I believe you

11     testified earlier, didn't you, that North Korea has a direct

12     relationship with Hezbollah providing training and other

13     support; is that correct?

14     A.      Yeah.  Yeah.  Yeah.

15     Q.      Including training of the fellow who is presently the

16     head of Hezbollah?

17     A.      Yes.  Yes.  As I said, yes.

18     Q.      Now, you touched on the issue of tunnels, tunnel

19     technology.

20     A.      Yes.

21     Q.      Can you tell us what you meant by that.  What were

22     you referring to?

23     A.      After the war or the attack ended, then the Hezbollah

24     retreated a little bit to the north, and they left behind the

25     tunnels and the underground facilities.  And according to the

1    way they were built, experts were viewing these tunnels

2    according to the technology and the way that the tunnels were

3    built and together again with reports about North Koreans

4    being in Southern Lebanon at different parts in the mid-2000s

5    or early 2000s, so the conclusion would be that they assisted

6    them in this technology because, again, North Korea itself

7    has tremendous amount of underground facilities.  They are

8    very advanced in the technology.  So it makes sense that

9    they're witnessing these North Koreans in Southern Lebanon

10   and the contacts with Hezbollah and the tunnels that were

11   discovered after the war.  My conclusion would be that they

12   assisted them in building them.

13   Q.      Can you briefly tell us, just by way of background,

14   what is the origin or the genesis of North Korea's tunneling

15   technology?  Why does North Korea have this sophisticated

16   tunneling technology?

17   A.      North Korea, the regime, the military, since the time

18   of Kim Jong-il, which is the time that this event took place,

19   has put forth the military as the strongest body in North

20   Korea.  We have the leader, the military, and the party.  At

21   the time that we are talking about, the military has become

22   the strongest one.  For years before that the military has

23   been a very important part of North Korea's regime.  Under

24   this context, a lot of underground facilities to hide the

25   missiles, to hide weapons, and various other facilities,

1    which evade -- perhaps evading the satellites of United

2    States and other countries.

3    Q.        Professor, to your knowledge, to what use has

4    Hezbollah put the tunnels?  How do the tunnels help

5    Hezbollah?

6    A.        First of all, to hide, to hide from Israel's

7    retaliation.  They were protected there.  Again, when the

8    ground fighting took place, then Israeli soldiers encountered

9    and fought the Hezbollah within these tunnels.  So they were

10    to hide the troops from being hit by Israeli retaliations and

11    to counterattack from these facilities.

12    Q.        Is there a connection between the tunnels and the

13    Hezbollah missiles or rockets?

14    A.        Yeah.  Probably many of the missiles were hidden

15    there, just like North Korea does in its own territory, in

16    its own country, hiding the missiles, hiding technology.  So

17    most likely, those missiles, again, you hide them.  Then,

18    after launching them, you can again hide the launcher and

19    hide the missile and avoid being hit back.

20    Q.        Professor, you refer in your affidavit to some

21    tunnels that were discovered in the demilitarized zone

22    between North and South Korea.

23    A.        Uh-huh.

24    Q.        Were any comparisons made between the design or

25    appearance of the tunnels in Southern Lebanon and the tunnels

1    that were found in the demilitarized zone between the two

2    Koreas?

3    A.       I can't say that with -- I mean I cannot say it with

4    certainty; but based on the -- again, those tunnels were

5    discovered in the DMZ; and according to what the Israelis and

6    other experts saw in Lebanon, they did find similarities.  I

7    don't know it for myself because I haven't seen them, but

8    according to the report of the expert and of other analysis,

9    there was resemblance.  And also, not only between what was

10   discovered in the DMZ, but also about what has been reported

11   on the tunnel technology of the North Koreans in North Korea

12   and exporting this technology outside of North Korea.  So I

13   would say that it makes sense that the resemblance was there.

14   I haven't seen it myself, but it does make sense to me.

15            MR. TOLCHIN:  Okay.  I have no further questions for

16   this witness, Your Honor.

17            THE COURT:  Okay.  Thanks very much, Professor.

18            THE WITNESS:  Thank you very much.

19            THE COURT:  Okay.  You can call your next witness.

20            MR. TOLCHIN:  As the next witness, Your Honor, I call

21   Professor Bruce Bechtol.

22                          BRUCE BECHTOL,

23            having been first duly sworn to tell the truth, the

24   whole truth and nothing but the truth, was examined and

25   testified as follows:

1          MR. TOLCHIN:  Your Honor, I would like to hand up

2     what I have marked as Exhibit 2, which is Professor Bechtol's

3     declaration and the exhibits thereto.

4          THE COURT:  Okay.

5          MR. TOLCHIN:  May I proceed?

6          THE COURT:  Yes.

7                          **DIRECT EXAMINATION**

8          BY MR. TOLCHIN:

9     Q.        Professor Bechtol, could you briefly summarize your

10    academic and professional credentials.

11    A.        Certainly.  I am a retired marine, and spent about

12    five years in South Korea as an intelligence office when I

13    was in the Marine Corps.  Three years of that was as a

14    special advisor to South Korea's equivalent of NSA.  They

15    call it DSA.

16         Following my retirement from the Marine Corps, I

17    served for six years at the Defense Intelligence Agency, down

18    the river here, in the Pentagon, where I eventually ended up

19    being the senior intelligence analyst for Northeast Asia in

20    the J2.  That's the intelligence directorate that works for

21    the chairman.

22         Following my leaving of DIA, after I got my Ph.D., I

23    have been a professor since 2003.  I'm currently a tenured

24    associate professor at Angelo State University, and I have

25    written four books on North Korea, some of them with chapters

—21—

1    dealing specifically with this issue, proliferation to state

2    and non-state actors.  And I have brought along my book

3    published last year to give to Your Honor should you wish to

4    take a look at it.

5              THE COURT:  I would be delighted.

6              THE WITNESS:  It didn't cost me anything, sir.  It's

7    an author's copy.

8              MR. TOLCHIN:  Should we mark it as an exhibit, Your

9    Honor?

10             THE COURT:  Thank you.

11             BY MR. TOLCHIN:

12   Q.        Professor Bechtol, is there any particular section of

13   that book that specifically addresses the issues that are at

14   issue in this case?

15   A.        There is.  There is a chapter called North Korea's

16   Support to Terrorism.  In that chapter, it takes you from the

17   very beginnings of that, which are the Cold War right up

18   until today.  It shows you their motivations during the Cold

19   War and how that transitioned.  They use those networks that

20   they built during the Cold War to build a network that helps

21   to support the regime today to the tune of about $1.5 to

22   $2 billion a year.

23             THE COURT:  I was surprised, I guess it was in your

24   affidavit maybe, I read at one time North Korea's economy was

25   booming more than the south.

```
1              THE WITNESS:  Yes, sir.

2              THE COURT:  When things turned around was when they

3       had to start resorting to this way to raise money --

4              THE WITNESS:  Yes, sir.

5              THE COURT:  -- it is quite an interesting background

6       I'm not familiar with.

7              THE WITNESS:  It was quite compelling for the North

8       Koreans, sir.  In 1990, before the Soviet Union collapsed --

9       this was during Glasnost and all that stuff, as you recall --

10      the Soviets at the time told the North Koreans, from now on,

11      we are not going to subsidize your economy at all.  Any tank,

12      truck, plane, oil, electricity for your grid now has to be

13      paid for in hard currency, German Deutsche marks, American

14      dollars, or Japanese yen.  And they had been subsidizing them

15      with everything.  Every piece of military equipment, their

16      electric grid, the oil that they used all came from the

17      Soviet Union.  That stopped in 1990, and at that moment is

18      when the North Korean economy started going downhill.

19             THE COURT:  So they turned to this as a way to help

20      their own economy?

21             THE WITNESS:  Yes, sir.  Illicit activities is

22      probably the best way to look at it.  Probably about

23      70 percent of those illicit activities is weapons

24      proliferation.  The Middle East is where they get the most

25      money, Iran, Syria, because Iran is fighting a war, and they
```

—23—

1    need more stuff.  So North Korea is selling them a lot of

2    stuff, being paid for largely by Iran, I might add.  But they

3    also sell a lot of stuff in Africa, and they sell stuff to

4    Burma and some other countries.  They were selling stuff to

5    Sri Lanka.  So there's other countries in there, as well.

6          The other way they make money with illicit

7    activities -- I can give you background on that if you need

8    in things I've written -- is through things like counterfeit

9    currency, methamphetamines, et cetera, heroin.  And they make

10    pretty good money off that.  But the big money maker for them

11    is their weapons proliferation.

12          BY MR. TOLCHIN:

13    Q.    Before I overlook it, did you prepare a declaration

14    in this case?

15    A.    Yes, sir.

16    Q.    Is that the document which was marked as Exhibit 2?

17    A.    Yes, sir.

18    Q.    Does your declaration contain the substance of your

19    analysis and opinion in this case?

20    A.    It does.

21          MR. TOLCHIN:  Your Honor, should we mark the book, or

22    is it not necessary?

23          THE COURT:  We can.

24          MR. TOLCHIN:  That would be 6.

25          THE COURT:  Exhibit 6, okay.

1          MR. TOLCHIN:  Here's a sticker.

2          BY MR. TOLCHIN:

3     Q.      Just to clarify, Professor Bechtol, you were

4     addressing the economy in North Korea declining starting in

5     1990 or so, but was that -- was 1990 the beginning of the

6     North Korean regime's support for terrorism and rogue states

7     around the world?

8     A.      No, nor was that the beginning of their support to

9     Hezbollah, which is very important to this case.  They had

10    connections to Hezbollah during the Cold War, and they were

11    able to use those connections following the end of the Cold

12    War.  The difference between 1990 on is much of the support

13    they gave to terrorism during the Cold War was financed by

14    the Soviet Union.  After 1990, that stopped.

15    Q.      So North Korea's support of -- how far back can you

16    trace North Korea's involvement in Southern Lebanon?

17    A.      All the way back to 1983.  I'm a retired marine.

18    1983 was when I lost some of my friends in the bombing in

19    Beirut, and the support from North Korea to Hezbollah

20    directly was going on that early.

21         THE COURT:  Even in '83?

22         THE WITNESS:  Yes, sir.  They actually had advisors

23    in the Bekaa Valley in Lebanon in 1983, sir.

24         BY MR. TOLCHIN:

25    Q.      That was North Korea's support for Hezbollah?

1    A.      Yes, sir.

2    Q.      Was North Korea involved with other terrorist groups

3    in Southern Lebanon like the Popular Front for the Liberation

4    of Palestine?

5    A.      Yes, they were.  Again, at the time, this was

6    financed by the Soviet Union.

7    Q.      How far does that go back?

8    A.      It goes all the way back to the '70s.  We covered

9    that in one of our previous court cases.  Again, it was for

10   money then, but the North Koreans were being financed

11   directly by the Soviet Union and putting teams into the Bekaa

12   Valley, especially, and other places, as well, like Libya, to

13   train these terrorist groups.  They were being trained by

14   North Korean special operations forces from the

15   Reconnaissance Bureau.

16   Q.      When you are referring to other cases, are you

17   referring to the Calderon case from the District of Puerto

18   Rico?

19   A.      Yes, sir.

20           THE COURT:  Refresh me on Calderon.  It was a holding

21   against North Korea, right --

22           MR. TOLCHIN:  That's correct.  Calderon was a case

23   involving an attack that was known as the Lod Airport

24   massacre in 1972, which involved -- the victims were

25   primarily U.S. citizens who were Puerto Rican religious

1    pilgrims.  It was a group of elderly people from Puerto Rico

2    going to visit holy sites in Israel.  There was an operation

3    carried out by the Popular Front for the Liberation of

4    Palestine, in cooperation with the Japanese Red Army.  They

5    used machine guns and grenades and shot up the airport at the

6    luggage claim and killed and injured a large number of

7    people.  This was carried out with training and support from

8    North Korea.

9         THE COURT:  The lawsuit then was brought in Puerto

10    Rico?

11         MR. TOLCHIN:  It was brought in Puerto Rico.  It's

12    fascinating.  When the statute was amended at one point,

13    there was a -- I believe it was a four-month period that one

14    could file a case that could have been brought under the

15    statute had the statute existed at the time.  This was a

16    40-year-old incident which had a brief window to be filed and

17    was filed.  Professor Bechtol testified.

18         THE COURT:  It ultimately ended up in a finding that

19    North Korea had provided support?

20         MR. TOLCHIN:  Yes, it did.  And a judgment for I

21    believe $78 million plus 300 punitives.

22         THE COURT:  And you testified in that?

23         THE WITNESS:  Yes, sir.

24         BY MR. TOLCHIN:

25    Q.    Professor Bechtol, did you reach some conclusions in

1       this case, in our case today?

2       A.       Regarding Hezbollah --

3       Q.       Regarding Hezbollah and North Korea's involvement.  I

4       should say North Korea and Iran's involvement.

5       A.       Yes.  Please allow me to share those with you.

6       Several key conclusions:  One is that North Korea, during

7       2003 and 2004, built an extensive 25-kilometer underground

8       tunneling system for Hezbollah, and it is definitive that

9       that extremely well built tunnel system protected them from

10      the Israeli defense forces during the 2006 war.  In fact, I

11      recall watching it on my TV in Fredericksburg, Virginia.

12      Nobody understood why they weren't able to inflict casualties

13      on Hezbollah at the time to the effect that they thought they

14      could.  It turned out later it was because of this extensive

15      tunneling system built for them two years before by the North

16      Koreans.  I think there is an interesting anecdotal part of

17      that.  The North Koreans actually went into Lebanon with the

18      Iranians disguised as their Asian houseboys.  So that's how

19      they got in.  That was 2003, 2004.

20              In addition, they supplied the rockets, the

21      107-millimeter multiple rocket launchers -- we would call

22      them multiple rocket launchers in the United States -- and

23      122-millimeter rocket launchers.  The way that it is very

24      easy to determine that these rocket launchers were

25      specifically sent to either Iran or Syria -- because they

1    were sent to both and then funneled into Hezbollah in

2    Lebanon -- is because if you've ever seen a picture of a

3    multiple rocket launcher, it looks like a bunch of barrels

4    all slung together.  The rocket launchers that they shipped

5    to Hezbollah were different.  It would be just one rocket, so

6    they could launch that one rocket and run away before the IDF

7    got to them with aircraft or artillery.  So these were rocket

8    launchers literally built from the ground up specifically for

9    Hezbollah by the North Koreans.

10          Then, the other way -- and your previous witness

11   talked about this a bit -- the other way that they helped

12   Hezbollah was, prior to the Lebanese war, they brought key

13   members, about 100 commandoes, out to North Korea and

14   actually trained them with their special operations forces,

15   both from the Reconnaissance Bureau and what they called at

16   the time the Light Infantry Training Guidance Bureau.  They

17   now call that the Eight Special Corp.  So there were several

18   ways that they helped Hezbollah in this war.  And it is also

19   key tying Iran in here.  This whole thing was financed by

20   Iran.  If you would like to know how specifically that

21   worked, the financing part of it came from what's called

22   Office Number 39, which is within the party in North Korea.

23   Office Number 39 works directly with the Iranian Republican

24   Guard Corps, and then the funds and weapons are actually

25   funneled out through them.

1          The shipping of those arms typically goes by ships

2     that are flagged from other countries that go into the Syrian

3     port of Tartus.  From Syria, they either go directly to

4     Hezbollah or they go to Iran, where the parts are assembled,

5     and then they go to Hezbollah.

6     Q.     What use --

7          THE COURT:  All of that you knew about when you were

8     working at DIA then?

9          THE WITNESS:  I left DIA in 2003, sir.  So 2003, 2004

10    was right after I left DIA.

11         Yes, the fact that they were -- they have been a

12    supporter of Hezbollah for a long time, financed by Iran, I

13    did know about that when I was at DIA, sir.

14         BY MR. TOLCHIN:

15    Q.     Just to capsulize it, would it be fair to describe

16    the relationship between Iran and Hezbollah as:  Hezbollah is

17    a project of Iran?

18    A.     I don't think there is any other way to describe it.

19    Q.     Would it be fair to describe the involvement of North

20    Korea with helping Iran with the Hezbollah project?

21    A.     Exactly.  Iran and North Korea have a very close

22    relationship with arms, from nuclear arms, all the way down

23    to those single-shelled rocket launchers.  North Korea is

24    Iran's key supplier of arms.  Hezbollah is Iran's key proxy

25    for supporting terrorism, and the arms supplier for both is

1    North Korea.

2    Q.      You talked about tunnels being used to move Hezbollah

3    troops around.  Is there any other use that is made of the

4    tunnels specifically in connection with rockets or missiles?

5    A.      Yes.  The North Koreans -- and they are very good at

6    this because they have the same types of tunnels deployed all

7    along the DMZ with South Korea -- the North Koreans are very

8    good at putting what they call HARTS, hardened artillery

9    sites or rocket launcher sites, at the face at different

10   points along these tunnels so that they can fire and quickly

11   move under ground into hardened facilities that can't be

12   destroyed by artillery or air attacks.  They built those

13   exact same types of facilities for Hezbollah in 2003, 2004

14   that were very effective in defending them against the IDF in

15   2006.

16   Q.      I think you were in the courtroom earlier when the

17   Judge asked a question about how do we know that the rocket

18   attacks carried out on Israel, which are at issue in this

19   case, were carried out by Hezbollah?  Are you able to address

20   that?

21   A.      Absolutely.  If you would give me a half hour to do

22   an internet search, I can probably bring you about 50

23   different newspaper articles that not only give the

24   attribution to Hezbollah but where Hezbollah says, yes, we

25   did it.  They went on TV and said they did it.  We saw them

1    do it.  We don't need just that; all we need to do is ask

2    them because they told the world that they were responsible

3    for attacking -- which to me is quite shameful -- for

4    attacking Israeli civilians and military facilities in 2006.

5    They were quite proud of the fact that they were able to

6    survive better than we thought they would against the Israeli

7    defense forces.

8         THE COURT:  I had that experience in another case

9    where it was clear Hezbollah wanted to take credit for

10   actually doing the bombings.

11        THE WITNESS:  Yes, sir.

12        BY MR. TOLCHIN:

13   Q.     To what end?  Why would North Korea and Iran -- you

14   can answer separately -- why would they be interested in

15   supporting Hezbollah and rocket attacks by Hezbollah?  In

16   other words, from their perspective, how does it benefit

17   them?

18   A.     Well, for Iran -- and we're not talking about Syria

19   here, but Syria is in the same boat -- clearly they cannot

20   win a face-to-face force-on-force conflict with Israel.  It

21   is just not going to happen.  It gets proven over and over

22   again.  Beginning in the early '80s Iran -- and Syria, as

23   well -- began using proxy folks to conduct attacks against

24   Israel.  Hamas falls into that category.  I have no evidence

25   that North Korea is providing weapons to them.  We're talking

1    about Hezbollah here.  Hezbollah is clearly supplied by Iran

2    because that gives them a chance to put violent pressure on

3    Israel without direct attribution being given to them.

4    That's exactly what they have done since the 1980s.

5         Now, with Israel, it is even more -- it is even more

6    unethical, if you will.  Because with North Korea it is all

7    about the money.  In fact, I call that the subtitle of my

8    dealings with North Korea's proliferation and support to

9    terrorism.  If you are a non-state actor or terrorist group

10   or you are a rogue state such as Somalia, al-Shabaab in

11   Somalia, or Sudan, North Korea will sell you weapons.  They

12   will sell you anything you want as long as you have the

13   money, or the raw resources.  For example, in the Congo right

14   now, North Korea has just worked out a deal where they're

15   actually training some of their military units in exchange

16   for uranium, which North Korea is using for their nuclear

17   program.  In the case of Iran, everything that they sell to

18   Hezbollah, the North Koreans is paid for by Iranians and

19   often transhipped through Syria by the Syrians.  The North

20   Koreans don't do anything for free.  This relationship is

21   clearly about money.  The only ideology involved is the

22   United States and Israel.  Obviously, North Koreans hate the

23   United States.  That is part of their ideology, that is part

24   of what children literally learn in school, and Israel is

25   part of that because Israel is one of our key allies.

1    Q.       Is there a correlation or similarity between Iranian

2    attitudes towards the United States and Korean attitudes

3    towards the United States?  Is that a natural fit?

4    A.       Yes.

5    Q.       The anti-Americanism as a doctrine?

6    A.       I'm not sure which one of those -- the governments --

7    the individuals in the governments of those states hates us

8    the most, but they both hate us a lot.  That is a commonality

9    they have.  Obviously, they have many cultural differences,

10   but North Korea has been supplying Iran with a variety of

11   military things since the early 1980s.

12         MR. TOLCHIN:  Unless the Court has any additional

13   questions, I will rest.

14         THE COURT:  How did this conflict come to an end in

15   2006 or 2007?

16         THE WITNESS:  Well, Bob could probably talk to this

17   better than I could, but as memory serves, they had a

18   cease-fire, and they all agreed to a truce, and everybody

19   backed off, and you know the surprise to many people, myself

20   included at the time because I didn't know about these

21   tunnels at the time, was that there had been so little damage

22   to the Hezbollah forces.  And that all came out after they

23   abandoned those tunnels and people were able to get down in

24   them and see.  I don't know if you have any experience with

25   these tunnels, sir, but a good example of these tunnels is,

1    if you go into Korea, one of the tunnels that they discovered

2    that the North Koreans had actually dug under the DMZ and

3    into South Korea, you could actually drive jeeps through it.

4    The stairway was almost as wide as these two walls to walk

5    down in it -- it was just amazing -- reinforced with

6    concrete.  It is just amazing.  I have never seen anything

7    like it.  But I believe it was a cease-fire that was

8    negotiated partly through the United Nations, and basically

9    Hezbollah is still, as you know, a powerful, well-armed rogue

10   force.

11              THE COURT:  And continues to get material support

12   from Korea?

13              THE WITNESS:  Yes, sir.  In fact, right after that

14   conflict was over, they sent some more folks out to North

15   Korea for training, and they continue to get small arms.  In

16   fact, in 2009 -- again, when we see captured shipments

17   of -- I'm sure you have seen some of that in the press where

18   they capture shipments.  In 2009, they caught an IL 76 that

19   was on its way through Bangkok, and the Thai authorities

20   caught it, and it was flown by Georgian pilots, the plane was

21   listed in Georgia, and the cargo was listed in manifests of

22   17 different countries, including New Zealand, but it was all

23   North Korean stuff.  It was exactly the kind of stuff we were

24   talking about today, those single-shelled rockets,

25   rocket-propelled grenades, small arms.  That was in 2009.  We

1    can assume that they're still selling those small arms to

2    Hezbollah, and they probably built more underground

3    facilities for them, as well, because it works.

4             THE COURT:  Why did North Korea come off the list of

5    terrorist states, then?

6             THE WITNESS:  Would you like me to offer my personal

7    assessment, sir?

8             THE COURT:  I know the government doesn't agree with,

9    I guess, what your personal assessment --

10            THE WITNESS:  Yes, sir, I have some interesting

11   things I could tell you about that.  But in 2000 -- when the

12   Bush Administration actually took them off, that was an

13   agreement -- that was part of their agreement for saying

14   we're going to dismantle our nuclear program.  We saw how

15   that went.

16            I thought it was a bad move at the time.  In my

17   second book, I wrote about it and said what a horrible move

18   it was, because in my view, if you're taken off the list of

19   nations supporting terrorism, you should actually stop

20   supporting terrorism.

21            And Mitchell Shivers, who was the Deputy Assistant

22   Secretary of Defense for East Asia Pacific was at the

23   Brookings Institution three years ago.  I asked him

24   point-blank:  Why haven't you guys put North Korea back on

25   the list of nations supporting terrorism?

1          Well, you know, evidence.

2          The whole room just went crazy.  What do you mean

3     evidence?  There is so much evidence it is overwhelming.

4          The short answer to your question, Your Honor, is it

5     is all about politics.  We are hoping to get North Korea back

6     to the six-party talks, and that's never going to happen if

7     we put them back on the list of nations that support

8     terrorism.  While on the other hand, I would say getting

9     North Korea back to the six party talks won't mean anything

10    because they're never going to give up their nuclear program

11    as long as there is a DPRK any more than they're going to

12    stop supporting terrorism because this generates funds for

13    their regime.

14         THE COURT:  And they have to have the funds.

15         THE WITNESS:  They need the funds because the whole

16    term "donation fatigue," when it talks about aid, that came

17    from North Korea, because in '95 and '96, when the United

18    Nations and the United States, through programs such as the

19    World Food Program in South Korea, we donated all of these

20    millions and millions of dollars worth of food and aid and

21    oil to North Korea, and it went directly to the Army, and

22    what was left then kind of filtered down to the people.  So

23    many people have seen that that now we have this new term

24    "donor fatigue."  They need to use things like this

25    proliferation, illicit activities, to generate funds so that

—37—

1        the five to fifty thousand people in the elite of North Korea

2        can continue to survive and maintain the regime.

3                THE COURT:  That's very helpful.

4                THE WITNESS:  Thank you, sir.

5                MR. TOLCHIN:  I have no further questions for this

6        witness.

7                THE COURT:  To you, this is an easy case, then?

8                THE WITNESS:  Yes, sir.

9                THE COURT:  There is no question?

10                THE WITNESS:  There is no question.  There is no

11        question, as you asked, which was a very good question, where

12        is the attribution of Hezbollah.  As you have seen, that is

13        very clear.  The next question is:  Where is the attribution

14        to Iran and North Korea?  Again, that is very clear.

15        Hezbollah would not be able to conduct these kind of

16        operations without support from Iran.  Iran would not be able

17        to supply these weapons without North Korea giving them to

18        them.

19                THE COURT:  That is very clear.  Thank you very much.

20        I appreciate it.

21                THE WITNESS:  Thank you, sir.

22                MR. TOLCHIN:  Okay.  Your Honor, the next witness I

23        would like to call is Claudia Rosett.

24                In connection with this testimony, I have two

25        exhibits to hand up.

1          THE COURT:  Okay.

2          MR. TOLCHIN:  I have marked as Exhibit 3 Claudia

3     Rosett's Declaration dated May 21, 2014, and I'm also handing

4     up the Declaration of Professor Barry Rubin, which was dated

5     September 2011.  It seems to have been faxed on the 8th.  I'm

6     going to go with September 8th, 2011.

7          THE COURT:  All right.

8          MR. TOLCHIN:  Unfortunately, as I said before I was

9     on the record, Professor Rubin has since passed away, which

10    is why Ms. Rosett is here and will adopt Professor Rubin's

11    testimony and add something of her own.

12         THE COURT:  Okay.

13         MR. TOLCHIN:  Here is Exhibit 3 and 4.

14                        CLAUDIA ROSETT,

15         having been first duly sworn to tell the truth, the

16    whole truth and nothing but the truth, was examined and

17    testified as follows:

18                     **DIRECT EXAMINATION**

19         BY MR. TOLCHIN:

20    Q.    Ms. Rosett, could you briefly summarize your

21    educational and professional background as it relates to the

22    substance of this case.

23    A.    Yes.  Thank you.  I'm a journalist by trade.  I

24    worked for the Wall Street Journal for 18 years, which

25    included seven years in the Far East, working out of Hong

1    Kong as the editorial page editor of the Asian Wall Street

2    Journal.  In that capacity, I covered North Korea, among

3    other countries, and went there in 1991.

4        I then moved to Moscow, where I worked as a reporter,

5    then promoted to bureau chief.  In my work there, I also took

6    a look on North Korea's -- some of their more troubling

7    doings in the Russian Far East, where they were running

8    logging camps for the Russians, which is something of a

9    window on how they operate generally.

10        I then came back to the United States.  I worked for

11    the Wall Street Journal's editorial page in New York from

12    1997 to 2002.  Since 2003, I have been affiliated with the

13    Washington think tank The Foundation for Defense of

14    Democracies.  I'm their journalist in residence.  I don't

15    actually reside there.  And my reporting for years has

16    covered tyrannies, terrorist networks.  My particular

17    interest for a long time has been Asia.

18        For some time now the Middle East has been impossible

19    to ignore, especially if you follow things like North Korea's

20    influence in the world.  So I have been writing about these

21    matters, matters of this kind related to this and in some

22    cases directly on this sort of point for years.  I have

23    written scores of articles, many when I was on staff for the

24    Wall Street Journal, both unsigned editorials and signed

25    articles, and many since then, some contributed to the Wall

-40-

1    Street Journal, some for other well-known outlets.

2         I also must say that Barry Rubin and Bruce Bechtol --

3    I have had hundreds of sources on this sort of topic over the

4    years -- Barry Rubin and Bruce Bechtol have both been among

5    them and are among those I most respect on these matters.

6         THE COURT:  I certainly understand that.

7         BY MR. TOLCHIN:

8    Q.    Did you have occasion to prepare a declaration in

9    this case?

10   A.    I did.

11   Q.    Is that the document which was marked as Exhibit 3?

12   A.    I believe so.  If that's my statement, my statement

13   is numbered 3, yes, it is.

14   Q.    The declaration dated May 21, 2014.

15   A.    That's correct, yes.

16   Q.    Okay.  Does that declaration contain the substance of

17   your opinion and analysis in this case?

18   A.    Yes, it does.

19   Q.    Did you also review the declaration of Professor

20   Rubin that he prepared in this case?

21   A.    I did.

22   Q.    Do you agree with the findings and conclusions and

23   analysis and statements of fact made by Professor Rubin in

24   his declaration?

25   A.    Yes, I did.

—41—

1    Q.      Do you adopt Professor Rubin's declaration as your

2    own statement in this case?

3    A.      Yes, I do.

4    Q.      Did you state that in your declaration?

5    A.      Yes, I did.

6    Q.      Now, could you summarize, perhaps, your principal

7    findings or conclusions related to this case.

8    A.      That North Korea has been engaged for a very long

9    time in dealings with the Middle East; that this has included

10   training and material for Hezbollah; and that they were

11   indeed complicit in the attack that took -- what we

12   characterize as the Summer War, which I wanted to just

13   mention, in all the discussions, it was Hezbollah versus

14   Israel.  It was not Lebanon, including at the United Nations,

15   where this was a subject of great debate while it was going

16   on, that North Korea has continued to supply weapons,

17   certainly to Iran, to Hezbollah, and also had enormous

18   weapons traffic with Syria, which is another hub of these

19   operations.  In other words, when I first began covering

20   North Korea -- and my introduction to this field was being

21   told I had to go back into the office because we had to get

22   an editorial out on the fact that North Korea had blown up a

23   South Korean airliner over the Andaman Sea in 1987, killing

24   all 115 people aboard.  This pattern of behavior has

25   continued.  It is widespread.  It is certainly not only

-42-

1    Hezbollah, but this is an important client, and North Korea

2    was certainly an important actor in the ability to attack

3    Israel.

4    Q.      To your knowledge, is there any other organization in

5    Lebanon that is engaged in armed conflict with Israel in the

6    southern region of Lebanon along the northern Israeli border?

7    A.      Here I want to refer to Barry's affidavit, Barry

8    Rubin's, where he wrote quite specifically.  Lebanon is a

9    complicated place, but in the case of this war, it began with

10   Hezbollah kidnapping two Israeli soldiers whom the UN

11   promised would be returned, whose bodies were eventually

12   redeemed at enormous cost by Israel.  But Hezbollah was the

13   actor that provoked this.  It was a conflict with Hezbollah.

14   That is both in news accounts by Hezbollah's own account, by

15   virtually every account you might look to.  This was

16   Hezbollah.  This was not other actors in Lebanon.  What Barry

17   actually said in his affidavit was, and I quote here --

18   Q.      Are you referring to a paragraph?  Just say the

19   paragraph to me.

20   A.      Yes.  Paragraph 28.

21   Q.      Okay.

22   A.      Hezbollah fired between -- actually, if I

23   may -- Hezbollah's short-range missile capacity was largely

24   invulnerable to Israeli air attacks.  As a result, the

25   organization -- he is referring to Hezbollah -- kept up a

1    steady stream of rocket attacks on Israel's northern

2    communities throughout the war.

3         Barry was very well sourced on these things, and he

4    is completely unambiguous on this.

5         Hezbollah fired between 3,970 and 4,228 rockets at a

6    rate of more than 100 per day.

7    Q.    I think I interrupted you summarizing your main

8    conclusions in the case.  If I am mistaken, tell me.  If

9    you're done --

10   A.    My main conclusion is that it is accurate to say that

11   Hezbollah was involved in the training -- sorry -- North

12   Korea.  And when we say North Korea, it is important to

13   understand also that North Korea is not a country where there

14   are private actors.  If we talk about a North Korean company,

15   it is not a private company.

16        THE COURT:  There wasn't any North Korean companies

17   selling their components or something like that?

18        THE WITNESS:  I made a trip there in 1991, which by

19   the way as far as the intersections -- it was the only trip I

20   have made because it is both difficult to get in and risky,

21   if you write the kinds of things I do about them, to return,

22   but I flew in from Beijing, it was 1991, which was the -- it

23   is the usual way in.  You take a flight from Beijing.  And on

24   that plane were a group of Iranians.  This isn't hearsay.  I

25   saw them.  I spoke with them.  They flew out on the same

-44-

1    flight.  I was a tour group of one.  They had a different

2    agenda.  And this has been -- the interactions have been

3    going on for years.

4              In 1992, I was editorializing about a shipment of

5    Scud missiles, which according to the U.S. government, North

6    Korea was shipping to Iran.  If you continue to look forward,

7    Bruce mentioned the Aleutian 76 spotted, seized, impounded at

8    the Bangkok Airport in 2009.  Earlier that year there were

9    three shipments on vessels, cargo vessels, interdicted, and

10   one of the spectacular ones was a ship called the ANL

11   Australia, where authorities in Dubai began looking into it.

12   This was bound for Iran.  And it was stuffed with weapons.

13   This has over and over been the kind of traffic that you see.

14             So just to hit a bottom line, yes, North Korea has

15   been involved.  If you look at the evidence, the accounts,

16   the stories, the expert opinions, and the entire pattern of

17   behavior here, North Korea was directly -- was responsible

18   for the destruction that was inflicted on Israel.  It was one

19   of the actors that was vital to Hezbollah's attacks on Israel

20   that summer.

21   Q.       Do you agree with Professor Bechtol's assessment of

22   North Korea's motivations?

23             I can ask it differently.

24   A.       Yes.

25   Q.       Why does North Korea do this?  From the perspective

1    of North Korea's own policy, its own world view, if we step

2    into their shoes, why does supplying weapons to Iran and

3    Hezbollah via Iran, why does that make sense to them?

4    A.      Well, let's let the North Koreans tell us.  Because

5    they explained this in their own press statements.  North

6    Korea's state press agency is a mouthpiece.  Propaganda is

7    their specialty.  But when they announce their views about

8    the world, they're telling you what they want you to

9    understand.  This has been a trumpeted shared hostility for a

10   long time of Iran, Hezbollah, and the North Koreans.

11              Could I just take you back for a minute?

12              THE COURT:  Sure.

13              THE WITNESS:  North Korea was one of the early

14   countries to start dealing with Iran.  As Bruce can tell you

15   in detail and you can read in his books and in quite a

16   variety of other places, as well, they were involved in

17   providing missiles and other munitions to Iran in the

18   Iran-Iraq War, 1980 to 1988.  Very shortly after the Islamic

19   Republic was established in 1979, North Korea was there to do

20   business.  The current president of Iran, Hassan Rouhani,

21   according to North Korea's press service, the Korean Central

22   New Agency, he made a trip to North Korea in the early 1980s,

23   which apparently he recalled with nostalgia on the occasion

24   of his inauguration last year, according to the North

25   Koreans.

1    In 1989, the then-president of Iran, Ali Khamenei,

2    who has been the supreme leader of Iran since later that

3    year, the past 25 years, who is the ruler, he is the guy who

4    decides policy, made a trip to North Korea, where he met with

5    Kim Il-sung, the founding tyrant, whose grandson is now the

6    tyrant of North Korea, Kim Jong-un, and there he plainly

7    declared -- the precise wording I put in an article that I

8    submitted to you -- but one of their great common bonds is

9    shared hostility towards the United States.  So it is money.

10   Bruce is entirely right.  But it is a two-for for North

11   Korea.  It is money, and it is a vital part -- the ideologies

12   are different, but for both Iran and North Korea, hatred of

13   the United States has been a vital building block of the

14   ideologies that diverge on other things.  On that they really

15   agree, and they have agreed time after time.  You can see it

16   in weapons shipments.  You can see it in public statements.

17   And in the declaration I submitted, I quoted, I picked a very

18   few samples -- there are many from the Korean Central News

19   Agency, North Korea's news service -- they wrote about the

20   Hezbollah Summer War with Israel.  They have written about

21   quite a number of these things.  And what they wrote was

22   quite clearly extremely sympathetic to Hezbollah, whom they

23   described as a beleaguered outgunned fighting force and

24   yet -- the precise quote you can find in my testimony.  I

25   don't want to hold us up while I look for that, and I don't

1    want to misquote it.

2    Q.       Would you like to look at my copy?

3    A.       Actually, I have it here if you can give me just a

4    second.

5            Yes.  They make it very plain.  Let's see, actually,

6    North Korea, you can see their shared -- money, as Bruce

7    said, is vital, but let me address for a minute more the

8    shared interest, hatred of the United States and its allies,

9    especially Israel and Middle East.  If you listen to North

10   Korea at the United Nations, you hear this sort of strange

11   and quite virulent interest in Israel, which is a bit

12   surprising coming from a country in Northeast Asia, not part

13   of the Middle East.  They repeatedly attack Israel in words

14   that are precisely borrowed from the Iranian playbook, the

15   Syrian playbook.

16           For instance, at the General Assembly opening in

17   2006, September, just after this Hezbollah War that same

18   year, North Korea's delegate, in addressing the General

19   Assembly, spent most of his time talking about Korean

20   peninsula issues, but he took the time to specifically

21   deplore the war and to describe it as, quote, Israel's

22   aggression of Lebanon.  More recently -- you can pick out

23   many examples -- the North Korean envoy to the UN has

24   described Israel as, quote, a cancer of the Middle East.

25   This is the script of Middle Eastern enemies of Israel,

1    particularly Iran.  North Korea adopts it.  They are allies

2    in this.

3            In the case of the 2006 Hezbollah attacks on Israel,

4    here is where it comes together.  This is a direct statement

5    from, again, North Korea's KCNA, the news agency, official

6    news agency.  And what they conclude about the -- they

7    published an article, "Lessons of the Lebanon War," and they

8    conclude, "The war showed Israel could not subdue the

9    Hezbollah force and the escalation of the anti-terrorist war

10   through the Lebanon war" -- they're talking about the U.S.

11   anti-terrorist war -- "resulted in further tightening the

12   windpipe of the U.S."  In other words, it is proxy wars that

13   are played out.  The way that North Korea sees this is Iran,

14   anybody who attacks America or America's ally, Israel, is

15   doing a good thing for North Korea.  So there is tremendous

16   confluence of interests there.

17           Could I also add one thing on the tunnels?

18           THE COURT:  Sure.

19           THE WITNESS:  This is a KCNA release in which North

20   Korea is celebrating its tunnel abilities.  They actually had

21   a celebration August 13th 2011.

22           BY MR. TOLCHIN:

23   Q.      What is KCNA, for the record?

24   A.      Korean Central News Agency.  This is the state news

25   mouthpiece of North Korea.  They publish in English.  You can

1    find them online.  This is almost five years to the day -- to

2    the end -- the fifth anniversary, the day before, of the end

3    of the summer conflict.  So August 13th, 2011, this comes

4    out.  "Tunnel tactics employed in Korean War."  And they

5    celebrated the tunnel tactics that North Korea has done so

6    much to -- developed such expertise with and how it proves

7    successful in many battles.  When the enemy bombed and

8    shelled the defense positions -- this is talking about the

9    Korean War -- the KPA soldiers took a rest in tunnels and

10   joined songs and dances.  The Juche-based tunnel warfare --

11   that is North Korea ideology -- made it possible to maintain

12   the forces to the utmost -- anyway, in hard-fought battles

13   and frustrate the enemy's offenses.

14            MR. TOLCHIN:  Can we mark that as an Exhibit?

15            THE COURT:  Yes.

16            MR. TOLCHIN:  The book was 6?

17            THE DEPUTY CLERK:  Yes.

18            MR. TOLCHIN:  This would be 7.

19            THE COURT:  So this will be 7.

20            MR. TOLCHIN:  That's correct.

21            THE COURT:  That's pretty strong evidence, isn't it?

22   Right out of their own mouths.

23            MR. TOLCHIN:  I offer that in evidence, Your Honor.

24            BY MR. TOLCHIN:

25   Q.       Ms. Rosett, in your declaration, you also address

—50—

1        something you refer to as the Dufour Report.

2        A.       Yes.

3        Q.       Could you describe, that please.

4        A.       Yes.

5        Q.       And how it connects to this case.

6        A.       This speaks to the way that North Korea does these

7        deals, and generally it is hard to -- North Korea doesn't

8        hand out, as a rule, to the public here are our weapons

9        contracts and here is how we did this.  The kind of -- the

10       testimony that we're talking about here, it's difficult to

11       eke out evidence of just how they do this, but with the

12       overflow of Sudan Hussein in 2003 in Iraq, an enormous trove

13       of evidence about Iraq's dealings with its partners came to

14       light, lots and lots of secret documents.  And the U.S. sent

15       in investigators to have a look at this.  Charles Dufour,

16       with the Iraq survey group, went in for the CIA to take a

17       look and issued this three volume enormous report.  It is

18       remembered in the news chiefly as not having found weapons of

19       mass destruction.  But there are hundreds and hundreds of

20       pages that go on about what they did find.  They found a lot

21       of things.  One of the things that they found is considerable

22       correspondence involving Saddam Hussein, the attempts of his

23       government to buy weapons and training from the North

24       Koreans.  This was something where -- remember, the North

25       Koreans were backing the Iranians and selling them weapons in

1    the Iran-Iraq War.  But by the late '90s they were willing to

2    do business with Saddam Hussein.  Everybody was looking for

3    work.  What Charles Dufour found -- and included many

4    references in his report and particularly in Annex J of the

5    report, which didn't really get a lot of play in the news

6    when it came out -- annex J has a set of pages that tell you

7    quite a lot about how North Korea did this business.  And

8    they include -- the pattern that is described is very similar

9    to the pattern that Barry Rubin, in his declaration,

10   describes and actually described in quite a number of other

11   reports, of the North Koreans bringing the client to North

12   Korea for training, for instance, the reports that Hassan

13   Nasrallah, leader of Hezbollah, was brought there.  Their

14   delegations, they go back and forth.  And if you look at the

15   pattern, not only is it much the same, but there is a hub

16   here that is very familiar, a major hub with Syria, which was

17   actually brokering weapons deals for North Korea into Iraq to

18   such an extent that Syrian companies were collecting a 10 to

19   15 percent commission on the contracts.  And what Charles

20   Dufour and his team found was correspondence between the

21   North Koreans and other documents showing four signed

22   contracts, including -- and again, a familiar list --

23   missiles, missile components, deals for bringing these in,

24   for training.  So I included it because, if you go through

25   it, you'll see a familiar pattern.  And Charles Dufour was

1      not looking at Hezbollah.  He was concerned with Iraq.  But

2      what you see there is quite a display of how enterprising the

3      North Koreans are in their dealings, how much they have a

4      whole system for this, and how vital a part Syria played.

5              Again, in Barry Rubin's testimony and in other

6      accounts, you will find accounts that weapons were very often

7      transferred via Syria.  That's where you can land a ship,

8      offload the stuff, and then truck it into Lebanon.

9              And I just want to give you one sample of the North

10     Korean correspondence style from the Dufour report.

11     Q.     Let me interrupt for one minute.

12             Your Honor, the Annex J she is referring to is

13     annexed as Exhibit 4 to her declaration.

14     A.     Yes.  And this is -- this is from page -- this is

15     North Korean writing style I want to give you a sample of.

16     There was a fair amount of exchange of delegations.  In the

17     case of Iraq, it ended apparently with the overthrow of

18     Hussein, when all this stuff suddenly came to light.  It is

19     not clear what was finally concluded, but page 273 of that

20     annex, if you have it there --

21             THE COURT:  I do.

22             THE WITNESS:  -- the second column, about halfway

23     down, the paragraph that starts:  A letter from the Defense

24     Industry Department of Korean Workers Party dated

25     30 July 2000 gave compliments to the Iraqi minister,

1    et cetera, and, quote -- this is from the letter -- on our

2    belief in the present situation of internal circumstance, it

3    will be most preferable that your delegation visit our

4    country first to open the wonderful relationship and to

5    continue the reliable and extensive cooperation in the field

6    of military industries between -- in this case, it was the

7    two ministries.

8            But that's sort of a window on how these things

9    actually work.

10           And the collaboration of Syria with -- that I have

11   seen firsthand at a rally led by Nasrallah in Southern

12   Lebanon in 2005 that I attended as a reporter, which had

13   Syrian people bussed in from Syria for the occasion, as in

14   Beirut.

15           You have a whole nexus here, and I think this is

16   context where you can actually see how the North Koreans

17   corresponded, how the arrangements were made, and this is

18   almost certainly the same -- this is the same approach.  It

19   is not "almost certainly".  It is the same approach that you

20   hear described in their negotiations, their dealings, their

21   training, their help for Hezbollah, for Iran, for the

22   Syrians.

23           THE COURT:  Okay.

24           MR. TOLCHIN:  Your Honor, I have no further

25   questions.

1          THE COURT:  Thank you very much.

2          THE WITNESS:  Thank you.

3          MR. TOLCHIN:  Your Honor, I have no further

4     witnesses.

5          THE COURT:  With that, the plaintiffs rest on

6     liability?

7          MR. TOLCHIN:  Yes, Your Honor.

8          THE COURT:  Okay.  The Court will be in recess, and

9     we will talk about further schedule.  Let's go off the

10    record.

11               (Proceedings adjourned)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                                 I N D E X

2

3

4            WITNESS                              PAGE

5            GUY PODOLER                            7

6            BRUCE BECHTOL                         19

7            CLAUDIA ROSETT                        38

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

-56-

1                    CERTIFICATE OF OFFICIAL COURT REPORTER

2

3              I, Patricia A. Kaneshiro-Miller, certify that the

4       foregoing is a correct transcript from the record of

5       proceedings in the above-entitled matter.

6

7

8       /s/ Patricia A. Kaneshiro-Miller            October 13, 2017
        -----------------------------------      ---------------------
9       PATRICIA A. KANESHIRO-MILLER                     DATE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25